# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**  20-15948

**Case Name**  Andrew Teter, et al. v. Clare Connors, et al.

**Counsel submitting this form**  Stephen D. Stamboulieh

**Represented party/parties**  Andrew Teter; James Grell

*Briefly describe the dispute that gave rise to this lawsuit.*

Plaintiffs-Appellants desired to purchase, possess and carry butterfly knives for lawful self-defense. Hawaii bans the possession and carry of butterfly knives. As such, Plaintiffs filed the lawsuit to overturn the ban on butterfly knife possession/carry under the Second Amendment.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  1  *Rev. 12/01/2018*

*Briefly describe the result below and the main issues on appeal.*

The district court held that butterfly knives are bearable arms protected by the Second Amendment but that the ban is not per se unconstitutional and that the ban does not severely burden the Second Amendment right. Summary Judgment was granted to Defendants/Appellees on May 13, 2020. The main issue on appeal is whether the district court erred when it held that a cateogrical ban on butterfly knives does not violate the Second Amendment

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

**Signature** /s/ Stephen D. Stamboulieh    **Date** May 20, 2020

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7**  2  Rev. 12/01/2018