UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CLARE E. CONNORS and AL CUMMINGS,<br><br>        Defendants - Appellees. | No. 20-15948<br><br>D.C. No. 1:19-cv-00183-ACK-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

All further inquiries regarding this appeal, including request for extensions of time, should be directed to the Clerk's Office.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

                                FOR THE COURT:

                                Roxane G. Ashe

vs/mediation               Circuit Mediator