**CASE NO. 20-15948**

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ANDREW TETER and JAMES GRELL,
*Plaintiffs and Appellants,*

v.

CLARE E. CONNERS, et al.,
*Defendants and Appellees.*

## DECLARATION OF JOHN W. DILLON IN SUPPORT OF *AMICI CURIAE* BRIEF OF SAN DIEGO COUNTY GUN OWNERS POLITICAL ACTION COMMITTEE, FIREARMS POLICY COALITION, AND KNIFE RIGHTS FOUNDATION, INC. IN SUPPORT OF APPELLANTS AND REVERSAL

On Appeal from the United States District Court
for the District of Hawaii
Civ. No. 19-cv-00183-ACK-WRP
United States District Court, Hon. Alan C. Key, Judge Presiding

John W. Dillon (SBN 296788)
Jdillon@Dillonlawgp.com
DILLON LAW GROUP APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151

*Attorney for San Diego County
Gun Owners Political Action Committee, Firearms Policy Coalition, and Knife
Rights Foundation Inc.*

## DECLARATION OF JOHN W. DILLON

I, John W. Dillon, declare as follows:

1. I am an attorney licensed to practice law in State of California and admitted to the 9th Circuit. I am the attorney representing the *amici* parties in support of Appellants.

2. I am not a party to the captioned action, am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify as to the matters stated and the opinions rendered below except where facts are alleged upon information and belief.

3. Attached hereto as **Exhibit A** is a true and correct copy of a *Blade Magazine*, "History: The Disputed Origins of the Butterfly Knife," available at https://blademag.com/knife-history/history-the-disputed-origins-of-the-butterfly-knife#:~:text=Another%20claim%20is%20that%20the,France%20between%201500%20and%201700.&text=Proponents%20of%20the%20French%20origin,sailors%20sailed%20to%20different%20countries.

4. Attached hereto as **Exhibit B** is a true and correct copy of Knives Deal, "Balisong Knife: Everything You Need to Know," https://www.knivesdeal.com/the-balisong-knife-here-is-everything-you-need-to-know#:~:text=The%20balisong%20knife%2C%20sometimes%20called,the%20perfect%20concealed%20carry%20knife.

5. Attached hereto as **Exhibit C** is a true and correct copy of *Pinoy Steel*, "Balisong History," available at http://pinoysteel.com/index.php?route=information/information&information_id=10

6. Attached hereto as **Exhibit D** is a true and correct copy of Military Wiki, "Butterfly Knife," available at https://military.wikia.org/wiki/Butterfly_knife.

7.  Attached hereto as **Exhibit E** is a true and correct copy of a screenshot from "Blade Show West 2019 Bali Comp," available at https://bladeshowwest.com/west-coast-flipping-championship-2019/.

8.  Attached hereto as **Exhibit F** is a true and correct copy of a screenshot from "2019 Blade HQ Bali Comp," available at https://www.bladehq.com/cat--butterfly-knife-competition--3121.

9.  Attached hereto as **Exhibit G** is a true and correct copy of a screenshot from "2017 BRS Blade HQ Bali Royal Showdown," available at https://www.bladerunnerssystems.com/blogs/news/its-on-bali-royale-showdown.

10. Attached hereto as **Exhibit H** is a true and correct copy of a screenshot from a Google video search "Butterfly Knife Flipping," available at https://www.google.com/search?biw=1745&bih=881&tbm=vid&sxsrf=ALeKk01ATqv24-OVYXKk6YrA77y2beakpg%3A1597179643894&ei=-wYzX7iBNoCS0PEPpsWgkA8&q=butterfly+knife+flipping&oq=butterfly+knife+flipping&gs_l=psy-ab.3..0i395k1l5j0i30i395k1j0i7i5i30i395k1j0i5i30i395k1j0i8i30i395k1.36253.38411.0.38985.15.15.0.0.0.0.146.1362.12j3.15.0..3..0...1.1.64.psy-ab..3.12.1094...0i7i30i395k1j0i7i30k1j0i13k1j0i13i395k1j0i8i7i30i395k1.0.Bunl1shm6Ag.

11. Attached hereto as **Exhibit I** is a true and correct copy of a screenshot from *Balitang America*, "Balisong Enthusiasts Flipping Their Way to Fame," available at https://balitangamerica.tv/balisong-enthusiasts-flipping-their-way-to-fame/.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 28, 2020

John W. Dillon

# EXHIBIT LIST

| Exhibit | Document | Bates No. |
|---|---|---|
| A | *Blade Magazine*, "History: The Disputed Origins of the Butterfly Knife" | 0001 – 0005 |
| B | *Knives Deal*, "Balisong Knife: Everything You Need to Know" | 0006 - 0009 |
| C | *Pinoy Steel*, "Balisong History" | 0010 - 0012 |
| D | Military Wiki, "Butterfly Knife" | 0013 – 0019 |
| E | Website Screen Capture "Blade Show West 2019 Bali Comp" | 0020 – 0021 |
| F | Website Screen Capture "2019 Blade HQ Bali Comp" | 0022 – 0025 |
| G | Website Screen Capture "2017 BRS Blade HQ Bali Royal Showdown" | 0026 – 0029 |
| H | Website Screen Capture "Butterfly Knife Flipping" | 0030 – 0032 |
| I | *Balitang America*, "Balisong Enthusiasts Flipping Their Way to Fame" | 0033 - 0034 |

# EXHIBIT "A"

# History: The Disputed Origins of the Butterfly Knife

By **Trevor Brown** - October 22, 2018



0002

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 89-2, Page 8 of 39



*Authentic Filipino balisongs (Image from Balislinger on bladeforums.com)*



## Butterfly Knife History

Butterfly knives, also known as balisongs, are one of the most popular knife styles today. They consist of a blade with two handles that rotate around a pivot and wrap around the blade in the closed position. That much is agreed upon. The origin of butterfly knives is still up for debate.

### Where Were Butterfly Knives Invented?

Butterfly knives have a rich history, though much of it has been left up to speculation. Walk up to a knife enthusiast and ask, "Where did butterfly knives originate?" and you may get two very different answers.

Fuzzy historical records and well worn legends are to blame. The two main countries of focus are France and the Philippines. Each has evidence and supporters.

### One Version: Butterfly Knives Came from the Philippines



**0003**

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 89-2, Page 9 of 39



*Authentic Filipino balisongs (Image from Balislinger on bladeforums.com)*

The Philippines is often cited as the birthplace of butterfly knives, where "balisong" is a more appropriate term. Legend has it that the balisong knife has roots that go back to around 800 AD. This style of knife could be opened quickly with one hand and easily used as a weapon. It proved a common choice for self-defense and utility uses.

advertisement

## 3 Ways Your Cat Asks for Help

Dr. Marty

X

Find Out More >

A rich balisong tradition has been present in the Philippines for more than a century. Countless stands and stores sell butterfly knives today, and Filipino province of Batangas and the area of balisong in Taal are known for the blades. 🔥16,143

At the very least, the word "balisong" is widely recognized to have come from there. That said, the lack of physical evidence to support a Filipino origin fuels the argument.

## Another Version: Butterfly Knives Came from France



*A vintage example of the Pied Du Roi. (Image from balisong.net)*

**Another claim is that the butterfly knife was invented in France between 1500 and 1700.** The reason for this is the "Pied Du Roi," which means "foot of the king" and is a French measurement tool that dates to the 1700s. The "Pied Du Roi" greatly resembles a butterfly knife. This tool has been pictured with measurement handles and a blade that folds out on one end. It looks like a butterfly knife, but could it be considered the first one ever made?

**Proponents of the French origin argue that Spain, allied with France at the time, adopted the butterfly knife in their tasks and eventually took it to the Philippines as sailors sailed to different countries.**

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-3, Page 10 of 39

Sounds reasonable, but hasn't been proven.

---

## Best Buys for Blade Readers:



| **Affordable Automatics from $29.99** | **Knife Sharpeners from $2.99** |

Disclosure: These links are affiliate links. Caribou Media Group earns a commission from qualifying purchases. Thank you!

---

Another supporting argument for the French is that these knives comes from Germany and England, where some butterflies can trace back to prior to 1900. I recently came across a collector's piece online made in England with markings dating to 1873. This rules out the butterfly knife originating in the early 1900s in the Philippines, but like I said earlier, it has also been claimed to be influenced from similar Filipino knife models as early as 800 AD.

## So Where Did Butterfly Knives Actually Come From?



Due to the popularity of balisongs in the Philippines, it isn't surprising to suspect it started there. The lore passed down from generation to generation also support this idea.

On the other hand, France has pictures and documentation of a measurement device that resembles a butterfly knife and dates back hundreds of years. However, that measurement device likely wasn't

used for self-defense, flipping, or other tasks common to butterfly knives today. Could it be considered the same thing? Hard to tell.

Both sides have great arguments. More information is needed to finally determine this unsolved piece of butterfly knife history.

## Butterfly Knives Today

Regardless of history, butterfly knives are rising in popularity due to the fun of "flipping." Flipping involves tossing butterfly knives open to perform all kinds of tricks. Whether it's the danger of it, the community, the collectible appeal, or anything else, there's no doubt flippers are mesmerizing to watch.

Take this Butterfly Knife Showdown from Blade Show 2018 for example.

## Keep Reading:

- 4 Surprising Superstitions About Knives

# EXHIBIT "B"

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-2, Page 12 of 39



The balisong knife, sometimes called a butterfly knife, makes an excellent pocket knife. This is a unique knife that comprises two handles which can rotate in such a way which enables them to hide the blade of the knife; thus, making it the perfect concealed carry knife.

Since balisong is a common name, butterfly knife is getting more popular as the name of this knife.



Traditionally, this amazing knife hails from the Philippines; it also holds a crucial position in some martial arts methods.

This spectacular blade is well known for catching the attention of everyone due to its unique built and design. Not to mention the fact that the wielder of this knife can conduct a variety of amazing tricks. Since this is one of the ancient knives, there is a lot to debate regarding its history.

If you are unaware of this knife, you will get to know everything about this knife that is essential to your knowledge. Also, we shall disclose some key **butterfly knife tips**. So, here is everything you need to know about the balisong knife:

## The Fascinating History Behind the Balisong Knife

The Balisong knife is without a doubt one of the most popular knives today. With that being said, much of this is contributed to its amazing and unique design. Not to mention the fact that one can do some amazing tricks with this knife and draw loads of attention and admiration from family and friends.

Many historical analysts agree to the aspect of the origin of the knife which is believed to be the Philippines. Nonetheless, the origin of this amazing knife is still up for debate even today. Nothing can be stated for sure in this regard; however, the two countries to be focused at are France and the Philippines.

**0007**

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-2, Page 13 of 39

# The Filipino Origin of Balisong Knife

Many people cite the Philippines as being the origin and birthplace of the worldwide famous balisong knife. Legend says that it dates back to the ancient 800 AD. However, much can be debated about this as well. It is stated that the purpose of the earliest butterfly knife was utility as well as self defense.

The style and features of this knife allowed a quick knife deployment; whereas, it could be used single-handedly and with efficacy as well. The rich tradition of this knife can be witnessed in the Philippines even today; particularly, in the province of Batangas where they sell a huge variety at different prices.

Most importantly, the terminology of the "balisong" originates from the Filipino language itself; therefore, the majority of the historians and analysts hold the viewpoint that the it originated from the Philippines.

# The Balisong Knife and its French Origin

As mentioned earlier, there are two schools of thoughts associated with the origin of the Balisong knife; one of them favors France as being the birthplace of this knife. It is claimed by some people that it was invented in the French territory during the 15th and 18th century.

The reason for this claim stems from the tool named "Pied Du Roi", which is a French term and originally translates as "Foot of the King". The "Foot of the King", or "Pied Du Roi" resembled this knife in its style and form. Therefore, many consider that the first butterfly knife was invented in France instead of the Philippines.

It is also argued that it was adopted by the Spanish merchants and sailors who then introduced it to other countries whilst bringing it to the Philippines as well.

This version of the origin of the Balisong knife might sound true; however, nothing has been proven so far in this regard. More interestingly, it has also been argued that the origin of the this knife in Germany as well as the United Kingdom. In fact, it has been traced back to these countries in the years that preceded the 20th century.

However, nothing can be stated with full conviction while keeping in mind that the earliest form dates back to the 800 AD in the Philippines which leaves us with the question about the true origin, also known as the balisong knife. The lore of this knife being originally from the Philippines has been passed down from the older generations to the newer ones for a long time.

On the contrary, the French territory has even images along with documents with the measurements of a tool that resembles the form and style of today's balisong knife. The French pictures and documentation date indicate that it dates at least a hundred years back leading to France.

The documentation of the French version of the balisong knife, however, indicates that the tool was more likely a measurement tool instead of a hidden knife. In this regard, it is somewhat hard to tell whether that version of the "supposed" balisong knife could have been used for personal defense, and other normal tasks, such as flipping.

Therefore, the history of the origin of this knife is to a great extent still a mystery which needs to be solved.

# The Modern Balisong Knife

Regardless of its vague history, the balisong knife is in great demand today. Much of the credit goes to the amazing "flipping" tricks that one can maneuver while wielding this knife. The "flipping" trick includes acts, such as spinning and tossing it while performing a variety of cool tricks and wooing the mesmerized audience.

The best way to start flipping is to use a balisong knife trainer for this purpose. The trainer version of this knife is made of dulled blades; therefore, these cannot cause accidental injuries to the wielder as well as bystanders. Another benefit of training with the trainer butterfly knife is that it is relatively cheap as compared to the original knife.

Furthermore, if you are looking for such a knife which will last longer along with making sure that you don't get impacted by accidental injuries and cuts; it is recommended to get the trainer version of the balisong knife.

The modern balisong knife has plenty of uses unlike the ancient ones. Today, it is one of the knives with massive fanbase. It has been transformed into a multipurpose knife. Because its blade can be concealed inside the two handles, it has become the easiest to carry knife. So, people prefer carrying it in the pocket as their primary self defense weapon.

It works brilliantly as the defense weapon. Since it is quick, the blade can be deployed at once. Hence, the user has every chance to survive against the attacker. The safety of carrying this knife is another factor that has made this knife popular. The blade is concealed and locked inside the two handles.

There is no chance that blade accidentally opens in your pocket. Therefore, you can comfortably carry the knife. The modern butterfly knife is lightweight and small, but is sturdy enough.

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-2, Page 14 of 39

# The Structure of Balisong Knife

Typically, there are two structures which are common for the balisong knife; the sandwich build, and the channel build. The "channel" structure of the knife is considered to be the stronger version It is considered to be stronger due to the fact that the basic parts of the knife handle are manufactured while using one piece of the material.

The handle of the knife comprises a groove as a result of the carving which is also the point where the blade of the the knife is located in its folded position. On the other hand, the sandwich version is more typical for the beginner knife version as well as the balisong trainer knife.

This version is made up of different layers that have been unified one-by-one. The many pieces of the knife are held together via screws or pins. Most interestingly, it is manufactured from the recycled parts of the cars as well as the railroad. If you are a beginner, it is recommended to get the sandwich style.

# Final Thoughts!

If you are the kind of person who loves to impress his/her family and friends with some amazing tricks with the balisong knife, you can find a great knife for the best price. However, it is recommended to start your training on a balisong knife trainer before getting your hands on the real version.

The balisong knife can provide unlimited entertainment and fun for any user. While exploring the top knives from the history, it comes up as the foremost one. Even today, it is the most fabulous knife available in the market!

**Read More:** **The Essential Guide to the Best Balisong Trainers**

### Tagged Products



Add To Cart
☆☆☆☆☆
Practice Butterfly Knife - Beautiful, Yet Bold
☆☆☆☆☆
Add To Cart

Add To Cart
Butterfly Trainer 4 Inch Rainbow Tanto Blade Balisong Knife
☆☆☆☆☆
Add To Cart

Add To Cart
☆☆☆☆☆
Titanium Unchained Balisong Butterfly Knife
☆☆☆☆☆
Add To Cart

**0009**

# EXHIBIT "C"



**Shopping Cart**
0 item(s) - $0.00

Search

Welcome to Pinoy Steel!   login or create an account.

Home | Wish List (0) | My Account | Shopping Cart | Checkout | 👍 Like

BALISONGS   LIVE BLADES   TRAINING BLADES   STICKS   REGION   TEA   OTHER PRODUCTS

Home » Balisong History

# Balisong History

Many believe the butterfly knife first came to American shores in the early part of the 20th century with Filipino immigrants, but its popularity and infamy in the United States only really began after US soldiers returned with *balisongs* from the Philippines after World War II. The *balisong* is believed to be much older than this, however. Patents for knives that look very much like the butterfly knives produced in Batangas in the Philippines in the early 20th century existed in France as early as the 18th century, and similar knives were also produced in Germany, Italy and Spain in the 19th century.

http://www.pbase.com/balisong/historic_patents



It is plausible that the arrival of the first *balisong* in the United States was in the 18th or 19th century and that the fan knife was of European origin. It may have been a European immigrant or returning American citizen who brought a European butterfly knife to the US first, rather than a Filipino immigrant bringing a Batangas-made balisong to the US.

Some even believe the butterfly knife made it to the Philippines when Jose Rizal, one of the Philippines' national heroes, returned to Spain from his travels with a European-made butterfly knife among his possessions. Such a statement would be considered blasphemy by many in the Philippines, who believe the design of the *balisong* is ancient and purely Filipino. Without proof, however, it is impossible to discount any of these theories, as the design may have been patented in Europe after European travelers and sailors got their hands on even older Filipino *balisongs*. The definitive truth, as is often the case with history, is obscured by the sands of time. Rizal may even have introduced the Filipino balisong to Europe!

The *balisong* became less popular in Europe in the latter part of the 19th century, but in the early 20th century, the *pandays* (metal craftsmen) of Batangas began producing the fan knife to meet local demand. These *balisongs* had *karabaw* (water buffalo) horn inserts and brass handles, and the blades were made of recycled steel, often from vehicle leaf springs. This perhaps lends credence to the theory the term "*balisong*" comes from two Tagalog words: "*baling*" and "*sungay*," or "broken" and "horn." The horn inserts were 'broken' pieces of *karabaw* horn, but the handles could also be rotated apart or "broken."

The Batangas balisongs produced in the early 20th century strongly resembled the designs of the balisongs produced in Germany at around the same time (or vice versa). What we do know, however, is the popularity and ubiquity of the Filipino *balisong* surpassed that of any European butterfly knife design in the decades (and centuries) to come, and that the design became synonymous with the Philippines: Batangas in particular, although similarly designed knives known as *mais-mais* (corn-corn) also became popular in and around the island of Cebu in the 20th century. *Balisongs* were used for many everyday tasks, including shaving! Balisongs were far more common than straight razors prior to the Second World War.

Batangas in the Philippines was soon thought of by many, particularly in the Philippines, as the home of the *balisong*. Many of the towns and barrios around the province still have families that make the distinctively *Batangueño* knife with varying degrees of quality and success. These knives were so popular that they were mass produced around Asia in the latter part of the 20th century to meet growing US demand. Unfortunately, the small size, concealability and opening mechanism of butterfly knives (as they came to be known) led to their popularity with American criminals, much like the Italian stiletto, and the US Government introduced the Switchblade Act in 1958, which was later interpreted to also include the butterfly knife. Imports of butterfly knives and automatics were subsequently made illegal, but both continue to be commonly available on the US market today due to domestic production and continued importation from Asia and Europe.

Today, the butterfly knife continues to be maligned and connected with crime around the world and it has been made illegal in several countries, including in the Philippines, where it is considered a deadly weapon with no other use but in crime, according to law enforcement agencies. Sadly, the butterfly knife is no more dangerous than any other knife and is slower into operation than modern folders of legal design made by prominent manufacturers such as Benchmade and Spyderco, both of which continue to domestically produce butterfly knives to meet US demand. In Batangas, efforts have been made to promote the *balisong* as the quality working knife that it is—some have even stated that it is commonly used for circumcision there! Unfortunately, due to their relatively low cost and ubiquity in the Philippines compared to imported knives (the Philippines puts a hefty duty on virtually all imports), *balisongs* continue to be popular with Filipino criminals. Their image and unique opening mechanism is another factor that leads to their continued prominence, and modern *balisongs* are being made with increasingly better quality every day. Even in the Philippines, where balisongs were traditionally made with recycled brass and steel, aluminum and stainless steel is becoming more common in *balisong* manufacture.

Continue

**0011**



**Balisongs**
- Balisong Care
- Balisong History

**Customer Service**
- Contact Us
- Live Chat
- Orders
- Shipping
- Site Map
- Testimonials
- Warranty

**Information**
- About Us
- Delivery Information
- Pinoy Steel Blog (The Original Site)
- Privacy Policy
- Terms & Conditions

**My Account**
- My Account
- Order History
- Wish List
- Newsletter

Pinoy Steel © 2020
sales@pinoysteel.com

**0012**

# EXHIBIT "D"

ve to get your opinion on your experience with our site with a short survey   Take Survey

# Butterfly Knife

*For the Chinese weapon, see* Butterfly sword, *a Chinese short-sword with a broad blade associated with the martial arts Hung Ga and Wing Chun.*

A **balisong**, also known as a **fan knife** or **butterfly knife**, is a folding pocket knife with two handles counter-rotating around the tang such that, when closed, the blade is concealed within grooves in the handles. It is sometimes called a **Batangas knife**, after the Tagalog province of Batangas in the Philippines, where it is traditionally made.


A butterfly knife in open and closed position.

The balisong was commonly used by Filipino people, especially those in the Tagalog region, as a self-defense and pocket utility knife. A common stereotype is that a Batangueño carries one everywhere he or she goes.[1] Hollow ground balisongs were also used as straight razors before conventional razors were available in the Philippines. In the hands of a trained user, the knife blade can be brought to bear quickly using one hand. Manipulations, called "flipping" or "fanning", are performed for art or amusement.

The knife is now illegal or restricted in many countries, often under the same laws and for the same reasons that switchblades are restricted, and in their country of origin they are no longer as common in urban areas as they were.


Animation of a butterfly knife being opened and closed.

Contents [show]

## Etymology 🖉Edit

While the meaning of the term *balisong* is not entirely clear, a popular belief is that it is derived from the Tagalog words *baling sungay* (literally, "broken/folding horn") as they were originally made from carved carabao and stag horn.[2]

Balisong is also the name of a barangay in the town of Taal, Batangas province, which became famous for crafting these knives.

The traditional balisong is said to be called the *veinte y nueve* because they are 29 centimeters long when opened, while another story goes that it is named after a lone Batangueño who fought off 29 assailants using one.

File:Filipinobalisong.jpg

These knives are also referred to as "fan knives" and "butterfly knives" from the motion and "click clacks" from the sound they make when they are opened and closed.

## Construction 🖉Edit

There are two main types of balisong construction: "sandwich construction" and "channel construction".

Sandwich constructed balisong knives are assembled in layers that are generally pinned or screwed together. They allow the pivot pins to be adjusted tighter without binding. When the knife is closed, the blade rests between the layers.

ove to get your opinion on your experience with our site with a short survey   Take Survey

being stronger than sandwich construction.

Some of the blades of traditional butterflyknife in the Philippines were made from steel taken from railroad tracks thus giving them durability and hardness, while others are made from the recycled leaf springs of vehicles.

## Parts ✏️Edit



A diagram of common butterfly knife parts.

**Bite handle**

    The handle that closes on the sharp edge of the blade.

**Choil**

    The unsharpened portion of the blade just above the kicker, that makes it easier to sharpen the blade.

**Kicker (or Kick)**

    Area on the blade that prevents the sharp edge from touching the inside of the handle and suffering damage. This is sometimes supplanted by an additional tang pin above the pivots.

**Latch**

    The standard locking system, which holds the knife closed. Magnets are occasionally used instead.

**Latch, Batangas**

    A latch that is attached to the bite handle.

**Latch, Manila**

    A latch that is attached to the safe handle.

**Latch, Spring**

    A latch that utilizes a spring to propel the latch open when the handles are squeezed.

**Latch gate**

    A block inside the channel of the handles stopping the latch from impacting the blade

**pivot joint**

    A pin about which the Tang/Blade/Handle assemblies pivot.

**Safe Handle**

    The handle that closes on the non-sharpened edge of the blade.(Generally the handle without the latch)

**Swedge**

    Unsharpened spine of the blade. Some balisongs are also sharpened here or on both sides with either a more traditional look or wavy edges similar to a Kris sword.

**Tang**

    The base of the blade where the handles are attached with pivot pins.

**Tang Pin(s)**

    Pin meant to hold the blade away from the handle when closed to prevent dulling; and, in some cases, a second pin to keep the handles from excessively banging together while the butterfly knife is being manipulated.

**Blade**

    The blade is the piece of steel that runs down the center of the knife that is secured by both handles when closed, one of the sides of the knife is sharp and has a high chance of cutting you, the other side has no potential chance of cutting you.

## In the United States  ✏️Edit

File:Ten balisong knives.jpg

...ove to get your opinion on your experience with our site with a short survey   Take Survey

...nally becoming Benchmade. The earlier knives featured a wide variety of custom blade designs (many of which were hand ground by master knifemaker Jody Samson, well known for making the swords in the movie *Conan the Barbarian*), as well as a number of exotic inlays for the handles (ivory, prehistoric ivory, scrimshawed ivory, mother-of-pearl, ebony, tropical woods, etc.).[3] In mint condition, some of these early balisongs are worth thousands of dollars. Used, with skeletonized or micarta handles and the standard "weehawk" or "Imada high hollow" grind, they typically start at around $300 and go up from there. Unusual grinds, like the "scimitar", "cutlass", "kris", "weehawk tanto", "Spanish Bowie", or rare "mariner" cause the value to increase significantly. These early American balisongs are highly sought after by collectors, who frequently purchase them as investments and store them in airtight safes. Benchmade stopped producing custom balisongs in the late 1990s to early 2000s, but regularly offers "Limited Editions" with special features. Other American makers of commercial balisongs include Bradley Cutlery (*Mayhem* and *Kimura*), BRS (*Alpha Beast*, *Replicant* and *Mutant*), Bear and Son Cutlery (*114*, *517* and *Song* series), Spyderco (*Spyderfly*, *Szabofly* and *Smallfly*), Roton (*Monarch*), Protech (*FlyFather*), Microtech Knives (*Tachyon, Designed by Mike Turber* and *Metalmark* series), and SWAT (*Tiger*).

From 1981 to 1984, hundreds of thousands of balisongs were imported into the United States from a variety of countries, primarily: the Philippines, Japan, China, and Korea - although a few were also imported from France, Germany, and Spain. The best were primarily from the metalsmiths of Seki City, Japan, who manufactured balisongs for Taylor (*Manila Folder*), Parker (*Gypsy*), Valor (*Golden Dragon*), and Frost (a variety of very inexpensive balisongs). Guttmann Cutlery in the Philippines exported a high quality sandwich-style balisongs marketed as the "*Original Balisong*", which featured a variety of scale materials and high carbon steel blades.

Despite prohibitions on the import of balisongs, beginning in the 1980s, a variety of Asian manufacturers continued to export low-cost balisong knives to the United States. These products are low quality due to their usage of cast handles made of brittle zamak alloy and blades made of low-quality steel.

## Legal status  ✏️Edit

Further information: Switchblade: Legality

Because of its potential use as a weapon, and mostly due to its intimidating nature and rapid deployment compared to other 50+ year old folding knife designs, the balisong has been outlawed in several countries.

- In the Philippines, it is now generally illegal to carry one without identification or a proper permit in the streets of the capital because of their prevalent use in crimes and altercations. One now needs to demonstrate the need in professional livelihood or utilitarian purpose (such as cutting grass, preparing fruits and meats, being a vendor of knives, being martial arts instructors, etc.) to be able walk around with bladed implements in the urban areas. Another rule of thumb is that the blade of pocket knives must not exceed the length of the palm and must not be openable by one hand in order to be considered as a utility knife as opposed to a weapon (thus, Swiss Army Knives are legal).
- In Australia, balisongs are generally classified as a prohibited weapon, which requires a special legitimate excuse to possess it. Australian Legal Definition: A flick knife (or other similar device) that has a blade which opens automatically by gravity or centrifugal force or by any pressure applied to a button, spring or device in or attached to the handle of the knife.
- In Canada, although not specified by name as a prohibited weapon, the balisong knife is often considered by courts to fall under the "gravity knife" or a centrifugal classification and is, therefore, prohibited, unless grandfathered in before prohibition.
- In the UK, the balisong has been legally classified as an offensive weapon since January 1989.[4] Whilst they are legal to possess, carrying one in public is an offence under the Prevention of Crime Act 1953. Sale, lending, hiring, giving or importing is prohibited by the Criminal Justice Act 1988, as amended by the Offensive Weapons Act 1996. Any imported are liable to be

seized and prosecution may follow. The exception to this are knives of this type over 100 years old which are classed as antiques.

  - In Switzerland, balisongs are illegal to carry, give, lend, buy, trade,

ove to get your opinion on your experience with our site with a short survey   Take Survey

punishable by up to five years imprisonment, confiscation of the knife and a fine of up to €10,000. Using a butterfly knife for crime of any kind - as is any illegal weapon - is punishable by from 1 to 10 years imprisonment.

- In Lithuania, balisongs among other knives are legal to possess and carry as they are not considered weapons. This excludes switchblades.[5][6]

- In Poland, balisongs, switchblades and gravity knives are treated like normal knives. There are no restrictions on possession and carry.

- In some U.S. states it is illegal to possess or carry such a knife in public. In certain jurisdictions, balisongs are categorized as a "gravity knife", "switchblade", or "dagger". Spyderco admitted that from June 2005 through January 2007, it had mailed balisongs, after importing the knife components from Taipei, Taiwan, through the Port of San Francisco and the Port of Oakland, to Golden, Colorado.[7]

  - The knife is illegal to carry in California, but some are legal to own if kept at home.[8]

  - In Florida, it is legal to open and conceal carry a balisong that is 4 inches or under.

  - In Hawaii, it is illegal to possess, manufacture, sell, transfer, or transport any balisong/Butterfly-type knife.[9]

  - There were once legal restrictions on butterfly knives in Kansas.,[10] however as of July 2013, the Kansas Comprehensive Knife Rights Act decriminalized the carrying of all types of bladed weapons.[11]

  - In Kentucky, the balisong is legal for concealed and open carrying anywhere one is not otherwise prohibited from carrying a concealed deadly weapon. Kentucky's constitution and revised statutes prohibit cities and counties from enacting weapons laws and restrictions.

  - In Michigan, the balisong is legal because it is classified as a "folding knife"

  - In New Jersey the criminal law, NJSA 2C:39-1, suggest balisongs are illegal but the question of legality or illegality is an open question.

  - In New York, the balisong has been determined not to be a gravity knife, allowing legal ownership. Nothing more is said in the New York State Code of Law, technically leaving individual circumstances open to interpretation.

  - In Ohio, it is legal to own a balisong and carry it openly, however they are illegal to carry concealed, as they are considered to be deadly weapons.

  - In Oregon, it is illegal to carry a concealed balisong.[12]

  - In Texas, As of September 1, 2013 Switchblades are now legal in Texas.[13]

  - In Utah, balisongs are legal as long as they are not concealed.[citation needed]

  - In Virginia, the balisong is legal for conceal and open carrying according to state law, although localities can have additional knife laws and restrictions.

- Balisong trainers feature a special blunt and unsharpened "blade" and are legal in areas where balisongs are not.

## See also  ✏️Edit

- Filipino Martial Arts
- Eskrima
- Jacob's ladder (knife)
- Balisword
- Hackman butterfly knife
- Pantographic knife

**0017**

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-2, Page 23 of 39

## References 🖉Edit

---

> Wikimedia Commons has media related to **Pocket knives**.

ove to get your opinion on your experience with our site with a short survey   Take Survey

on 2012-11-28. http://www.knifeup.com/sublian-festival-batagueno-pride/ . Retrieved 2007-05-14.

2. ↑ "The Balisong Manual". California: Unique Publications. 1984. pp. 130. ISBN 0-86568-102-3.

3. ↑ Burch, Michael (2007). "Butterfly Knives Take Wing". In Kertzman, Joe. *Knives 2008*. F&W Media. pp. 26–30. ISBN 978-0-89689-542-3.

4. ↑ "UK Offensive Weapons Act 1988" . http://www.blades-uk.com/1988ACT.php . Retrieved 2006-11-05.

5. ↑ "PeiliĿI civilinÄ—s apyvartos teisinis reglamentavimas" . knives.lt. http://knives.lt/gskistatymas . Retrieved 2013-12-21.

6. ↑ "Apie asociacijÄ…, peilius ir viskÄ…, kas su tuo susijÄ™..." . knives.lt. http://knives.lt/index.php . Retrieved 2013-12-21.

7. ↑ Bessette, Maureen (2007-04-12). "Spyderco" . *American Law Newswire*. http://lawfuel.com/show-release.asp?ID=11640 . Retrieved 2008-08-01.

8. ↑ "California Knife and Balisong Law" . knifeup.com. 2013-01-07. http://www.knifeup.com/california-knife-and-balisong-law/ . Retrieved 2013-02-12.

9. ↑ [1]

10. ↑ "Kansas Knife Laws" . knifeup.com. 2013-02-19. http://www.knifeup.com/kansas-knife-laws/ . Retrieved 2013-02-12.

11. ↑ "Kansas Comprehensive Knife Rights Act" . 2013-06-05. http://www.kslegislature.org/li/b2013_14/measures/documents/hb2033_enrolled.pdf . Retrieved 2013-06-26.

12. ↑ "ORS 166.240 - Carrying of concealed weapons - 2011 Oregon Revised Statutes" . Oregonlaws.org. 2012-03-25. https://www.oregonlaws.org/ors/166.240 . Retrieved 2013-12-21.

13. ↑ "Texas Legislature Online" . http://www.legis.state.tx.us/BillLookup/History.aspx?LegSess=83R&Bill=HB1862 .



|  | v · t · e | [Collapse] |
| --- | --- | --- |
|  | **Filipino weapons** |  |

| Edged weapons | <ul><li>**Balisong knife**</li><li>Balisword</li><li>Barong</li><li>Bolo knife</li><li>Dahong palay</li><li>Gunong</li><li>Kalis</li><li>Kampilan</li><li>Golok</li><li>Parang</li><li>Klewang</li><li>Dao</li><li>Karambit</li><li>Panabas</li><li>Kris</li></ul> |

- Pinutí
- Mandau
- Sikin Pajang

| weapons | |
|---|---|
| | - Tabak-Toyok |
| Shields | - Kalasag |
| | - Taming |
| Flexible | - Buntot Pagi |
| **Associated martial arts** | - Modern Arnis |
| | - Eskrima |
| | - Kuntao |
| | - Silat |
| | - Suntukan |
| | - Yaw-Yan |
| Firearms | - Filipino Marine Scout Sniper Rifle |
| | - Floro PDW |
| | - Model 45A |
| | - Paltik |
| | - PVAR rifle |
| | - Special Operations Assault Rifle |
| | - Sumpak |

This page uses Creative Commons Licensed content from Wikipedia (view authors).

Retrieved from "https://military.wikia.org/wiki/Butterfly_knife?oldid=4908070"

Categories:  All articles with dead external links │ Articles with dead external links from December 2014 │ Pages with broken file links │ All articles with unsourced statements │ Articles with unsourced statements from March 2014 │ Articles incorporating text from Wikipedia │ Pocket knives │ Weapons of the Philippines │ Culture of Batangas   Add category

Community content is available under CC-BY-SA unless otherwise noted.



Copyright 2020 Fandom, Inc.  ·  Terms of Use  ·  Privacy Policy  ·  Do Not Sell My Info  ·  Support  ·  Help

**0019**

# EXHIBIT "E"

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-2, Page 26 of 39

(https://bladeshowwest.com/)

# 2019 BALI COMP (2020 INFORMATION TBA)

The West Coast Flipping Championship 2019 was the first flipping tournament to be held at Blade Show West. The competition featured 32 flippers in a head to head showdown for wicked sick prizes and massive bragging rights. It was hosted by **Squid Industries**.

## SEE 2019 WINNERS (HTTPS://BLADESHOWWEST.COM/BALI-FLIPPING-COMP-2019-TOP-FINISHERS/)

Competitor Information    +

Rules    +

Structure & Rounds    +

Prizes    +

Sponsors    +

**0021**

# EXHIBIT "F"





2019 Balicomp Winners: 1st: Corbin Lovins (@Lovinsbalis), 2nd: Stu Hopson ( @feenxfire), 3rd: Jeffrey Durr (@joff_brian_dolan)

Due to Covid-19 Blade Show has been moved to August 7-9. Blade HQ and Bali Comp Sponsors will keep competitors updated on when and if signups will open. We hope you are all safe and look forward to getting everyone together again soon!

### Important dates times for competitors on event day:

- **11 a.m.: Competitor Check-in** near the exterior demonstration tent
- **11:15 a.m.: Final Competitor sign-in.** We will give away your spot if you haven't checked in by this time.
- **11:20 a.m.: Rules and Questions.** This will be a review of rules and expectations during the event.
- **12:15 a.m.: Arrival in Bull Pen** All competitors must be in the bull pen, ready for the competition to begin.
- **12:30 p.m.: Competition Starts.** You are expected to be in the Bull Pen area of the venue until you are eliminated from the competition. If you are not present, you will be automatically eliminated. This will make the transition between competitors easy for staff and the crew. When you are eliminated, please exit the Bull Pen.
- **1:30 p.m. Competition Ends:** We need to clear the arena quickly for the next group's event. Please plan to clear out promptly.

## GOLD SPONSORS:













## SILVER SPONSORS:













## TOURNAMENT RULES & STRUCTURE:

The competition is a head-to-head format. Two competitors step up. One does a timed routine, then the other does a timed routine. A panel of three experienced judges pick the winner between the two. The winner advances to the next round. The loser is eliminated.

| ROUND | TIME |
|---|---|
| *QUALIFIER* | ONE 5 SECOND ROUND |
| *2ND ROUND* | ONE 10 SECOND ROUND |
| *PRELIM* | ONE 10 SECOND ROUND |
| *QUARTER FINAL* | TWO 10 SECOND ROUNDS |
| *SEMI FINAL* | TWO 10 SECOND ROUNDS |

**0024**

| | |
|---|---|
| *3RD PLACE* | TWO 10 SECOND ROUNDS |
| *FINAL* | THREE 10 SECOND ROUNDS |

- Competitors must check in at 11 a.m. or they will be disqualified.

---

# CHECK OUT LAST YEAR'S COMPETITION:

The Greatest Butterfly Knife Competition Ever! | Bali Comp 2018

# EXHIBIT "G"

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 30-2, Page 32 of 39





May 05, 2017



**PRE-REGISTRATION IS OPEN CLICK HERE!**

**BALI ROYALE SHOWDOWN!**

*Why everyone comes away a winner at this years Blade Show balisong competition!*

Competition is the medium to which the ultimate performances are achieved. Through competition records are set, history is made, and champions are born. This year the **Bali Royal Showdown (B.R.S.)** hosted by Blade Magazine and organized and co-sponsored by BRS and BladeHQ will set one of the biggest stages of live competition in the balisong manipulation world.

Being competitive is certainly not unfamiliar for those who are mastering the art of the balisong (butterfly knife). Battles have long been part of this niche part of the knife community with individual flippers earning reputation for superior skills and technique, execution, and/or inventing new tricks. Though there have been other live events, most contests are held tightly within the community through online mediums such as forums, Facebook, or Instagram. The Bali Royale Showdown aims to make the biggest live stage for balisong competition in arguably the biggest knife event of the year in Blade Show. Being able to compete in person will bring out the best from each competitor challenging them to execute tricks live with fewer attempts and time than they may have if only performing in front of a camera. Live performances are always more intense and engaging since they are done so in front of an audience and your mistakes count for more than just a retake.

In addition to bringing out the best in each competitor, Bali Royale will also let a fresh set of eyes engage in the artform and sport of balisong flipping. The aim is to expose and educate the general knife community and public at large about the balisong, its competitive side, and the flippers who engage in the sport. BladeHQ plans to also have live video coverage of the event through Facebook, Instagram, and Youtube, while BRS will host a brief intro to balisong flipping as well as a Q & A session. BRS and BladeHQ not only aim to put on an awesome show, but also leave the audience with some new knowledge and perspective on balisongs and the sport and art of flipping.

How does the competition work? Unlike most sports where there are points, runs, goals scored, flipping is a little different. But the format of the competition has been made so the audience can easily follow along. The first part of the competition is a trick for trick showdown where two flippers are on stage and one must match the same trick as his opponent. They have a limited amount of failed attempts at each trick that once exhausted would eliminate him from that round with the winner advancing to the next round. Then when the competitors have narrowed down, a timed, freestyle format will be used with each flipper's performance being scored by a panel of judges. The winners will advance in a preset tournament bracket until ultimately two flippers will face off in a grand finale. The winner crowned the Bali Royale Showdown Champion!

What's at stake? Bali Royale has brought on a great amount of sponsors who will be supplying prizes for the tournament participants as well as the audience. BRS will award the Ultimate Champ with a limited Alpha Beast Infinity. The Champ will also take home a custom made plaque crowning him or her the Ultimate Champion for B.R.S. 2017. BladeHQ will be giving away hundreds of dollars worth of gift cards, knives, and other merchandise. Other potential sponsors will also be awarding knives and gear. There is a lot of support shown by the industry and it's a great way for knife brands/manufacturers and the community to come together!

When all is said and done everyone can come away a winner. The audience will learn more about a part of the knife community that is growing in the balisong community while the competitors will achieve a higher level of performance. Plus lots of prizes and support merchandise to help spread the great atmosphere and vibes found each year at Blade Show.

We hope to see you there!



-=BRS=-

ALL BLADES ⌄   GEAR   LEARN TO FLIP   E-VOLVE ⌄   -=NEWS=-   -=GARAGESALE=-

SIGN IN

## LEAVE A COMMENT

**NAME** *

**EMAIL** *

**COMMENT** *

POST COMMENT

## ALSO IN -=BRS=- NEWS

-=BLADESHOW=-

March 28, 2019

Read More ›

#EVOLVETOWIN

December 29, 2018

Read More ›

### FLASH FILMING IN JERSEY CITY [FLIPPING MY BALIS OFF] BALISONG SHORT FILM

November 12, 2017

BRS short film. The **#flashfilm** format of filming is awesome. **It spontaneous. It requires no planning. It calls for freestyle flipping and filming.** Sometimes you get your best moments within this mind frame.

Read More ›



FOLLOW

ABOUT US    F.A.Q.    CONTACT US    BALIBLOG    POLICIES    DEALERS

Sign up to get the latest on sales, new releases and more ...

First name

Last name

Enter your email address...    SIGN UP

© 2020 Bladerunners Systems.

Powered by Shopify

0029

# EXHIBIT "H"

Case: 20-15948, 08/28/2020, ID: 11806767, DktEntry: 20-2, Page 36 of 39

 Google

butterfly knife flipping

Q  All    🛍 Shopping    ▶ Videos    🖾 Images    🗐 News    ⋮ More         Settings    Tools

About 67,300 results (0.20 seconds)

www.youtube.com › watch  ▾
### Butterfly Knife Flipping: Why? - YouTube

What is a **butterfly**? What is **flipping** all about? HonorHer explains why he
**flips** and what it means to him ...
Jan 2, 2013 - Uploaded by Blade HQ

www.youtube.com › watch  ▾
### Incredible Butterfly Knife Tricks (Balisong) - YouTube

Curtis is incredibly talented with **butterfly knives** and can do some
impressively dangerous ... WARNING ...
Jan 11, 2017 - Uploaded by Kuma Films

www.youtube.com › watch  ▾
### Butterfly Knife 101 - How to Get Into BALISONG Flipping ...

Learn about the **Butterfly Knife** (aka Balisong) and where to get started with
them! I've got the info on what ...
Apr 27, 2020 - Uploaded by Will Hirsch

www.youtube.com › watch  ▾
### BALISONG TUTORIAL - Awesome Basic Flips - Butterfly Knife ...

... Facebook at: https://www.facebook.com/thekalicenter The Bali-Song is a
super fun **knife** that is a great pass ...
Oct 26, 2014 - Uploaded by Kali Center

www.youtube.com › watch  ▾
### Flip Open a Butterfly Knife Like a Gentleman Bastard - YouTube

Like the show? Consider supporting us on Patreon or watching Modern
Rogue on its own channel! http ...
Apr 21, 2016 - Uploaded by Scam Nation

www.youtube.com › watch
### INSANE Balisong Flip Twirl Tricks How to Butterfly Knife Go Pro

INSANE Balisong **Flip** Twirl Tricks How to Butterfly **Knife** Go Pro. 19,301
views19K views. • Mar 28, 2016. 178 ...
Mar 28, 2016 - Uploaded by Galaxy Views

www.youtube.com › watch
### Butterfly Knife Tricks for Beginners #1 (Basic Opens) - YouTube

I BUY MY **BUTTERFLY KNIVES** AT BLADE HQ: http://shrsl.com/swvk ...
Balisong MERCH: teespring.com ...
Sep 21, 2016 - Uploaded by Big Flips

www.youtube.com › watch
### Butterfly knife flipping Why would you do that? - YouTube

Someone asked me recently why **flipping** a balisong is fun I just wanted to
answer with a video.
Nov 15, 2015 - Uploaded by Lugermonger

www.youtube.com › watch
### Balisong Tutorial - (CS:GO Flip) - Beginner #11.6 - YouTube

**0031**



GREAT **BUTTERFLY KNIVES**: http://shrsl.com/swvk (BLADE HQ) GREAT
TRAINERS: https://goo.gl/puYZbq ...

Feb 16, 2018 - Uploaded by Big Flips

www.youtube.com › watch

✓ Butterfly Knife Tricks for Beginners #4.2 (Sidekick) - YouTube



I BUY MY **BUTTERFLY KNIVES** AT BLADE HQ: http://shrsl.com/swvk ...
Worldwide) Balisong MERCH ...

Dec 25, 2019 - Uploaded by Big Flips

## Searches related to butterfly knife flipping

| | |
|---|---|
| butterfly knife **tricks** | **how to use a** butterfly knife |
| **balisong** knife | butterfly knife **price** |
| **how to open a** butterfly knife **for beginners** | butterfly **knives in movies** |
| butterfly knife flipping **tutorial** | **best** butterfly knife |

Stay up to date on results for **butterfly knife flipping**.

Create alert



1 2 3 4 5 6 7 8 9 10       Next

Help    Send feedback    Privacy    Terms

# EXHIBIT "I"



HOME   ABOUT   NEWS   ADVERTISE   VIDEO   JOBS   CONTACT US

U.S. NEWS    IMMIGRATION    CANADA    PHILIPPINES    ENTERTAINMENT    SPORTS    FEATURES

**Headlines** ★ What Fil-Am Republicans expect from Trump's speech at RNC finale ★ Immigrants and wom   **WATCH BA LIVE**    Today's Date  |  **28 August 2020**

Butterfly Knife Enthusiasts Flip Their Way to Fame | Balitang America



Home   >   featured news            by **TJ Manotoc** -Oct 11, 2019

## BALISONG ENTHUSIASTS FLIPPING THEIR WAY TO FAME

It's like a giant fidget spinner, juggling act, and dance all rolled into one — that's the vibe of these kids who call themselves balisong flippers.

The popularity of the butterfly knife may be on the decline in the Philippines where it originated, but it is on the rise in the U.S.

Some brands are now making hip and modern designs that are appealing to the younger market and even make trainers without sharp blades to make it easier to flip and do tricks.

Instagram as well has been the hub of growth and camaraderie of the flippers.

In the middle of an Asian martial arts event in Los Angeles was the 2019 version of **Balifornia** — a balisong flipping competition.

The founder, Paul Factora, said he's simply amazed with how the sport of balisong flipping has quickly evolved in recent years.

Kids as young as 11 years old are now majorly competitive in the sport, it's attracting Americans – and especially Filipino Americans to the sport.

Factora sais he is struggling to find the funds to finish the documentary and now he's turning to the community for help.

"We are currently seeking funding to complete our film. I shot about 240 hours of footage just on my own…We might do another crowdfunding project so so please keep an eye on that."

As he gears up for more balisong events in California, Factora and some friends are also organizing a trip home to Batangas called Cultura ng Balisong.

They invite anybody interested to see where it all began and learn about the craft and culture of the original balisong.

BALISONG    BUTTERFLY KNIFE    COMPET

SHARE THIS ARTICLE



**HOW FIL-AM REPUBLICANS RATE MIKE PENCE'S VP PERFORMANCE**

**RELATED BY**

| **TAGS** | **CATEGORY** | **AUTHOR** |



"Cuisinero" Filipino cookbook nabs intern …
by Rommel Conclara - Aug 26, 2020
■ LIFESTYLE



Will a Trump victory spell defeat for COVID-1 …
by Balitang America - Aug 25, 2020
■ HEADLINE



RNC: Are Trump, GOP reaching voters beyond th …
by Balitang America - Aug 25, 2020
■ HEADLINE



Philippines animal rescue group brings advoca …
by Steve Angeles - Aug 25, 2020
■ LIFESTYLE

**POPULAR POSTS**



CINEMALAYA'S BEST FILM WINNER FEATUR IGOROT LEADING MAN

**Privacy Notice**
We've updated our Privacy Notice. Learn how this will benefit you.

**TELL ME MORE!**