CASE NO. 20-15948

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ANDREW TETER and JAMES GRELL,
*Plaintiffs and Appellants,*

v.

CLARE E. CONNERS, et al.,
*Defendants and Appellees.*

---

**DECLARATION OF DOUG RITTER IN SUPPORT OF *AMICI CURIAE* BRIEF OF SAN DIEGO COUNTY GUN OWNERS POLITICAL ACTION COMMITTEE, FIREARMS POLICY COALITION, AND KNIFE RIGHTS FOUNDATION, INC. IN SUPPORT OF APPELLANTS AND REVERSAL**

---

On Appeal from the United States District Court
for the District of Hawaii
Civ. No. 19-cv-00183-ACK-WRP
United States District, Hon. Alan C. Key, Judge Presiding

---

John W. Dillon (SBN 296788)
jdillon@Dillonlawgp.com
DILLON LAW GROUP APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151

*Attorney for San Diego County
Gun Owners Political Action Committee, Firearms Policy Coalition, and Knife Rights Foundation Inc.*

# DECLARATION OF DOUG RITTER

I, Doug Ritter, declare as follows:

1. I am not a party to the captioned action, am over the age of 18, have personal knowledge of the facts stated herein, and am competent to testify as to the matters stated and the opinions rendered below.

2. I am the Chairman and Executive Director of Knife Rights Foundation, Inc. (Knife Rights).

3. Knife Rights is a non-profit organization that serves its supporters and the public, through direct and grassroots advocacy, focused on protecting the rights of knife owners to keep and carry knives and edged tools. Knife Rights also includes the promotion of education regarding state and federal knife laws, and the defense and protection of civil rights of knife owners.

4. As a part of Knife Rights' efforts to educate knife owners, Knife Rights compiles and reviews the various knife laws and regulations in each state in this Country. This compendium helps to ensure that knife owners remain in compliance with each state's laws with regard to possessing and carrying various types of knives.

5. Knife Rights has published a downloadable app, "LegalBlade," which summarizes each states' knife laws by "Knife Type" and provides the user with information on whether specific knives are legal for "Possession" "Open Carry" and "Concealed Carry" in each state.

6. In addition to providing users with summaries of each state's knife laws, Legal Blade provides direct links to each state's relevant knife/weapon statutes.

7. As Chairman and Executive Director of Knife Rights, and my work with various state legislatures, I am familiar with the current status of the knife laws and regulations in the United States.

8. I have reviewed the relevant statutes that pertain to butterfly knives or "balisongs" in each state and provide the summary set forth below.

9. First, only three (3) states in the United States explicitly prohibit the possession, open carrying, and concealed carrying of butterfly knifes. These states consist of Hawaii, Washington, and New Mexico. In other words, butterfly knives are categorically banned in only 6% of the Country.

10. Twenty-Nine (29) states allow for possession of butterfly knives as well as the open and concealed carrying of butterfly knives.[1]

11. Another five (5) states allow for possession of butterfly knives. These states allow open carry and concealed carry of butterfly knives if the blade of the knife is under a certain length or as long as there is an "explainable lawful purpose" for carrying the knife.[2]

12. Nine (9) other states allow for the lawful possession and open carrying of butterfly knives but restrict and/or prohibit concealed carrying of butterfly knives.[3]

---

[1] These states include: Alabama, Alaska, Arizona, Arkansas, Colorado, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Maine, Michigan, Mississippi, Montana, Nebraska, New Hampshire, New York, North Dakota, Oklahoma, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Vermont, Wisconsin, Wyoming. Note Texas has blade length restrictions for certain locations.

[2] These states include California, Connecticut, Georgia, Massachusetts, and New Jersey.

[3] These states include Utah, Florida, West Virginia, Louisiana, Maryland, Missouri, Nevada, North Carolina, and Oregon.

13. Thus, in forty-three (43) states, it is lawful to possess and carry butterfly knives either openly or concealed.

14. A large majority of states in this country consider butterfly knives standard folding knives.

15. Unquestionably, butterfly knives are commonly and lawfully owned and carried in Hawaii and throughout the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 28, 2020

**Douglas S. Ritter**

Digitally signed by Douglas S. Ritter
DN: cn=Douglas S. Ritter, o=Knife Rights Foundation, Inc., ou=Chairman, email=dritter@kniferights.org, c=US
Date: 2020.08.28 14:04:04 -07'00'

Doug Ritter
Chairman and Executive Director of
Knife Rights Foundation, Inc.