

| | | |
|---|---|---|
| **DAVID Y. IGE**<br>GOVERNOR | | **CLARE E. CONNORS**<br>ATTORNEY GENERAL |
| | | **DANA O. VIOLA**<br>FIRST DEPUTY ATTORNEY GENERAL |

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

December 11, 2020

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   *Teter v. Connors,* No. 20-15948
         FRAP Rule 28(j) Letter

Dear Ms. Dwyer:

Defendants-Appellees CLARE E. CONNORS and AL CUMMINGS submit this Federal Rules of Appellate Procedure Rule 28(j) letter for the above-entitled case, notifying this Court of the following authority that came to Defendants' attention after the Answering Brief was submitted in this case on October 20, 2020.

The Appeals Court of Massachusetts entered a decision in *Commonwealth v. Cosme*, No. 19-P-1732, 2020 WL 7134833, at *2 (Mass. App. Ct. Dec. 7, 2020), holding that "double-edged knives are 'dangerous and unusual weapons' not subject to Second Amendment protections." This supports the argument on pages 5, 12-20 of the Answering Brief that butterfly knives are dangerous and unusual weapons that do not fall under the protection of the Second Amendment.

The *Cosme* decision also states that "the statute is not facially unconstitutional where it is not an impermissible blanket restriction on all knives[.]" *Id.* at *2 n.8. This supports the argument on pages 7, 8, 27, and 34 of the Answering Brief that Haw. Rev. Stat. § 134-53 does not ban all knives.

Molly C. Dwyer, Clerk of the Court
December 11, 2020
Page 2

    A copy of the decision is attached for the Court's convenience.

              Sincerely,

              s/ Robert T. Nakatsuji
              ROBERT T. NAKATSUJI
              First Deputy Solicitor General

              Attorney for Defendants-Appellees
              CLARE E. CONNORS and AL CUMMINGS

Attachment
cc: Counsel for all participants (via CM/ECF system)