**Duncan v. Becerra, --- F.3d ---- (2021)**

2021 WL 728825
Only the Westlaw citation is currently available.
United States Court of Appeals, Ninth Circuit.

Virginia DUNCAN; Richard Lewis; Patrick Lovette; David Marguglio; Christopher Waddell; California Rifle & Pistol Association, Inc., a California corporation, Plaintiffs-Appellees,
v.
Xavier BECERRA, in his official capacity as Attorney General of the State of California, Defendant-Appellant.

No. 19-55376
|
February 25, 2021

D.C. No. 3:17-cv-01017-BEN-JLB, Southern District of California, San Diego

### ORDER

THOMAS, Chief Judge:

**\*1** Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Owens and Bress did not participate in the deliberations or vote in this case.

**All Citations**

--- F.3d ----, 2021 WL 728825 (Mem)

---

End of Document © 2021 Thomson Reuters. No claim to original U.S. Government Works.