

| DAVID Y. IGE<br>GOVERNOR | | CLARE E. CONNORS<br>ATTORNEY GENERAL |
|---|---|---|
| | | DANA O. VIOLA<br>FIRST DEPUTY ATTORNEY GENERAL |

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

February 26, 2021

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   *Teter v. Connors,* No. 20-15948
       FRAP Rule 28(j) Letter

Dear Ms. Dwyer:

      Defendants-Appellees CLARE E. CONNORS and AL CUMMINGS ("Defendants") submit this Federal Rules of Appellate Procedure Rule 28(j) letter for the above-entitled case, notifying this Court of the following authority that came to Defendants' attention after the Answering Brief was submitted in this case on October 20, 2020.

      On February 25, 2021, the U.S. Court of Appeals for the Ninth Circuit entered an order granting rehearing en banc in *Duncan v. Becerra*, No. 19-55376, 2021 WL 728825 (9th Cir. Feb. 25, 2021). The court also vacated the panel decision published as *Duncan v. Becerra*, 970 F.3d 1133 (9th Cir. 2020). This supports the argument on pages 29-31 of the Answering Brief opposing Plaintiffs-Appellants' strict scrutiny argument and their reliance on the *Duncan* panel decision. Defendants specifically noted on page 29, footnote 5, of the Answering Brief that the California Attorney General had filed a petition for rehearing en banc. That petition has now been granted.

      A copy of the order is attached for the Court's convenience.

Molly C. Dwyer, Clerk of the Court
February 26, 2021
Page 2

        Sincerely,

        s/ Robert T. Nakatsuji
        ROBERT T. NAKATSUJI
        First Deputy Solicitor General

        Attorney for Defendants-Appellees
        CLARE E. CONNORS and AL CUMMINGS


Attachment
cc:    Counsel for all participants (via CM/ECF system)

**Duncan v. Becerra, --- F.3d ---- (2021)**

2021 WL 728825
Only the Westlaw citation is currently available.
United States Court of Appeals, Ninth Circuit.

Virginia DUNCAN; Richard Lewis; Patrick Lovette; David Marguglio; Christopher Waddell; California Rifle & Pistol Association, Inc., a California corporation, Plaintiffs-Appellees,
v.
Xavier BECERRA, in his official capacity as Attorney General of the State of California, Defendant-Appellant.

No. 19-55376
|
February 25, 2021

D.C. No. 3:17-cv-01017-BEN-JLB, Southern District of California, San Diego

## ORDER

THOMAS, Chief Judge:

**\*1** Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Owens and Bress did not participate in the deliberations or vote in this case.

**All Citations**

--- F.3d ----, 2021 WL 728825 (Mem)

---

End of Document © 2021 Thomson Reuters. No claim to original U.S. Government Works.