# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123|(619) 905-9105| alan.alexander.beck@gmail.com

April 11, 2021

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

      **Re:** *Andrew Teter, et al v. Clare Connors, et al.*; No. 20-15948

Dear Ms. Dwyer:

      I write the Court to inform it of a recent decision from the Washington State Court of Appeals.

      In *Zaitzeff v. City of Seattle*, 2021 Wash. App. LEXIS 769 (attached), the court held that swords are protected by the Second Amendment of the United States Constitution and the Washington State Constitution. The court stated that "*Heller's* definitions of arms suggest that the Second Amendment protects swords as arms. Historically, swords have been weapons of offense used to strike at others. And while law-abiding citizens do not typically carry swords for lawful purposes today, as further discussed below, swords were common at the time of founding." *Id* at *7.  "As law-abiding citizens traditionally used swords for self-defense, we conclude that both constitutions protect Zaitzeff's sword as an arm." *Id* at *9.

      This supports the Appellants' claim that butterfly knives are protected by the Second Amendment because, as established in the briefing, law-abiding citizens traditionally use butterfly knives for self-defense.

      Yours very truly,

                                    /s/ Alan Beck
                                    Alan Beck

CERTIFICATE OF SERVICE

On this, the 11th day of April 2021, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 169 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 11th day of April 2021

s/ Alan Beck