# Law Offices of Alan Alexander Beck

2692 Harcourt Drive, San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

April 28, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

Re: *Andrew Teter et. al. v. Clare Connors et. al.* No. 20-15948

Dear Ms. Dwyer:

I write this Court to inform it of the recent opinion in *O'Neil v. Neronha*, No. 19-612 WES, 2022 U.S. Dist. LEXIS 45475 (D.R.I. Mar. 15, 2022) (attached) which held Rhode Island's ban on stun guns unconstitutional. In coming to its conclusion, the Court found that all bearable arms enjoy a presumption that they are protected by the Second Amendment. And the burden is on "the State [to] show that stun guns are not within the scope of the Second Amendment". *Id.* at *13. Relying on this presumption, the Court further found "it is Defendants' burden to demonstrate that stun guns are not used for lawful purposes such as self-defense, and they failed to do so." *Id.* at *17. And thus, held that stun guns are protected by the Second Amendment. The Court then found it was not necessary to determine whether strict or intermediate scrutiny applied "[b]ecause the law does not survive even the less rigorous level of intermediate scrutiny". *Id.* at *26.

This decision supports Plaintiffs' argument that all bearable arms enjoy a presumption in favor of Second Amendment protection and that Hawaii's ban on butterfly knives is unconstitutional. Since the Colonial Era, knives have been considered arms protected by the Second Amendment. Kopel, David B. and Kopel, David B. and Greenlee, Joseph, The Second Amendment Rights of Young People (January 16, 2019). 43 Southern Illinois Law Journal 495, 518-519 (2019), U Denver Legal Studies Research Paper No. 18-28, Available at SSRN: https://ssrn.com/abstract=3205664 or http://dx.doi.org/10.2139/ssrn.3205664 (listing various edged weapons that were considered militia weapons). This Court should rely on the Rhode Island Court's reasoning to find Hawaii's ban on butterfly knives unconstitutional.

Yours very truly,

/s/ Alan Beck
Alan Beck

CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 280 words as calculated by Microsoft Office 365.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 28th day of April, 2022.

s/ Alan Beck