# Law Offices of Alan Alexander Beck

2692 Harcourt Dr., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

May 15, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Andrew Teter, et. al. v. Holly T. Shikada, et. al.* **No. 20-15948**

Dear Ms. Dwyer:

    I write this Court to inform it of the recent opinion in *Jones v. Bonta,* No. 20-56174, 2022 U.S. App. LEXIS 12657 (9th Cir. May 11, 2022*)* (attached) which held California's ban on young adults under the age of 21 owning centerfire rifles unconstitutional. The panel opinion supports Plaintiffs' argument that Hawaii's ban on butterfly knives is subject to strict scrutiny. *See* Opening Brief at 29-31.

    The panel found that California's ban on centerfire rifles "is a severe burden on the core Second Amendment right of self-defense in the home" and thus, subject to strict scrutiny. *Id* at *42. The panel also held that "even if intermediate scrutiny were to apply, the district court still abused its discretion in finding that the ban was likely to survive, and reverse on this alternative basis as well." *Id.* at *49. The panel found that there was not a reasonable fit between the government interest and the ban because "only 0.25% of young adults are arrested for violent crimes. In other words, California's law sweeps in 400 times (100% divided by 0.25%) more young adults than would be ideal. Because it regulates so much more conduct than necessary to achieve its goal, the law is unlikely to be a reasonable fit for California's objectives." *Id.* at *55 (Footnote omitted).

    Here, there is similarly not a reasonable fit between banning butterfly knives for all citizens simply because a small minority might use them for crime. Hawaii's butterfly knives ban requires strict scrutiny because it is a severe burden on the right to self-defense. However, even under intermediate scrutiny, the ban is unconstitutional.

    Yours very truly,

/s/ Alan Beck
Alan Beck

CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 268 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 15th day of May 2022

s/ Alan Beck