# ⓈStamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

June 23, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

    **Re:** *Teter, et al. v. Connors, et al.*; No. 20-15948

Dear Ms. Dwyer:

    On April 27, 2021, the Court removed this matter from the Honolulu calendar and held the appeal in abeyance pending resolution of *New York State Rifle & Pistol Ass'n v. Corlett (NYSRPA)*, No. 20-843. The Order required the parties to notify the Court after the disposition in *NYSPRA*.

    On June 23, 2022, the United States Supreme Court handed down its opinion (*see N.Y. State Rifle Pistol Ass'n v. Bruen*, 597 U.S. \_\_\_ (2022), 2022 U.S. LEXIS 3055 (June 23, 2022)). As such, please accept this letter as notification that the Supreme Court has ruled in *NYSPRA*.

    Yours very truly,

                             */s/ Stephen D. Stamboulieh*
                             Stephen D. Stamboulieh

cc: all counsel of record (*Via ECF*)