# ⓈStambouglieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

June 26, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

    **Re:** *Teter, et al. v. Connors, et al.*; No. 20-15948

Dear Ms. Dwyer:

On June 23, 2022, the United States Supreme Court handed down its opinion in *N.Y. State Rifle Pistol Ass'n v. Bruen*, 597 U.S. ___ (2022), 2022 U.S. LEXIS 3055 (June 23, 2022) ("*NYSRPA*").

The Supreme Court held that New York's heightened need requirement for a permit to carry a firearm outside the home violated the Fourteenth Amendment to the United States Constitution.  It also abandoned the Ninth Circuit's two-step test in favor of a simple step, "which demands a test rooted in the Second Amendment's text, as informed by history" and that the "government must affirmatively prove that its firearms regulation is part of the historical tradition that delimits the outer bounds of the right to keep and bear arms." *Id.* at *23.  This supports Plaintiffs' argument on page 20 of their Opening Brief that the Defendants bear the "burden to show that [knives] are not usual protected arms" and that "Defendants have never attempted to rebut that presumption."

*Bruen* also abandoned means-end scrutiny: "Not only did *Heller* decline to engage in means-end scrutiny generally, but it also specifically ruled out the intermediate-scrutiny test that respondents and the United States now urge us to adopt." *Id.* at *28. *See* Opening Brief at pages 29-38 ("Trial court erred in its application of intermediate scrutiny").  Likewise, the Court discussed knives: "In the medieval period, [a]lmost everyone carried a knife or a dagger in his belt …While these knives were used by knights in warfare, [c]ivilians wore them for self-protection, among other things… Respondents point to no evidence suggesting the Statute applied to the smaller medieval weapons that strike us as most analogous to modern handguns." *Id.* at *52 (punctuation and citation omitted).  This support Plaintiffs'

arguments on pages 7-8 of the Opening Brief that knives are in common use and thus protected arms.

    Yours very truly,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

## CERTIFICATE OF SERVICE

On this, the 26th day of June 2022, I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 304 words as calculated by Microsoft Office 365. I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of June, 2022.

*s/ Stephen D. Stamboulieh*