

**DAVID Y. IGE**
GOVERNOR

**HOLLY T. SHIKADA**
ATTORNEY GENERAL

**VALERIE M. KATO**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

July 1, 2022

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Teter v. Shikada*,[1] No. 20-15948
Fed. R. App. P. Rule 28(j) Response

Dear Ms. Dwyer:

  Defendants-Appellees HOLLY T. SHIKADA and WILLIAM OKU, JR. ("Defendants") submit this response to Plaintiffs-Appellants ANDREW TETER and JAMES GRELL's ("Plaintiffs'") letter submitting supplemental authority under Federal Rules of Appellate Procedure Rule 28(j).

  Defendants have no objection to Plaintiffs' submission of *New York State Rifle and Pistol Association, Inc. v. Bruen*, No. 20-843 (U.S. June 23, 2022). *Bruen* has fundamentally changed Second Amendment law. *Bruen* rejects the two-part analysis that virtually all the U.S. Courts of Appeals had adopted. Slip op. at 10, 15. It eliminates means-ends scrutiny and replaces it with a purely historical approach. *Id.* at 15. However, *Bruen* also provides much elaboration for the historical approach and addresses other issues, such as upholding regulations if they "are designed to ensure only that those bearing arms in the jurisdiction are, in fact, 'law-abiding, responsible citizens.'" *Id.* at 30 n.9. Consequently, courts will have to carefully consider the new principles set forth in *Bruen* and how to apply them.

---

[1] HOLLY T. SHIKADA succeeded CLARE E. CONNORS on December 10, 2021 and WILLIAM OKU, JR., succeeded AL CUMMINGS on December 1, 2020. They are automatically substituted as parties pursuant to Fed. R. App. P. 43(c)(2).

Molly C. Dwyer, Clerk of the Court
July 1, 2022
Page 2

      In addition, Plaintiffs quote the portion of *Bruen* addressing medieval knives out of context. Slip op. at 33. *Bruen* actually disfavors relying on precedents from medieval England, holding instead: "We find that history ambiguous at best and see little reason to think that the Framers would have thought it applicable to the New World." *Id.* at 31. Therefore, Defendants object to Plaintiffs' improper use of the medieval knives section in *Bruen*.

      Instead of continuing to pursue this appeal based on the current briefs, even supplemented by Fed. R. App. P. Rule 28(j) letters, Defendants respectfully request that this Court remand this case to the District Court or, in the alternative, order supplemental briefing, pursuant to the Motion that will be filed contemporaneously with this Response. Defendants' Motion will provide more argument and authorities in support of this request.

      Sincerely,

      s/ Robert T. Nakatsuji
      ROBERT T. NAKATSUJI
      First Deputy Solicitor General

      Attorney for Defendants-Appellees
      HOLLY T. SHIKADA and
      WILLIAM OKU, JR.

cc: Counsel for all participants (via CM/ECF system)