UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CLARE E. CONNORS and AL CUMMINGS,<br><br>        Defendants - Appellees. | No. 20-15948<br><br>D.C. No. 1:19-cv-00183-ACK-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The supplemental brief submitted on September 19, 2022 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7