No. 20-15948

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANDREW TETER and JAMES GRELL,

*Plaintiffs - Appellants*,

v.

HOLLY T. SHIKADA, in her Official Capacity as the Attorney General of the State of Hawaiʻi and WILLIAM OKU, JR., in his Official Capacity as the State Sheriff Division Administrator

*Defendants - Appellees*.

On Appeal from the United States District Court for the District of Hawaiʻi
Honorable Alan C. Kay, Senior United States District Judge
(Civil No. 19-cv-00183-ACK-WRP)

## CONSENTED MOTION FOR LEAVE TO FILE BRIEF OF EVERYTOWN FOR GUN SAFETY AS AMICUS CURIAE IN SUPPORT OF DEFENDANTS-APPELLEES

| | |
|---|---|
| PAMELA W. BUNN | JANET CARTER |
| WENDY F. HANAKAHI | WILLIAM J. TAYLOR, JR. |
| Dentons US LLP | Everytown Law |
| 1001 Bishop Street, 18th Floor | 450 Lexington Avenue #4184 |
| Honolulu, HI 96813 | New York, New York 10017 |
| Telephone: (808) 524-1800 | Telephone: (646) 324-8215 |
| Email: pam.bunn@dentons.com | Email: wtaylor@everytown.org |
| wendy.hanakahi@dentons.com | |

09500000\010040\122391197\V-2

Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") respectfully moves for leave to file a brief as amicus curiae in the above-captioned matter in support of Defendants-Appellees (the "State"). If granted leave, Everytown will file the brief attached as Exhibit A.[1] Plaintiffs-Appellants ("Plaintiffs") and the State both consent to Everytown's motion for leave. Although Everytown has thus obtained consent, Everytown moves for leave to file its brief in case Rule 29(a)(2) does not apply in the present circumstances.

## INTEREST OF AMICUS CURIAE

Everytown is the nation's largest gun-violence-prevention organization, with nearly ten million supporters across the country, including over 27,000 in Hawaiʻi. Everytown was founded in 2014 as the combined effort of Mayors Against Illegal Guns, a national, bipartisan coalition of mayors combating illegal guns and gun trafficking, and Moms Demand Action for Gun Sense in America, an organization formed after a gunman murdered twenty children and six adults at an elementary school in Newtown, Connecticut. Everytown also includes a large network of gun-violence survivors who are empowered to share their stories and advocate for responsible gun laws, as well as a national movement of high school and college students working to end gun violence.

---

[1] No party's counsel authored the brief in whole or part and, apart from Everytown, no person contributed money to fund its preparation or submission.

Over the past several years, Everytown has devoted substantial resources to researching and developing expertise in historical firearms legislation. Everytown has drawn on that expertise to file more than 50 amicus briefs in Second Amendment and other firearms cases, offering historical and doctrinal analysis, as well as social science and public policy research, that might otherwise be overlooked. Several courts, including the court below, have expressly relied on Everytown's amicus briefs in deciding Second Amendment and other firearms cases. *See* ER31-32, 34; *Ass'n of N.J. Rifle & Pistol Clubs, Inc. v. Att'y Gen. N.J.*, 910 F.3d 106, 112 n.8 (3d Cir. 2018); *Rupp v. Becerra*, 401 F. Supp. 3d 978, 991-92 & n.11 (C.D. Cal. 2019), *vacated and remanded*, No. 19-56004, 2022 WL 2382319 (9th Cir. June 28, 2022); *see also Rehaif v. United States*, 139 S. Ct. 2191, 2210-11 nn.4 & 7 (2019) (Alito, J., dissenting).

During initial briefing in this case, Everytown submitted an amicus brief by consent of the parties (Dkt. 31, filed Oct. 27, 2020). On June 23, 2022, the U.S. Supreme Court decided *New York State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). On August 18, 2022, this Court directed the parties to file supplemental briefs addressing *Bruen* (Dkt. 66). Plaintiffs (Dkt. 67) and the State (Dkt. 69-1) filed their briefs on September 16 and 19, 2022, respectively.

## DESIRABILITY AND RELEVANCE OF AMICUS BRIEF

Everytown respectfully submits that this brief will assist the Court by providing additional analysis regarding the methodology for Second Amendment cases in the wake of *Bruen*. *First*, the brief sets out an analysis that differs from the State's regarding the initial, textual inquiry of the *Bruen* framework, explaining that Plaintiffs have failed to meet their burden to establish that butterfly knives are protected "arms" within the meaning of the Second Amendment. *Second*, *Bruen* identified, but did not resolve, an important methodological question regarding the focus of the originalist analysis of the Second Amendment—that is, whether the analysis should focus on the public understanding of its text in 1791, when the Second Amendment was ratified, or 1868, when the Fourteenth Amendment made it applicable to the states. *See Bruen*, 142 S. Ct. at 2138-39. The State's brief mentions that issue only briefly, because history establishes the constitutionality of Hawaiʻi's challenged law regardless of which period the Court examines, *see* Dkt. 69-1 at 7, but this Court may nevertheless wish to resolve the question of the correct time period in this case. *Third*, the amicus brief addresses Plaintiffs' argument that a court can dismiss as many as fifteen historical laws as "outliers," *see* Dkt. 67 at 14-15, explaining that Plaintiffs' claims are not consistent with *Bruen*. Accordingly,

we respectfully submit that Everytown's amicus brief is "desirable and … relevant." Fed. R. App. P. 29(a)(3)(B).[2]

## CONCLUSION

For the foregoing reasons, Everytown respectfully requests that this Court grant leave to file the amicus brief attached hereto as Exhibit A.

DATED: Honolulu, Hawai'i, September 26, 2022.

s/ Wendy F. Hanakahi
PAMELA W. BUNN
WENDY F. HANAKAHI
Dentons US LLP

JANET CARTER
WILLIAM J. TAYLOR, JR.
Everytown Law

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY

---

[2] At 4,764 words, the brief is also "no more than one-half the maximum length" of the 10,000 words that the Court authorized for the parties' supplemental briefs. *Id.* 29(a)(5). And Everytown files this motion and the attached brief within seven days of the State's supplemental brief. *See id.* 29(a)(6).

## DECLARATION OF WENDY F. HANAKAHI

I, Wendy F. Hanakahi, hereby declare as follows:

1.	I am an attorney with the law firm of Dentons US LLP, attorney for Amicus Curiae Everytown For Gun Safety ("Everytown") in this action.

2.	I make this Declaration based on my personal knowledge and am competent to testify as to the matters set forth herein. This Declaration is made in support of Everytown's Consented Motion For Leave To File Brief Of Everytown For Gun Safety As Amicus Curiae In Support Of Defendants-Appellees ("Motion").

3.	Attached hereto as Exhibit A is a true and correct copy of the Supplemental Amicus Curiae Brief Of Everytown For Gun Safety In Support Of Defendants-Appellees And Affirmance that Everytown would file if the Court grants this Motion.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Honolulu, Hawai`i on September 26, 2022.

s/ Wendy F. Hanakahi  
WENDY F. HANAKAHI

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure ("Fed. R. App. P.") Rule 32(g), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. Rule 27(d)(2)(A) because it contains 762 words. It complies with the typeface and typestyle requirements of Fed. R. App. P. Rules 32(a)(5) and 32(a)(6) because it was prepared in a proportionately spaced typeface using plain, roman style 14-point font.

DATED: Honolulu, Hawai'i, September 26, 2022.

s/ Wendy F. Hanakahi
PAMELA W. BUNN
WENDY F. HANAKAHI
Dentons US LLP

JANET CARTER
WILLIAM J. TAYLOR, JR.
Everytown Law

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion for Leave to File Amicus Brief of Everytown for Gun Safety as Amicus Curiae in Support of Defendants-Appellees, including attached Exhibit A, on all parties via CM/ECF.

DATED: Honolulu, Hawaiʻi, September 26, 2022.

s/ Wendy F. Hanakahi
PAMELA W. BUNN
WENDY F. HANAKAHI
Dentons US LLP

JANET CARTER
WILLIAM J. TAYLOR, JR.
Everytown Law

Attorneys for Amicus Curiae
EVERYTOWN FOR GUN SAFETY
