# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

September 28, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Andrew Teter et. al., v. Clare Connors et. al.,* **No. 20-15948**

Dear Ms. Dwyer:

     I write this Court to inform it of Hawaii Supreme Court authority which was overlooked when filing the supplemental brief. The Hawaii Supreme Court has expressly found that butterfly knives are not closely associated with criminal activity. H.R.S. § 134-51 prohibits the carrying of dangerous and deadly weapons. "The phrase 'other deadly or dangerous weapon' in the statute under consideration gives it the necessary flexibility of scope to bring within its ambit instruments closely associated with criminal activity whose sole design and purpose is to inflict bodily injury or death upon another human being." *State v. Rackle*, 55 Haw. 531, 537 (1974). The Hawaii Supreme Court has expressly found that butterfly knives are not deadly or dangerous weapons. *See State v. Rodrigues*, 56 Haw. 642 (1976) (overturning a conviction for a butterfly knife because it is not a "deadly or dangerous weapon") (attached). Therefore, the Hawaii Supreme Court has found that butterfly knives are not closely associated to criminal activity which is relevant to Plaintiffs' argument that butterfly knives have a lawful purpose. *See* Opening Brief at 9, 10, 14.

     Yours very truly,

                              /s/ Alan Beck
                              Alan Beck

CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 177 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 28th day of September 2022.


s/ Alan Beck