

| | | |
|---|---|---|
| **DAVID Y. IGE**<br>GOVERNOR | | **HOLLY T. SHIKADA**<br>ATTORNEY GENERAL |
| | | **VALERIE M. KATO**<br>FIRST DEPUTY ATTORNEY GENERAL |

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

September 29, 2022

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Teter v. Connors,* No. 20-15948
Letter re Substitution of Parties

Dear Ms. Dwyer:

    I represent the Defendants-Appellees in the above-referenced matter. I write to inform the Court that HOLLY T. SHIKADA is now the Attorney General of Hawaiʻi and WILLIAM OKU, JR. is now the State Sheriff Division Administrator. Federal Rules of Appellate Procedure Rule 43(c)(2) provides: "When a public officer who is a party to an appeal or other proceeding in an official capacity dies, resigns, or otherwise ceases to hold office, the action does not abate. The public officer's successor is automatically substituted as a party."

    CLARE E. CONNORS and AL CUMMINGS were sued in their official capacities as Attorney General and State Sheriff Division Administrator. Therefore, Ms. SHIKADA and Mr. OKU should be substituted in place of Ms. CONNORS and Mr. CUMMINGS in the caption of this matter and in all future proceedings.

Molly C. Dwyer, Clerk of the Court
September 29, 2022
Page 2

        Sincerely,

        s/ Robert T. Nakatsuji
        ROBERT T. NAKATSUJI
        First Deputy Solicitor General

        Attorney for Defendants-Appellees

cc:  Counsel for all participants (via CM/ECF system)