|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 3 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ANDREW TETER; JAMES GRELL, | No. 20-15948 |
| Plaintiffs-Appellants, | D.C. No. 1:19-cv-00183-ACK-WRP<br>District of Hawaii,<br>Honolulu |
| v. | |
| CLARE E. CONNORS; AL CUMMINGS, | ORDER |
| Defendants-Appellees. | |

The appellants' motion (Docket Entry No. 74) to file a supplemental reply brief is referred to the panel that will consider the merits of the case.

Everytown for Gun Safety's motion for leave to file a supplemental amicus curiae brief (Docket Entry No. 76) and any responses are referred for resolution to the panel that will consider the merits of the case.

Within 7 days after the date of this order, amicus curiae is ordered to file 6 copies of the supplemental brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically.

The Form 18 certificate is available on the court's website. The paper copies shall be submitted to the principal office of the Clerk.

The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

GS 09/26/2022/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7