

**DAVID Y. IGE**
GOVERNOR

**HOLLY T. SHIKADA**
ATTORNEY GENERAL

**VALERIE M. KATO**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

October 5, 2022

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  *Teter v. Shikada,* No. 20-15948
     Fed. R. App. P. Rule 28(j) Response

Dear Ms. Dwyer:

    The "Rule 28(j) letter" Plaintiffs filed on October 5, 2022 is in actuality a sur-reply brief. The letter does not call the Court's attention to any intervening authority. It should be disregarded.

    The standing issue was thoroughly addressed in Defendants' Supplemental Brief, Plaintiffs' proposed Response, and Defendants' proposed Reply. Plaintiffs' "Rule 28(j) letter" is neither necessary, nor proper.

    In any event, Plaintiffs' reliance on *Jackson v. City & County of San Francisco*, 746 F.3d 953 (9th Cir. 2014), is unavailing. *Jackson* applies one narrow strand of First Amendment doctrine: It addresses the question of whether abridgement of rights in particular places may, in principle, suffice for establishing an injury-in-fact. *Jackson* does not overrule or abrogate this Court's precedents setting forth the well-settled three-part test for pre-enforcement challenges, nor does it import wholesale the relaxed standing inquiry applicable to First

Molly C. Dwyer, Clerk of the Court
October 5, 2022
Page 2


Amendment challenges. Moreover, *Jackson v. City & County of San Francisco,* 829 F. Supp. 2d 867 (N.D. Cal. 2011), is distinguishable from the present case on the facts. The allegations in *Jackson* were more extensive and "concrete" than Plaintiffs' allegations in the present case.

      Plaintiffs' alleged "Rule 28(j) letter" is improper and should be disregarded, and the cases they cite are irrelevant in any event.

      Sincerely,

      s/ Robert T. Nakatsuji
      ROBERT T. NAKATSUJI
      First Deputy Solicitor General

      Attorney for Defendants-Appellees
      HOLLY T. SHIKADA and WILLIAM
      OKU, JR.


cc:   Counsel for all participants (via CM/ECF system)