| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 7 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ANDREW TETER; JAMES GRELL,

    Plaintiffs-Appellants,

v.

HOLLY T. SHIKADA, Esquire, Deputy Assistant Attorney General; WIILIAM OKU,

    Defendants-Appellees.

No. 20-15948

D.C. No. 1:19-cv-00183-ACK-WRP
District of Hawaii,
Honolulu

ORDER

Appellees' response and cross-motion for leave to file a supplemental reply brief (Docket Entry No. 83) and any further responses are referred to the panel that will consider the merits of this appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 10/03/2022/Pro Mo