UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW TETER and JAMES GRELL,

        Plaintiffs - Appellants,

 v.

HOLLY T. SHIKADA, Esquire, Deputy Assistant Attorney General and WIILIAM OKU,

        Defendants - Appellees.

No. 20-15948

D.C. No. 1:19-cv-00183-ACK-WRP
U.S. District Court for Hawaii, Honolulu

**ORDER**

The supplemental reply brief submitted by appellees on October 4, 2022 is lodged for such consideration as the merits panel deems appropriate.

Within 7 days of this order, appellees are ordered to submit 6 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Liora Anis
Deputy Clerk
Ninth Circuit Rule 27-7