

**DAVID Y. IGE**
GOVERNOR

**HOLLY T. SHIKADA**
ATTORNEY GENERAL

**VALERIE M. KATO**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1360

October 11, 2022

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:  *Teter v. Shikada,* No. 20-15948
     Fed. R. App. P. Rule 28(j) Response

Dear Ms. Dwyer:

Plaintiffs filed two separate Rule 28(j) letters on October 7, 2022, **both** citing *Antonyuk v. Hochul*, 2022 U.S. Dist. LEXIS 182965 (N.D.N.Y. Oct. 6, 2022) (*Antonyuk II*). Clearly, Plaintiffs are improperly trying to evade the 350 word limit in Rule 28(j) by breaking their arguments regarding the very same case into two separate letters. Both letters should be disregarded.

In any event, Plaintiffs' arguments are meritless. Regarding standing, the updated allegations in *Antonyuk II* are much more extensive and "concrete" than the allegations of the plaintiffs in the present case or in *Antonyuk I*. In addition, regarding the merits, both the challenged laws and the historical analogues in *Antonyuk II* are very different from those in the present case. Therefore, *Antonyuk II* is inapposite.

Molly C. Dwyer, Clerk of the Court
October 11, 2022
Page 2

      Furthermore, a notice of appeal has been filed in *Antonyuk II*. A motion for an emergency interim stay and a stay pending appeal has also been filed in the Second Circuit. Therefore, the validity of *Antonyuk II* is still questionable.

      Both of Plaintiffs' alleged Rule 28(j) letters are improper and should be disregarded, and the case they cite is irrelevant in any event.

                                    Sincerely,

                                    s/ Robert T. Nakatsuji
                                    ROBERT T. NAKATSUJI
                                    First Deputy Solicitor General

                                    Attorney for Defendants-Appellees
                                    HOLLY T. SHIKADA and WILLIAM
                                    OKU, JR.

cc:  Counsel for all participants (via CM/ECF system)

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing complies with the word limit in Fed. R. App. P. 28(j) because the body of the letter contains 187 words. It was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally-spaced typeface.

DATED: Honolulu, Hawaiʻi, October 11, 2022.

        s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
First Deputy Solicitor General

Attorney for Defendants-Appellees HOLLY T. SHIKADA and WILLIAM OKU, JR.