# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

October 21, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Andrew Teter et. al., v. Holly T. Shikada et. al.,* **No. 20-15948**

Dear Ms. Dwyer:

      I write the Court to inform it of the Southern District of Western Virginia's recent opinion in *United States v. Price*, No. 2:22-cr-00097, 2022 U.S. Dist. LEXIS 186571 (S.D. W. Va. Oct. 12, 2022) (attached).  There, the Court held unconstitutional 18 U.S.C. § 922(k), which prohibits possession of a firearm with an altered, obliterated, or removed serial number.  This opinion is relevant to this Court's determination of Plaintiffs' matter because the *Price* Court's legal reasoning supports Plaintiffs' contention that Hawaii's ban on butterfly knives is unconstitutional.

      In *Price*, the Court found that "1791" was the correct starting point to conduct a historical analysis. *Id* at *11. The Court then found 18 U.S.C. § 922(k)'s purpose is to prevent crime.  "It is difficult to imagine that this societal problem did not exist at the founding." *Id*. *14 (S.D. W. Va. Oct. 12, 2022). Therefore, the Court could not engage in analogical reasoning to uphold 18 U.S.C. § 922(k).  And even if it could, there was no colonial analog to prohibiting firearms without serial numbers. Therefore, it found the law to be unconstitutional.

      Similarly, Hawaii's butterfly knife ban does not have a historical equivalent, yet it was drafted to combat knife violence, which also existed during the Colonial Era. Moreover, butterfly knives existed during the Founding Era. *See* Plaintiffs' Supplemental Brief at 22. Therefore, the inquiry should end there. However, even if this Court were to engage in analogical reasoning, Hawaii has failed to produce any applicable analogies. Hawaii's ban on butterfly knives is flatly unconstitutional.

      Yours very truly,

                                  /s/ Alan Beck
                                  Alan Beck

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 257 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 21st day of October 2022.


s/ Alan Beck