# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

October 26, 2022

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Andrew Teter et. al., v. Holly Shikada et. al.*, **No. 20-15948**

Dear Ms. Dwyer:

    I write this Court to inform it of the recent district court opinion in *Sullivan v. Ferguson*, No. 3:22-cv-05403-DGE, 2022 U.S. Dist. LEXIS 193503 (W.D. Wash. Oct. 24, 2022) (attached). There, the court found that the litigants had standing to challenge Washington State's ban on large capacity magazines. "Ms. Sullivan, a resident of Kitsap County, alleges that it is her 'present intention and desire to purchase' large capacity magazines but she is unable to do so because 'the existence of the Act, and Defendants' enforcement of it, has extinguished the legal market for those items in Washington, and made it unlawful for Ms. Sullivan to import them herself.' (Dkt. No. 42 at 13-14.) These allegations sufficiently establish that Ms. Sullivan has standing as against the Kitsap County Defendants." *Id* at *15.

    *Sullivan* specifically relies on binding Ninth Circuit precedent for this proposition: "As the Ninth Circuit established in *Jackson v. City & Cnty. of San Francisco*, 746 F.3d 953 (9th Cir. 2014), ongoing deprivation of an alleged legally protected interest, her Second Amendment rights, is sufficient to constitute an injury in fact." *Id* at *16. Just like the Attorney General does here, "[t]he Kitsap County Defendants argue that *Jackson* is inapplicable here and try to distinguish the case on its facts." *Id* at *16. The court disagreed and said "[w]e agree with Plaintiffs that Ms. Sullivan's alleged injury is similar to the Plaintiff in *Jackson* and that *Jackson* is applicable here. As such, we find that Ms. Sullivan has adequately pled that she suffered an injury in fact." *Id* at *17. This Court should do the same here and find that Plaintiffs have standing to pursue their challenge to Hawaii's ban on butterfly knives.

    Yours very truly,

                                              /s/ Alan Beck
                                              Alan Beck

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 284 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 26th day of October 2022.

s/ Alan Beck