UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>HOLLY T. SHIKADA, Esquire, Deputy Assistant Attorney General and WIILIAM OKU,<br><br>        Defendants - Appellees. | No. 20-15948<br><br>D.C. No. 1:19-cv-00183-ACK-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The amicus brief submitted on September 26, 2022 by Everytown for Gun Safety is filed. No additional paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7