UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 05 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANDREW TETER and JAMES
GRELL,

          Plaintiffs - Appellants,

  v.

HOLLY T. SHIKADA, Esquire,
Deputy Assistant Attorney General
and WIILIAM OKU,

          Defendants - Appellees.

No. 20-15948

D.C. No. 1:19-cv-00183-ACK-WRP
U.S. District Court for Hawaii,
Honolulu

**ORDER**

The supplemental brief submitted on September 27, 2022 by Andrew Teter

and James Grell is filed. No additional paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7