# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

January 12, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Andrew Teter et. al., v. Anne E. Lopez et. al.,* **No. 20-15948**

Dear Ms. Dwyer:

    I write this Court to inform it of a United States District Court for the District of Hawaii's recent opinion in *Todd Yukutake, et al., v. Anne E. Lopez*, U.S. District Court for the District of Hawaii, Civil No. 1:22-cv00323-JAO-KJM (attached). That case deals with a Second Amendment challenge to Hawai'i Revised Statutes ("HRS") § 134-51's ban on the carry of billy clubs. There, Attorney General Lopez raised virtually identical standing arguments as she raised in her supplemental brief on appeal. *See* Def. Supplemental Brief at pp. 36-37; *see also* Plaintiffs' Supplemental Reply Br. at 1-8.

    Judge Otake rejected the State's arguments and found that the Plaintiffs have standing to challenge HRS § 134-51's ban on billy clubs. This Court should rely on Judge Otake's thorough opinion and find that Plaintiffs have standing to challenge Hawaii's ban on butterfly knives.

    Yours very truly,

                                      s/ Alan Beck
                                      Alan Beck

cc: All counsel of record (CM/ECF)
attachment

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 143 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 12th day of January 2023.

s/ Alan Beck