# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

February 5, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Andrew Teter et. al., v. Anne E. Lopez et. al.,* **No. 20-15948**

Dear Ms. Dwyer:

      I write this court to inform it of the recent opinion in *United States v. Harrison*, No. CR-22-00328-PRW, 2023 U.S. Dist. LEXIS 18397 (W.D. Okla. Feb. 3, 2023) (attached). There, the Court struck 18 U.S.C. § 922(g)(3) as unconstitutional. The "United States point[ed] to seven laws—one 1655 law from colonial Virginia and six state or territorial laws enacted between 1868 and 1899—that it argues 'categorically prohibit[ed]' the intoxicated 'from possessing firearms.'" *Id* at *12.

      The Court distinguished these cases because "[u]nder these laws, no one's right to armed self-defense was restricted based on the mere fact that he or she was a user of intoxicants. Second, none of the laws appear to have prohibited the mere possession of a firearm. Third, far from being a total prohibition applicable to all intoxicated persons in all places, all the laws appear to have applied to public places or activities (or even a narrow subset of public places), and one only applied to a narrow subset of intoxicated persons. Importantly, none appear to have prohibited the possession of a firearm in the home for purposes of self-defense." *Id* at *13. (footnotes omitted). Thus, the Court found that the law relied upon by the United States were not "comparable" to 18 U.S.C. § 922(g)(3). *Id.*

      Hawaii primarily relies on restrictions on the concealed carry of bowie knives to justify its ban on the possession of butterfly knives. *Harrison* illustrates why this comparison fails. A ban on possession is not a comparable burden on the right to self-defense as a ban on concealed carry. None of the bowie knife laws banned mere possession and nearly all allowed for the open carry of bowie knives outside the home. Thus, they are not comparable to Hawaii's complete ban on butterfly knives. Therefore, *Harrison* supports Plaintiffs' position that Hawaii's butterfly knife ban is unconstitutional.

      Yours very truly,

                                            s/ Alan Beck
                                            Alan Beck

cc: All counsel of record (CM/ECF)
attachment

CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 313 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 5th day of February 2023.

s/ Alan Beck