

JOSH GREEN, M.D.
GOVERNOR

ANNE E. LOPEZ
ATTORNEY GENERAL

MATTHEW S. DVONCH
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
*Ka ʻOihana O Ka Loio Kuhina*
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

February 14, 2023

Via CM/ECF system

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Teter v. Shikada,* No. 20-15948
Letter re Substitution of Parties

Dear Ms. Dwyer:

I represent the Defendants-Appellees in the above-referenced matter. I write to inform the Court that ANNE E. LOPEZ is now the Attorney General of Hawaiʻi and MARK HANOHANO is now the State Sheriff Division Administrator. Federal Rules of Appellate Procedure Rule 43(c)(2) provides: "When a public officer who is a party to an appeal or other proceeding in an official capacity dies, resigns, or otherwise ceases to hold office, the action does not abate. The public officer's successor is automatically substituted as a party."

HOLLY T. SHIKADA and WILLIAM OKU, JR., were sued in their official capacities as Attorney General and State Sheriff Division Administrator in this case. Therefore, Ms. LOPEZ and Mr. HANOHANO should be substituted in place of Ms. SHIKADA and Mr. OKU in the caption of this matter and in all future proceedings.

Molly C. Dwyer, Clerk of the Court
February 14, 2023
Page 2

Sincerely,

s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
First Deputy Solicitor General

Attorney for Defendants-Appellees

cc: Counsel for all participants (via CM/ECF system)