# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

March 22, 2023

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

**Re:** *Andrew Teter et. al., v. Anne E. Lopez et. al.,* **No. 20-15948**

Dear Ms. Dwyer:

      I write this Court to inform it of a recently released law review article which is relevant to the disposition of this appeal. The History of Bans on Types of Arms Before 1900 by David Kopel and Joseph Greenlee (attached).[1] This article examines all American state, territorial, and colonial laws that prohibited possession or sale of any type of arm. Also covered are English laws before 1776, and the Dutch and Swedish colonies in America. This law review article shows that no colonial law banned any particular arm, and certainly not any knife. Therefore, it supports Plaintiffs' position that there is no historical tradition of banning knives such as butterfly knives, and supports Plaintiffs' claim that Hawaii's ban on the possession of butterfly knives is unconstitutional.

      Yours very truly,

/s/ Alan Beck
Alan Beck

---

[1] Available at
https://davekopel.org/2A/LawRev/The%20History%20of%20Bans%20on%20Types%20of%20Arms%20Before%201900.pdf

CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 135 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 22nd day of March 2023.

s/ Alan Beck