No. 20-15948

# In the United States Court of Appeals for the Ninth Circuit

ANDREW TETER AND JAMES GRELL

*Plaintiffs-Appellants*,

v.

ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII AND AL CUMMINGS, IN HIS OFFICIAL CAPACITY AS THE STATE SHERIFF DIVISION ADMINISTRATOR

*Defendants-Appellees*.

Appeal from a Judgment of United States District Court
For the District of Hawaii
Civ. No. 19-cv-00183-ACK-WRP
United States District Court Judge Alan C. Kay

**MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR ATTORNEYS' FEES OR IN THE ALTERNATIVE TO TRANSFER CONSIDERATION OF ATTORNEYS' FEES ON APPEAL**

| | |
|---|---|
| ALAN ALEXANDER BECK | STEPHEN D. STAMBOULIEH |
| 2692 Harcourt Drive | STAMBOULIEH LAW, PLLC |
| San Diego, California 92123 | P.O. Box 428 |
| Telephone: (619) 905-9105 | Olive Branch, MS 38654 |
| alan.alexander.beck@gmail.com | Telephone: (601) 852-3440 |
| | stephen@sdslaw.us |

*Attorneys for Appellants Andrew Teter and James Grell*

Come now, Appellants Andrew Teter and James Grell, by and through counsel, and submit this, their Motion for an Extension of Time to File a Motion for Attorneys' Fees or in the Alternative, to Transfer Consideration of Attorneys' Fees on Appeal ("Motion") and would show unto the Court the following:

Pursuant to Circuit Rule 39-1.6, any motion for attorneys' fees is due "no later than 14 days after the expiration of the period within which a petition for rehearing may be filed..." Likewise, Circuit Rule 39-1.8 allows a party to "file a motion to transfer consideration of attorneys fees on appeal to the district court or administrative agency from which the appeal was taken."

On August 7, 2023, this Court issued its opinion and judgment in this matter, reversing lower court's judgment and remanding to the lower court for further proceedings. Pursuant to FRAP 40(a)(1), "[u]nless the time is shortened or extended by order or local rule," the Hawaii Defendants have 14 days to file for rehearing, or until August 21, 2023.

Because Appellants' Motion for Attorneys' Fees would be due on the same day as the State of Hawaii Defendants' Motion for Rehearing, if they elect to file one, Appellants respectfully request that they be allowed an additional 30 days in which to file a Motion for Attorneys' Fees in this Court until September 20, 2023, or in the alternative, for this Court to transfer consideration of attorneys' fees to the district court.

Respectfully submitted, this the 14 of August, 2023.

*s/ Alan Beck*
ALAN BECK (HI Bar No. 9145)
Attorney at Law
2692 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email:
alan.alexander.beck@gmail.com

*s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
Telephone: (601) 852-3440
Email: stephen@sdslaw.us

## CERTIFICATE OF COMPLIANCE

1. This Motion complies with the type-volume limitations of Fed. R. App. P. 27 because it contains 244 words.

2. This Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

*/s/ Alan Beck*
Alan Beck

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2023, I filed the foregoing Document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Alan Beck*
Alan Beck