No. 20-15948

# In the United States Court of Appeals
## for the Ninth Circuit

ANDREW TETER AND JAMES GRELL

*Plaintiffs-Appellants*,

v.

ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII AND AL CUMMINGS, IN HIS OFFICIAL CAPACITY AS THE STATE SHERIFF DIVISION ADMINISTRATOR

*Defendants-Appellees.*

Appeal from a Judgment of United States District Court
For the District of Hawaii
Civ. No. 19-cv-00183-ACK-WRP
United States District Court Judge Alan C. Kay

**PLAINTIFFS-APPELLANTS' NON-OPPOSITION TO DEFENDANTS-APPELLEES' MOTION FOR AN EXTENSION OF TIME TO FILE A PETITION FOR REHEARING EN BANC**

ALAN ALEXANDER BECK
2692 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
alan.alexander.beck@gmail.com

STEPHEN D. STAMBOULIEH
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Telephone: (601) 852-3440
stephen@sdslaw.us

*Attorneys for Appellants Andrew Teter and James Grell*

Come now, Appellants Andrew Teter and James Grell, by and through counsel, and submit this, their Non-Opposition to Defendants-Appellees' Motion for an Extension of Time to File a Petition for Rehearing En Banc (DktEntry 119).

Plaintiffs-Appellants notify this Court that they do not oppose the extension sought by Defendants-Appellees.

Respectfully submitted, this the 16 of August, 2023.

*s/ Alan Beck*
ALAN BECK (HI Bar No. 9145)
Attorney at Law
2692 Harcourt Drive
San Diego, California 92123
Telephone: (619) 905-9105
Email:
alan.alexander.beck@gmail.com

*s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
Telephone: (601) 852-3440
Email: stephen@sdslaw.us

## CERTIFICATE OF COMPLIANCE

1. This Response complies with the type-volume limitations of Fed. R. App. P. 27 because it contains <u>57</u> words.

2. This Response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2023, I filed the foregoing Document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh