No. 20-15948

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANDREW TETER and JAMES GRELL,

*Plaintiffs-Appellants,*

v.

ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaiʻi and MARK HANOHANO, in his Official Capacity as the State Sheriff Division Administrator,

*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Hawaiʻi
Honorable Alan C. Kay, Senior United States District Judge
(Civil No. 19-cv-00183-ACK-WRP)

**DEFENDANTS-APPELLEES' RESPONSE
TO PLAINTIFFS-APPELLANTS' BILL OF COSTS**

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi | ROBERT T. NAKATSUJI<br>Department of the Attorney General<br>State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Telephone: (808) 586-1360<br>E-mail: robert.t.nakatsuji@hawaii.gov |

Attorneys for Defendants-Appellees
ANNE E. LOPEZ and MARK HANOHANO

**DEFENDANTS-APPELLEES' RESPONSE
TO PLAINTIFFS-APPELLANTS' BILL OF COSTS**

On August 16, 2023, Plaintiffs-Appellants Andrew Teter and James Grell (collectively "Plaintiffs") filed their Bill of Costs, requesting a total of $635.50 in costs. DktEntry 122. However, on August 14, 2023, Defendants-Appellees Anne E. Lopez, in her official capacity as Attorney General of the State of Hawaiʻi, and Mark Hanohano, in his official capacity as the State Sheriff Division Administrator, (collectively "Defendants") filed their Motion for an Extension of Time to File a Petition for Rehearing *En Banc*. DktEntry 119. Defendants' Motion, of course, was based on the premise that Defendants intend to file a Petition for Rehearing *En Banc*. On August 16, 2023, this Court granted Defendants' Motion, permitting Defendants to file their Petition for Rehearing *En Banc* by September 20, 2023. DktEntry 123.

Pursuant to Fed. R. App. P. 39(a), costs are awarded as follows:

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;
(2) if a judgment is affirmed, costs are taxed against the appellant;
(3) if a judgment is reversed, costs are taxed against the appellee;
(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

This means that "prevailing parties" are entitled to costs on appeal. *Modzelewski v. Resol. Tr. Corp.*, 14 F.3d 1374, 1379 (9th Cir. 1994).

Because a Petition for Rehearing *En Banc* is anticipated to be filed in this case, determination of the "prevailing party" is premature. Should Defendants' Petition for Rehearing *En Banc* be granted, for example, Plaintiffs would not be entitled to costs. As a result, Defendants submit that consideration of Plaintiffs' request for costs should be deferred until after Defendants' Petition for Rehearing *En Banc* has been filed and addressed.

DATED: Honolulu, Hawai'i, August 17, 2023.

/s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
Deputy Solicitor General

Attorney for Defendants-Appellees
ANNE E. LOPEZ and
MARK HANOHANO

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: Honolulu, Hawai'i, August 17, 2023.

    /s/ Robert T. Nakatsuji
ROBERT T. NAKATSUJI
Deputy Solicitor General

Attorney for Defendants-Appellees
ANNE E. LOPEZ and
MARK HANOHANO