

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

September 20, 2023

Via CM/ECF System

Molly C. Dwyer, Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:     *Teter v. Lopez*, No. 20-15948
        Substitution of Party

Dear Ms. Dwyer:

    I represent Defendants-Appellees in the above-captioned case. I write to inform the Court that DARRYL NG is now the State Sherriff Division Administrator. Under Federal Rule of Appellate Procedure 43(c)(2), he is "automatically substituted" in his official capacity for MARK HANOHANO in this case.

    Sincerely,

    /s/ Neal Kumar Katyal
    Neal Kumar Katyal

    Counsel for Defendants-Appellees

cc:     Counsel of record for all participants (via CM/ECF system)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar.  Business Service Centers: Johannesburg Louisville.  Legal Services Center: Berlin.  For more information see www.hoganlovells.com