**FILED**

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

SEP 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER; JAMES GRELL, | No. 20-15948 |
| Plaintiffs-Appellants, | D.C. No. 1:19-cv-00183-ACK-WRP |
| v. | District of Hawaii, Honolulu |
| ANNE E. LOPEZ; DARRYL NG, | ORDER |
| Defendants-Appellees. | |

Before: BEA, COLLINS, and LEE, Circuit Judges.

Plaintiffs-Appellants Andrew Teter and James Grell are ordered to file a response to Defendants-Appellees' Petition for Panel Rehearing and Rehearing En Banc (Dkt. No. 135) filed on September 20, 2023. The response shall not exceed fifteen pages or 4,200 words and shall be filed within twenty-one days of the date of this order.