

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

October 2, 2023

**BY CM/ECF**

Molly C. Dwyer, Clerk
United States Court of Appeals
  for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

  **Re:**   ***Teter v. Lopez*, No. 20-15948**

Dear Ms. Dwyer:

The State of Hawai'i writes to address this Court's September 28, 2023 order stating that it will hear *Duncan v. Bonta*, No. 23-55805, en banc.

The Court's decision to hear *Duncan* en banc confirms the en banc worthiness of the issues in this case. *Duncan* likewise implicates the framework established in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111 (2022), for assessing Second Amendment challenges. The en banc court's decision in *Duncan* may correct the *Teter* panel's errors outlined in Hawai'i's pending rehearing petition and restore uniformity in this vitally important area of law.

At the same time, however, *Duncan* raises distinct questions that are not implicated in this case. For example, *Duncan* involves the issue of whether large capacity magazines fit the Second Amendment's definition of "arms." Depending on how the en banc Court resolves *Duncan*, it may not reach all issues pertinent to this case.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Riyadh Shanghai FTZ Ulaanbaatar.  Business Service Centers: Johannesburg Louisville. Legal Services Center: Berlin. For more information see www.hoganlovells.com

Hawaiʻi recognizes the substantial commitment of judicial resources involved in hearing *Duncan* en banc and understands that judicial economy may counsel in favor of deferring resolution of the pending rehearing petition in this case until this Court has decided *Duncan*. The State of Hawaiʻi therefore respectfully requests that this Court hold the petition for rehearing in *Teter* pending the en banc court's resolution of *Duncan*. After *Duncan* has been resolved, the parties in this case can quickly provide supplemental briefing on the implications for this case.

    Respectfully submitted,

    /s/ Neal Kumar Katyal
    Neal Kumar Katyal

    *Counsel for Defendants-Appellees*
    *Anne E. Lopez and Darryl Ng*

cc: All counsel of record (via CM/ECF)

## CERTIFICATE OF SERVICE

I certify that on October 2, 2023, I filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Neal Kumar Katyal
Neal Kumar Katyal