UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 03 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>            Plaintiffs - Appellants,<br><br> v.<br><br>ANNE E. LOPEZ and DARRYL NG,<br><br>            Defendants - Appellees. | No. 20-15948<br><br>D.C. No. 1:19-cv-00183-ACK-WRP<br>U.S. District Court for Hawaii, Honolulu<br><br>**ORDER** |

The amicus brief submitted on October 2, 2023 by City & County of Honolulu is filed. No paper copies are required at this time.

                                          FOR THE COURT:

                                          MOLLY C. DWYER<br>
                                          CLERK OF COURT