

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

November 7, 2023

Molly C. Dwyer, Clerk
United States Court of Appeals
    for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

      Re:    *Teter v. Lopez* (No. 20-15948)

Dear Ms. Dwyer:

I write to draw the Court's attention to the Seventh Circuit's recent decision in *Bevis v. City of Naperville, Illinois*, No. 23-1353 (7th Cir. Nov. 3, 2023).  In *Bevis*, the Seventh Circuit upheld state and local laws imposing strict regulations on assault weapons and large-capacity magazines, including a ban on possession for most citizens.  *Id.*, slip op. at 3-8.  The opinion bears directly on both issues raised by the State of Hawaiʻi's pending rehearing petition in this case.

*First*, the *Bevis* Court held that the Second Amendment's protection "extends only to weapons in common use for a lawful purpose"—namely, "the right to individual self-defense."  *Id.* at 27.  Thus, Second Amendment "plaintiffs . . . have the burden of showing that the weapons addressed in the [challenged] legislation are Arms that ordinary people would keep at home for purposes of self-defense."  *Id.* at 28.  The Seventh Circuit's approach to the Second Amendment's scope is consistent with the one adopted by this Court in *United States v. Alaniz*, 69 F.4th 1124, 1128 (9th Cir. 2023), but inconsistent with the one subsequently adopted by the panel in this case.  *See* Rehearing Pet. 5-12.

*Second*, the *Bevis* Court held that even if assault weapons and large-capacity magazines were constitutionally protected, the governmental parties had carried their burden of showing that the regulations are consistent with historical tradition by correctly examining the "how" and "why" of the proffered historical analogues.  *Bevis*, slip op. at 35-45.  The Seventh Circuit rejected a dissenting opinion's effort

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.   Business Service Centers:  Johannesburg  Louisville.   Legal Services Center:  Berlin.   For more information see www.hoganlovells.com

- 2 -  November 7, 2023

to rely "on the fact that the particulars of [historical] regulations varied from place to place, and that some were more absolute than others." *Id.* at 39. *Bevis* thus rejected an approach to analogical reasoning very similar to the one followed by the panel here. *See* Rehearing Pet. 12-17.

The Court should bring this Circuit's precedent back into alignment with that of the Seventh Circuit, which more closely hews to the Supreme Court's direction in *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022).

            Respectfully submitted,

            /s/ Neal Kumar Katyal
            Neal Kumar Katyal

            *Counsel for Defendants-Appellees*
            *Anne E. Lopez and Darryl Ng*

cc: All counsel of record (via CM/ECF)

**CERTIFICATE OF SERVICE**

I certify that on November 7, 2023, I filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal