**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER; JAMES GRELL, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ANNE E. LOPEZ; DARRYL NG, <br><br> Defendants-Appellees. | No. 20-15948 <br><br> D.C. No. 1:19-cv-00183-ACK-WRP District of Hawaii, Honolulu <br><br> **ORDER** |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Owens and Bennett did not participate in the deliberations or vote in this case.