UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

ANDREW TETER and JAMES
GRELL,

             Plaintiffs - Appellants,

  v.

ANNE E. LOPEZ and DARRYL NG,

             Defendants - Appellees.

No. 20-15948

D.C. No. 1:19-cv-00183-ACK-WRP
U.S. District Court for Hawaii,
Honolulu

**ORDER**

---

The amicus brief submitted by National Rifle Association of America, Inc.
on March 28, 2024 is filed.

Within 7 days of this order, amicus curiae is ordered to file 18 copies of the
brief in paper format with green covers, accompanied by certification (attached to
the end of each copy of the brief) that the brief is identical to the version submitted
electronically. The Form 18 certificate is available on the Court's website, at
http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The
address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939.
The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-
1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT