NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER; JAMES GRELL,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>ANNE E. LOPEZ; DARRYL NG,<br><br>        Defendants-Appellees. | No. 20-15948<br><br>D.C. No.<br>1:19-cv-00183-ACK-WRP<br>District of Hawaii,<br>Honolulu<br><br>**ORDER** |

**MURGUIA**, Chief Judge.

Oral argument in this en banc case will be held at 10:00 a.m. on Tuesday, June 25, 2024, in Courtroom One (Eighth Floor) of the William K. Nakamura Courthouse, located at 1010 Fifth Avenue in Seattle, Washington 98104.