# Ⓢ Stamboulieh Law, PLLC

P.O. Box 428, Olive Branch, MS  38654 | (601) 852-3440 | stephen@sdslaw.us

June 26, 2024

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

Re: *Teter, et al. v. Lopez, et al.*; No. 20-15948

Dear Ms. Dwyer:

This letter responds to Judge Nelson's question regarding a concession made by the State of Hawaii during a deposition taken in this matter.[1]  After notices of deposition were issued for both Attorney General Connors and Sheriff Al Cummings, the defendants produced Lieutenant Robin Nagamine as "the designee for both AG Connors and Sheriff Cummings."  *See* Exhibit A. *See also* ER101 ("… Lieutenant Nagamine is here for both.").

During the deposition, Lt. Nagamine testified that a butterfly knife could be used to defend oneself or to attack another person.  ER103.  *See District of Columbia v Heller*, 554 US 570, 647 (2008) ("arms" refer to "weapons of offence, or armour of defence," or "anything that a man wears for his defence, or takes into his hands, or useth in wrath to cast at or strike another[.]").  As such, Lt. Nagamine's testimony is a concession that a butterfly knife is a bearable arm.

Yours very truly,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

---

[1] https://www.youtube.com/watch?v=GyRxdGHaIv4 at 1:09:19.