# Stephen Stamboulieh

| | |
|---|---|
| **From:** | Akamine, Ryan M <ryan.m.akamine@hawaii.gov> |
| **Sent:** | Friday, October 25, 2019 5:26 PM |
| **To:** | Stephen Stamboulieh; Alan Beck |
| **Cc:** | Cregor, John M; Makaawaawa, Lavonne M |
| **Subject:** | RE: Teter/Grell v. Connors, et al |

Hi Stephen and Alan,

I'll have Lt. Robin Nagamine of the Sheriff's Office available at 12:00 p.m. on Monday, 10/28/19 to testify as the designee for both AG Connors and Sheriff Cummings. I mentioned to Stephen that I was also hoping to have the Honolulu Police Department Weapons Trainer available, even though he wouldn't technically be a designee, but I have not been able to get his commitment to testify on Monday.

Hope your flight out is uneventful. Please feel free to contact me with any questions.

Thank you,
Ryan

Ryan M. Akamine
Deputy Attorney General
Civil Rights Litigation Division
Hale Auhau
425 Queen Street
Honolulu, Hawaii 96813
Office: (808) 586-1494
Fax: (808) 586-1369
Direct: (808) 586-1307
ryan.m.akamine@hawaii.gov

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure, or distribution by unintended recipients is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Akamine, Ryan M
**Sent:** Tuesday, October 22, 2019 2:09 AM
**To:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Cc:** Alan Beck <alan.alexander.beck@gmail.com>
**Subject:** Re: Teter/Grell v. Connors, et al

Stephen and Alan,

I hope to have at least one witness for you to depose. Please call me to discuss.

Thanks,
Ryan

Ryan M. Akamine
Deputy Attorney General
Civil Rights Litigation Division
Hale Auhau
425 Queen Street
Honolulu, Hawaii 96813
Office: (808) 586-1494
Fax: (808) 586-1369
Direct: (808) 586-1307
ryan.m.akamine@hawaii.gov

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any review, use, disclosure, or distribution by unintended recipients is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Stephen Stamboulieh <Stephen@sdslaw.us>
**Sent:** Monday, September 30, 2019, 8:32 AM
**To:** Akamine, Ryan M
**Cc:** Alan Beck
**Subject:** RE: Teter/Grell v. Connors, et al

Hi Ryan, hope you had a good weekend. I'm attaching the Notices of Deposition which I am also dropping in the mail to you today. I just filed the cert of service for both of these. Let me know if you have any trouble opening the files. I have in the notice that it may be videotaped, but I usually don't videotape and have no intention of doing so in this one. Just wanted to let you know.

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
Telephone (601) 852-3440

CONFIDENTIALITY NOTE: Please note that this e-mail transmission and any attachments may be confidential and protected by legal privilege and/or otherwise exempt from disclosure under applicable state and federal law, including, but not limited to, privacy standards imposed pursuant to the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender (only) and deleting this copy and the reply from your system. Thank you for your cooperation.

---

**From:** Stephen Stamboulieh
**Sent:** Saturday, September 21, 2019 6:08 PM
**To:** Akamine, Ryan M <ryan.m.akamine@hawaii.gov>
**Cc:** Alan Beck <alan.alexander.beck@gmail.com>
**Subject:** Teter/Grell v. Connors, et al

Hey Ryan, hope you are having a good weekend. I failed to send you the video last night, and since I'm not at my desktop, I had to go search to find it. I have it on a google drive due to the size of the video (about 400 megs). This is provided to you to hopefully be able to further stipulate down to some facts which shouldn't be in dispute and is provided early. We will of course be designating the person in the video when the time comes and the video will be part of the designation.

https://drive.google.com/file/d/16dRDdV5M5nwfalP_8eYAAi241vR70Dpm/view?usp=sharing

Let me know if you have trouble opening the video, and if need be, I can put it on a thumb drive to send, but this should open for you.

Also, since Alan and I will be in Honolulu on October 26-28, we would like to schedule the depositions of the defendants (or designees) on the 27th and 28th and the prosecutor you named in the core disclosures that is local to Honolulu. Please let me know if you would make the prosecutor available or if you need me to issue a subpoena ad testificandum. We should be able to do them fairly quickly. Of course, if you see the video and would like to discuss further stipulations, we would be happy to discuss that as well.

Our normal practice here is to just file notices for the defendants (or designees), but I would like to make sure they are available for those specific dates and what times they prefer first before I just file unilateral notices. Looking forward to working with you on this.

Thanks,

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
Telephone (601) 852-3440

CONFIDENTIALITY NOTE: Please note that this e-mail transmission and any attachments may be confidential and protected by legal privilege and/or otherwise exempt from disclosure under applicable state and federal law, including, but not limited to, privacy standards imposed pursuant to the federal Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender (only) and deleting this copy and the reply from your system. Thank you for your cooperation.