

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

June 26, 2024

Molly C. Dwyer, Clerk
United States Court of Appeals
    for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

     **Re:** *Teter v. Lopez* **(No. 20-15948)**

Dear Ms. Dwyer:

     Defendants-Appellees write to clarify the text of Ninth Circuit Advisory Committee Note to Rules 35-1 to 35-3(3), discussed at oral argument yesterday. That committee note specifies that when rehearing en banc has been granted, "[t]he three-judge panel opinion shall not be cited as precedent by or to this Court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court." The committee note indicates that provision was added on January 1, 2000. A materially identical provision also appears in Ninth Circuit General Order 5.5(d), and indicates it was added on January 27, 2004.

                                Respectfully submitted,

                                /s/ Reedy C. Swanson
                                Reedy C. Swanson

                                *Counsel for Defendants-Appellees*
                                *Anne E. Lopez and Darryl Ng*

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com