

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

August 9, 2024

BY CM/ECF

Molly C. Dwyer, Clerk
United States Court of Appeals
  for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

    Re:    *Teter v. Lopez*, No. 20-15948

Dear Ms. Dwyer:

Defendants-Appellees continue to believe this case is moot and that the Court therefore should not reach the merits of Plaintiffs' Second Amendment challenge. If the Court does reach the merits, however, the Fourth Circuit has issued two recent en banc decisions that support Appellees' positions in this case. *See United States v. Price*, No. 22-4609 (Aug. 6, 2024) (en banc) (upholding the federal ban on firearms with obliterated serial numbers); *Bianchi v. Brown*, No. 21-1255 (Aug. 6, 2024) (en banc) (upholding Maryland's assault weapons ban).

In these cases, the Fourth Circuit held that "the Second Amendment protects only those weapons that are typically possessed by average Americans for the purpose of self-preservation and are not ill-suited and disproportionate to achieving that end." *Bianchi*, slip op. 41. The court thus "locate[d] the common-use inquiry at *Bruen*'s step one," *Price*, slip op. 19 n.7, in line with Appellees' position here that "[w]hether a weapon is commonly used for self-defense is part of the 'threshold inquiry' at *Bruen*'s first step on which plaintiffs bear the burden of proof," Rehearing Pet. 7.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Shanghai FTZ.  Business Service Centers: Johannesburg  Louisville.  For more information see www.hoganlovells.com

The Fourth Circuit's opinion in *Bianchi* also supports Appellees' position on how to conduct the historical inquiry required by *Bruen*. The Fourth Circuit alternatively concluded that Maryland's assault weapons ban "fit[] comfortably" with historical regulations on a wide range of weapons, including "fighting knives" and weapons "popular[] with street criminals," *Bianchi*, slip op. 3, 50-56, 62—confirming, in line with the Supreme Court's opinion in *United States v. Rahimi*, that an acceptable historical analogy does not require producing a historical law imposing the same category of restriction on a physically similar weapon. *See* Rehearing Pet. 12-16.

    Respectfully submitted,

    /s/ Reedy C. Swanson
    Reedy C. Swanson

    *Counsel for Defendants-Appellees*
    *Anne E. Lopez and Darryl Ng*

cc: All counsel of record (via CM/ECF)

## CERTIFICATE OF SERVICE

I certify that on August 9, 2024, I filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Reedy C. Swanson</u>
Reedy C. Swanson