

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

August 29, 2024

BY CM/ECF

Molly C. Dwyer, Clerk
United States Court of Appeals
  for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

  Re: *Teter v. Lopez*, No. 20-15948

Dear Ms. Dwyer:

*Commonwealth v. Canjura*, No. SJC-13432, 2024 Mass. LEXIS 344 (Aug. 27, 2024), does not support "reinstat[ing] the panel's opinion," as Plaintiffs argue in their recent letter.

Most notably, *Canjura*—a criminal appeal—did not involve any question of mootness.  The challenged Massachusetts law remained on the books and was the subject of an active criminal prosecution.  *See id.* at *1-3.  Here, by contrast, Hawaiʻi has repealed the challenged ban on butterfly knives and accordingly the Court lacks jurisdiction to reinstate the panel opinion addressing the lawfulness of the now-repealed ban.

*Canjura* also did not address important methodological issues that would be critical to resolving this appeal.  In particular, the court expressly reserved the questions of "which party has the burden of proof at the first step of the *Bruen* analysis" and whether a weapon falls outside the Second Amendment's presumptive protection if it is "not in 'common use' today for self-defense."  *See Canjura*, 2024 Mass. LEXIS 344, at *5 n.4, *11 & n.10.

Thus, if anything, *Canjura* reaffirms the fundamental importance of addressing constitutional questions only when necessary to resolve live disputes and reaching

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

no farther than necessary when doing so. Here, the legislative amendment to the challenged statute moots Plaintiffs' case, meaning there is no longer any jurisdictional basis to reach the merits.

Respectfully submitted,

/s/ Reedy C. Swanson
Reedy C. Swanson

*Counsel for Defendants-Appellees Anne E. Lopez and Darryl Ng*