# Ⓢ Stambouljeh Law, PLLC

P.O. Box 428, Olive Branch, MS 38654 | (601) 852-3440 | stephen@sdslaw.us

January 20, 2025

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

Re: *Teter, et al. v. Lopez, et al.*; No. 20-15948

Dear Ms. Dwyer:

I write to bring to the Court's attention Hawaii SB No. 433.[1] In this proposed bill, Hawaii moves to restrict both the open and concealed carry of "bladed weapon[s]," with an exception at this moment for only switchblades and butterfly knives.

On May 14, 2024, Defendants proposed that this case was moot because, *inter alia*, Hawaii "eliminate[d] open-carry prohibitions on certain weapons like daggers and blackjacks…"[2] and "butterfly knives." Defendants postulated that the "Hawaii legislature has no plans to reenact a prohibition on the possession of butterfly knives, and there is no record evidence that could possibly establish any reasonable expectation that the old version of [§ 134-53] will be readopted." *See* DktEntry 178-1 at 6. But as can be seen from this proposal, Hawaii intends again to amend its law.

As it stands now, if this Court declines to rule on Plaintiffs' appeal, then nothing would stop Hawaii from amending § 134-53 to include a ban on butterfly knives in the future. SB No. 433 proposes to ban the carry of all manner of types of commonly owned pocketknives, flipping the burden to a potential defendant to prove, as "an affirmative defense to prosecution," that the "specific weapon carried" is "currently in common use in this country for lawful self-defense purposes[.]" SB No. 433 at 3.

Yours very truly,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

*via ECF*

---

[1] *See* https://www.capitol.hawaii.gov/sessions/session2025/bills/SB433_.pdf (attached).
[2] It appears that "dirk[s], dagger[s], [and] blackjack[s]" will be illegal to carry openly <u>or</u> concealed if SB No. 433 is adopted.