# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANDREW TETER and JAMES GRELL

Plaintiffs-Appellants,

v.

ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and DARRYL NG., in his Official Capacity as the State Sheriff Division Administrator,

Defendants-Appellees.

No. 20-15948

## DECLARATION OF STEPHEN D. STAMBOULIEH

Stephen D. Stamboulieh states as follows:

1. I am an attorney at law, licensed to practice in the State of Mississippi, and I was admitted to the Mississippi Bar in April 2008. I graduated from Mississippi College School of Law in December 2007. I was admitted to the Mississippi Bar in April 2008, and since then, have maintained an active law practice.

2. I am an adult male and reside in the Commonwealth of Virginia. I can testify to the matters contained in this declaration if I am called to do so.

3. I am licensed in approximately thirty (30) federal courts, which include all Circuit Courts of Appeal and the Supreme Court of the United States. I litigate cases across the United States and am routinely called upon to provide advice in Second Amendment matters.

4. My practice focuses on Second Amendment litigation, and I have been involved in multiple Second Amendment cases, including Supreme Court cases. *See Young v. Hawaii*, 142 S. Ct. 2895 (2022) and *Antonyuk v. James*, 144 S. Ct. 2709 (2024), both of which resulted in a grant, vacate, and remand (GVR). I have also argued numerous appellate cases, including *Hollis v. Lynch*, 827 F.3d 436 (5th Cir. 2016), *Roberts v. Cummings,* 2022 U.S. App. LEXIS 21101 (9th Cir. July 29, 2022), *United States v. One (1) Palmetto State Armory PA-15 Machinegun Receiver/Frame*, 822 F.3d 136 (3d Cir. 2016), *McRorey v. Garland*, 99 F.4th 831 (5th Cir. 2024), and *Antonyuk v. James*, Nos. 22-2908(L), 22-2972(Con), 2024 U.S. App. LEXIS 26958 (2d Cir. Oct. 24, 2024).

5. Further, I am counsel of record in several other appellate cases, including but not limited to *Fouts v. Bonta*, No. 24-1039 (9th Cir.), *State of Texas, et al., v. Bureau of Alcohol, Tobacco, Firearms and Explosives, et al.*, No. 24-10612 (5th Cir.), *Morehouse Enterprises, LLC, et al., v. Bureau of Alcohol, Tobacco, Firearms*

*and Explosives, et al.*, No. 24-3200 (8th Cir.), and *Donald J. Roberts, II, et al., v. U.S. Department of Justice, et al.*, No. 24-1881 (6th Cir.).

6. I am also counsel of record in a number of current cases, including but not limited to, one in Hawaii (*Abbott, et al. v. Lopez*, Civil Action No. 1:20-cv-00360), some in the District of Columbia (for example, *see Codrea, et al. v. ATF, et al.*, Civil Action No. 1:18-cv-03086-DLF (DDC)), two in New York (*Higbie, et al. v. James, et al.*, Civil Action No. 1:24-cv-00174-MAD-TWD (NDNY) and *Antonyuk, et al. v. Hochul, et al.*, Civil Action No. 1:22-cv-986-GTS-PJE (NDNY)), a few in Texas (*see State of Texas, et al., v. ATF, et al.*, Civil Action No. 6:23-cv-00013 (SDTX) and *State of Texas, et al., v. ATF, et al.*, Civil Action No. 2:24-0089-Z (NDTX)), one in New Jersey (*Benton, et al. v. Platkin, et al.*, Civil Action No. 1:24-cv-07098 (DNJ)), one in Illinois (*Morse, et al. v. Kwame Raoul, et al.*, Civil Action No. 3:22-cv-02740-DWD (S.D. Ill.)) and another in Florida (*Gun Owners of America, Inc., et al. v. Sheriff Keith Pearson, et al.*, Civil Action No. 2:24-cv-14250-JEM (S.D. Fla.)). There are many other cases I am currently involved in, but this provides a decent picture of my current litigation. I also maintain a robust Freedom of Information Act (FOIA) practice, with several cases currently being litigated in the District of Columbia.

7. I agreed to handle this case on a contingency basis, only collecting a fee if Plaintiffs prevail and the Court awards fees.

3

8. From my time sheet kept for the work I performed, I billed 226.85 hours. My timesheet breaks down in detail the task I performed, when I performed it, and the rate I seek, broken down by the year the task was performed. *See* Timesheet and Form 9, attached hereto.

9. I kept this time contemporaneously when I performed the work billed.

10. I have spent $10,201.67 on expenses, including travel, filing fees, expert expense, and hotel stays and the expenses are listed on my timesheet.

11. Given my experience in Second Amendment cases, I seek a rate of $400 an hour in this litigation, which I believe is in line with the market rates in Hawaii for this type of complex litigation.

12. In the District of Columbia, my hourly rate is approximately $757 per hour pursuant to the Fitzpatrick Matrix, which lists presumptive rates for complex federal litigation in the District.[1] I have previously been awarded fees under the Laffey Matrix. *See Hardy v. BATFE*, 293 F. Supp. 3d 17 (D.D.C. 2017) (awarding $395 per hour in 2017).

13. In Hawaii, I have settled a case on a presumptive rate of $400 an hour.

---

[1] *See* THE FITZPATRICK MATRIX Hourly Rates ($) for Legal Fees for Complex Federal Litigation in the District of Columbia at https://www.justice.gov/usao-dc/media/1353286/dl?inline.

14. The time I spent in preparation for this motion, accompanying memorandum, exhibits, and my declaration, is included in my timesheet and I seek compensation for that time spent.

15. Given the number of hours performed multiplied by the presumptive rate, a 45% upward modifier, and GET in the amount of 4.712%, my total request for attorney's fees equals $133,497.05.

16. The itemized time attached hereto accurately reflects my time charged in this matter which, in exercising billing judgment, I believe does not contain entries that would be compensated at a paralegal rate or is otherwise not billable at my usual rate.

17. I believe all work I performed and expenses I incurred were reasonable and necessary to fully prosecute this litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this, the 2nd day of February, 2025.

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

**Case Notes for Grell v. Connors (Balisong)**

| Date | Staff | Service Performed | Time | Rate | Cost |
|---|---|---|---|---|---|
| 4/7/2019 | SS | work on complaint | 3.4 | $ 400.00 | $ 1,360.00 |
| 4/9/2019 | SS | Revise and edit complaint and declaration from Burton; T/c with Alan Beck regarding complaint and causes of action. | 5.7 | $ 400.00 | $ 2,280.00 |
| 4/10/2019 | SS | last review, finalize complaint and send to alan with everything | 2.2 | $ 400.00 | $ 880.00 |
| 6/14/2019 | SS | attend scheduling conf hearing; | 0.5 | $ 400.00 | $ 200.00 |
| 6/14/2019 | SS | prepare initial disclosures; certificates of services; RPD, RFA and INT | 3 | $ 400.00 | $ 1,200.00 |
| 7/29/2019 | SS | t/c with alan regarding deposition and testimony needed | 0.7 | $ 400.00 | $ 280.00 |
| 7/30/2019 | SS | Review discovery responses from R. Akamine; T/c with Alan Beck regarding discovery responses and next steps of deposition/motion to compel adequate discovery responses | 1.2 | $ 400.00 | $ 480.00 |
| 9/30/2019 | SS | prepare notices of deposition of defendants | 0.4 | $ 400.00 | $ 160.00 |
| 10/25/2019 | SS | prepare for deposition of defendant's witness; look up crime stats and prepare outline/notes for deposition | 4.3 | $ 400.00 | $ 1,720.00 |
| 10/26/2019 | SS | travel to airport, fly to iah, then to hnl; travel to hotel; | 10.5 | $ 400.00 | $ 4,200.00 |
| 10/28/2019 | SS | travel to location of witness; depose witness; and travel back to hotel; talk over depo with alan on way back | 1 | $ 400.00 | $ 400.00 |
| 10/28/2019 | SS | travel from hotel to hnl, then to iah, then to jan then drive home; | 11 | $ 400.00 | $ 4,400.00 |
| 1/8/2020 | SS | begin work on msj and work through brief; | 4.2 | $ 400.00 | $ 1,680.00 |
| 1/9/2020 | SS | continue work on brief; | 3.8 | $ 400.00 | $ 1,520.00 |
| 1/10/2020 | SS | review briefing and go through arguments | 3 | $ 400.00 | $ 1,200.00 |
| 1/13/2020 | SS | Edit and revise AB portion of MSJ brief; draft concise statement, dec of counsel, review exhibits for inclusion; | 4.3 | $ 400.00 | $ 1,720.00 |
| 1/14/2020 | SS | Draft tables and work on/revise MSJ to be filed today | 2.1 | $ 400.00 | $ 840.00 |
| 2/17/2020 | SS | Work on brief and drafting and looking at defs' youtube videos for section; | 4.7 | $ 400.00 | $ 1,880.00 |
| 3/27/2020 | SS | Additional revisions/work on opposition brief | 3.2 | $ 400.00 | $ 1,280.00 |
| 3/29/2020 | SS | more revising/writing brief; | 1.9 | $ 400.00 | $ 760.00 |
| 3/30/2020 | SS | Final revisions after Alan's additional work; prepare response to concise statement of fact; prepare response to motion; finalize opposition; | 3.5 | $ 400.00 | $ 1,400.00 |
| 4/8/2020 | SS | Review of opposition filed by State defendants and read/research some of their cited cases | 1.8 | $ 400.00 | $ 720.00 |
| 4/9/2020 | SS | begin to write reply to opposition filed by state; research on crowley and nelsen and other cases cited in defendants' briefing; | 4.4 | $ 400.00 | $ 1,760.00 |
| 4/10/2020 | SS | Continue to draft reply to Def. Opposition to MSJ | 3.8 | $ 400.00 | $ 1,520.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/13/2020 | SS | Prepare Joint Motion to Suspend trial/pretrial deadlines; | 1.1 | $ 400.00 | $ 440.00 |
| 4/28/2020 | SS | t/c with alan regarding hearing and prep | 0.7 | $ 400.00 | $ 280.00 |
| 5/13/2020 | SS | Review Order on MSJ;talk with Alan regarding appeal; | 1 | $ 400.00 | $ 400.00 |
| 5/13/2020 | SS | Draft appeal documents; file; | 0.2 | $ 400.00 | $ 80.00 |
| 7/27/2020 | SS | Begin work on opening brief; draft summaries, statement of case, etc. Review opinion for opening brief; | 3.4 | $ 400.00 | $ 1,360.00 |
| 7/28/2020 | SS | continue working on opening brief | 2.7 | $ 400.00 | $ 1,080.00 |
| 7/29/2020 | SS | continue work on opening, send to alan; | 4.7 | $ 400.00 | $ 1,880.00 |
| 8/10/2020 | SS | Work on revisions to opening brief; | 3.5 | $ 400.00 | $ 1,400.00 |
| 8/11/2020 | SS | Continue work on revisions to opening brief. | 4.1 | $ 400.00 | $ 1,640.00 |
| 8/12/2020 | SS | revise sections on constitutionality of balisong ban; work on checking citations and quotations; | 3.1 | $ 400.00 | $ 1,240.00 |
| 8/20/2020 | SS | final proofread of opening brief and revisions | 2.5 | $ 400.00 | $ 1,000.00 |
| 10/21/2020 | SS | read answering brief; begin to research some of their cases | 2.1 | $ 400.00 | $ 840.00 |
| 10/23/2020 | SS | contineu to review cited cases, make notes on cases for rebutting | 2 | $ 400.00 | $ 800.00 |
| 11/4/2020 | SS | Revisions to reply brief; t/c with Alan regarding revisions; | 5.2 | $ 400.00 | $ 2,080.00 |
| 11/5/2020 | SS | Additional revisions to reply brief; review Hollis v. Lynch for jurisdiction counting fn and maloney for martial arts quote; | 1.8 | $ 400.00 | $ 720.00 |
| 12/13/2020 | SS | write response to cosme 28j letter; send to alan for review; | 0.7 | $ 400.00 | $ 280.00 |
| 3/16/2021 | SS | t/c with alan to discuss case; | 0.5 | $ 400.00 | $ 200.00 |
| 4/26/2021 | SS | t/c with Alan regarding oral argument | 0.4 | $ 400.00 | $ 160.00 |
| 4/28/2022 | SS | t/c with alan regarding RI 28J | 0.4 | $ 400.00 | $ 160.00 |
| 5/18/2022 | SS | revise drummond 28j | 0.3 | $ 400.00 | $ 120.00 |
| 6/23/2022 | SS | discuss with alan the bruen opinion and writing status update to court;draft letter to court and send to alan for review | 0.5 | $ 400.00 | $ 200.00 |
| 6/26/2022 | SS | draft 28j for Bruen; send to alan for review | 0.8 | $ 400.00 | $ 320.00 |
| 6/26/2022 | SS | make revision to 28 per alan instructions and file | 0.15 | $ 400.00 | $ 60.00 |
| 6/30/2022 | SS | email to alan about case | 0.1 | $ 400.00 | $ 40.00 |
| 7/9/2022 | SS | edit brief about remand; send to alan | 1 | $ 400.00 | $ 400.00 |
| 8/18/2022 | SS | attention to order from court; | 0.1 | $ 400.00 | $ 40.00 |
| 8/28/2022 | SS | email to/from alan; | 0.1 | $ 400.00 | $ 40.00 |
| 8/29/2022 | SS | talk with alan about brief and what each are going to do | 0.2 | $ 400.00 | $ 80.00 |
| 8/31/2022 | SS | talk with alan and discuss brief; | 0.5 | $ 400.00 | $ 200.00 |
| 9/6/2022 | SS | t/c with alan on edits | 0.2 | $ 400.00 | $ 80.00 |
| 9/12/2022 | SS | work on brief, emails to alan; | 2.8 | $ 400.00 | $ 1,120.00 |
| 9/12/2022 | SS | emails to/from alan regarding brief and points | 0.4 | $ 400.00 | $ 160.00 |
| 9/13/2022 | SS | work on revisions to brief; | 5.1 | $ 400.00 | $ 2,040.00 |
| 9/13/2022 | SS | discuss brief with alan, went over revisions with him; | 0.7 | $ 400.00 | $ 280.00 |
| 9/14/2022 | SS | additional revisions to brief; send to Donna for review/finalizing. | 2.2 | $ 400.00 | $ 880.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/17/2022 | SS | emails from/to alan regarding clients | 0.2 | $ 400.00 | $ 80.00 |
| 9/19/2022 | SS | t/c with alan regarding standing and how to address | 0.4 | $ 400.00 | $ 160.00 |
| 9/20/2022 | SS | work on reply and send to alan; | 2.1 | $ 400.00 | $ 840.00 |
| 9/24/2022 | SS | talk with alan about brief and where he is; | 0.3 | $ 400.00 | $ 120.00 |
| 9/24/2022 | SS | work on brief and t/c with alan; prepare draft motion to file supplemental reply; | 2.4 | $ 400.00 | $ 960.00 |
| 9/26/2022 | SS | continue work on supplemental brief and send to alan; | 2.4 | $ 400.00 | $ 960.00 |
| 9/27/2022 | SS | work on supplemental brief and finalize revisions | 3.6 | $ 400.00 | $ 1,440.00 |
| 9/28/2022 | SS | emails from alan regarding hawaii law; reviewing same; | 0.5 | $ 400.00 | $ 200.00 |
| 10/1/2022 | SS | review non cited case; review other cases and write email about not using it; | 0.5 | $ 400.00 | $ 200.00 |
| 10/5/2022 | SS | review HI response to 28j; revise letter from Alan and send back; talk to alan about the case and motion; | 0.5 | $ 400.00 | $ 200.00 |
| 10/7/2022 | SS | draft 28j on antonyuk and send to alan; rework and revise and send back; | 0.6 | $ 400.00 | $ 240.00 |
| 10/7/2022 | SS | email with alan regarding antonyuk | 0.2 | $ 400.00 | $ 80.00 |
| 10/11/2022 | SS | emails back and forth with alan; t/c with alan re hawaii's response; | 0.4 | $ 400.00 | $ 160.00 |
| 10/21/2022 | SS | t/c with alan about 28j; review, revise and send back | 0.4 | $ 400.00 | $ 160.00 |
| 10/22/2022 | SS | attention to law review article alan sent; review quickly and talk with him; | 0.3 | $ 400.00 | $ 120.00 |
| 10/26/2022 | SS | edit 28j on washington | 0.2 | $ 400.00 | $ 80.00 |
| 11/27/2022 | SS | email from/to alan about judge Kay retiring | 0.1 | $ 400.00 | $ 40.00 |
| 12/8/2022 | SS | email to alan regarding correct hearing date | 0.1 | $ 400.00 | $ 40.00 |
| 1/11/2023 | SS | t/c with alan regarding HI decision on billy club standing and review opinion. | 0.4 | $ 400.00 | $ 160.00 |
| 1/12/2023 | SS | revise 28j, review supplemental and reply supplemental brief and send back to alan; | 0.3 | $ 400.00 | $ 120.00 |
| 2/4/2023 | SS | edit rahimi 28J and send to alan; | 0.5 | $ 400.00 | $ 200.00 |
| 2/5/2023 | SS | revise harrison 28j; send back to alan; | 0.3 | $ 400.00 | $ 120.00 |
| 2/11/2023 | SS | travel to airport, flight to hnl through den, drive to hotel | 11 | $ 400.00 | $ 4,400.00 |
| 2/14/2023 | SS | attend 9th circuit hearing with alan; | 0.5 | $ 400.00 | $ 200.00 |
| 2/14/2023 | SS | travel from hnl back home; | 11 | $ 400.00 | $ 4,400.00 |
| 3/20/2023 | SS | read the boland case alan sent; and a second case lewis for teter | 0.5 | $ 400.00 | $ 200.00 |
| 3/21/2023 | SS | review kopel article from alan; | 0.3 | $ 400.00 | $ 120.00 |
| 3/22/2023 | SS | revise 28j, review article alan sent and send back to Alan; | 0.6 | $ 400.00 | $ 240.00 |
| 5/9/2023 | SS | t/c with Alan about appeal/next steps | 0.2 | $ 400.00 | $ 80.00 |
| 8/7/2023 | SS | review opinion; t/c with Alan regarding the opinoin | 0.8 | $ 400.00 | $ 320.00 |
| 8/9/2023 | SS | ECF re: changing judges; | 0.1 | $ 400.00 | $ 40.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/14/2023 | SS | email from Robert regarding extension for his en banc, text alan, respond to robert that i can't answer now with talking with alan; try to call alan again; alan text me about timeliness of motion; | 0.4 | $ 400.00 | $ 160.00 |
| 8/14/2023 | SS | t/c with Alan regarding attorneys fees and possible appeal | 0.5 | $ 400.00 | $ 200.00 |
| 8/14/2023 | SS | draft motion for extension of time; email to Robert (opp. counsel) regarding position on motion for extension; | 0.7 | $ 400.00 | $ 280.00 |
| 8/15/2023 | SS | t/c with alan regarding en banc; non opposition to extension; and other things with appeal | 0.5 | $ 400.00 | $ 200.00 |
| 8/16/2023 | SS | draft non opposition and file; | 0.4 | $ 400.00 | $ 160.00 |
| 8/16/2023 | SS | compile bill of costs and file | 0.4 | $ 400.00 | $ 160.00 |
| 9/20/2023 | SS | read en banc petition; talk with alan; | 0.7 | $ 400.00 | $ 280.00 |
| 9/23/2023 | SS | receive brief from alan and review; start revising brief and editing; | 4.1 | $ 400.00 | $ 1,640.00 |
| 9/25/2023 | SS | continue to work on response in opposition; re-read teter opinion and review HI filed supplemental brief; | 3.7 | $ 400.00 | $ 1,480.00 |
| 9/26/2023 | SS | t/c with alan to go over my changes to brief; discussed substantive edits and en banc chances; | 0.5 | $ 400.00 | $ 200.00 |
| 9/26/2023 | SS | finish my edits to brief and send to alan; rewrite large sections of brief and cut excess; receive edits from alan and add additional quotes from duncan and barnett v. raoul; | 3.9 | $ 400.00 | $ 1,560.00 |
| 10/13/2023 | SS | finalize teter response to en banc and send to alan; review and finalize tables; cite checks; | 1.8 | $ 400.00 | $ 720.00 |
| 11/21/2023 | SS | email to alan re: MSI case | 0.2 | $ 400.00 | $ 80.00 |
| 1/23/2024 | SS | review HI bill on butterfly knives | 0.4 | $ 400.00 | $ 160.00 |
| 1/28/2024 | SS | strategy call with Alan to discuss the next steps in case, possible outcomes, and other matters; | 1 | $ 400.00 | $ 400.00 |
| 1/28/2024 | SS | draft email to Kaliko and Nick asking if interested in discussing resolution of case; | 0.2 | $ 400.00 | $ 80.00 |
| 1/29/2024 | SS | email from/to Kaliko regarding conf. | 0.1 | $ 400.00 | $ 40.00 |
| 2/1/2024 | SS | discuss potential settlement with alan; discuss settlement with HI counsel; | 0.6 | $ 400.00 | $ 240.00 |
| 2/1/2024 | SS | further discussion with alan after call with Nick; | 0.3 | $ 400.00 | $ 120.00 |
| 2/10/2024 | SS | email from/to Nick regarding no further discussion on settlement; | 0.2 | $ 400.00 | $ 80.00 |
| 2/22/2024 | SS | review en banc order; text with alan | 0.2 | $ 400.00 | $ 80.00 |
| 2/22/2024 | SS | compile briefs and execute signature pages for each; send to Donna at Becker Gallagher for printing estimate; | 0.3 | $ 400.00 | $ 120.00 |
| 2/23/2024 | SS | discuss en banc with alan and printing briefs; discuss estimate; | 0.3 | $ 400.00 | $ 120.00 |
| 2/26/2024 | SS | t/c with alan regarding case status and argument; | 0.4 | $ 400.00 | $ 160.00 |
| 2/26/2024 | SS | email to Erin Murphy regarding status; | 0.1 | $ 400.00 | $ 40.00 |
| 2/29/2024 | SS | t/c with alan regarding amicus | 0.1 | $ 400.00 | $ 40.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2024 | SS | t/c with Alan regarding amicus request/call; discuss after again; | 0.3 | $ 400.00 | $ 120.00 |
| 3/7/2024 | SS | t/c with potential amicus on case with alan and Ed and others; | 0.9 | $ 400.00 | $ 360.00 |
| 3/14/2024 | SS | read 28j filed by neal; email to Alan regarding my writing response to it | 0.2 | $ 400.00 | $ 80.00 |
| 3/17/2024 | SS | review ocean state and draft 28j response | 0.5 | $ 400.00 | $ 200.00 |
| 5/10/2024 | SS | t/c with Alan regarding hearing argument | 0.2 | $ 400.00 | $ 80.00 |
| 5/15/2024 | SS | read motion to moot/dismiss by Neal | 0.6 | $ 400.00 | $ 240.00 |
| 5/17/2024 | SS | discuss motion with alan on drive back from airport; | 0.3 | $ 400.00 | $ 120.00 |
| 5/17/2024 | SS | read/write text to alan about call | 0.1 | $ 400.00 | $ 40.00 |
| 5/17/2024 | SS | text with Andrew Roberts regarding HI's bill to repeal some knife carry | 0.1 | $ 400.00 | $ 40.00 |
| 5/18/2024 | SS | revise motion sent by alan; review law and make changes, send back to alan; | 1.3 | $ 400.00 | $ 520.00 |
| 6/14/2024 | SS | review docket and some pleadings for oral argument | 1 | $ 400.00 | $ 400.00 |
| 6/17/2024 | SS | t/c with alan regarding case and him arguing due to schedule; | 0.8 | $ 400.00 | $ 320.00 |
| 6/23/2024 | SS | review/revise 28j on rahimi and file | 0.3 | $ 400.00 | $ 120.00 |
| 6/23/2024 | SS | t/c with alan regarding responding to Hawaii's 28j and instructions on his draft; | 0.3 | $ 400.00 | $ 120.00 |
| 6/24/2024 | SS | t/c with alan going over argument and reviewing statutory argument | 1 | $ 400.00 | $ 400.00 |
| 6/24/2024 | SS | work on statutory argument and send paragraphs to alan | 0.4 | $ 400.00 | $ 160.00 |
| 6/25/2024 | SS | t/c with alan regarding Nagamine deposition and letter to court; | 0.2 | $ 400.00 | $ 80.00 |
| 6/25/2024 | SS | draft letter to Court regarding nagamine deposition; review old emails and print for exhibit to letter regarding designee status of nagamine; | 0.5 | $ 400.00 | $ 200.00 |
| 6/25/2024 | SS | watch oral argument of Alan; | 1.1 | $ 400.00 | $ 440.00 |
| 8/12/2024 | SS | review 28j and price/bianchi opinions; draft proposed 28j response; t/c with alan to discuss proposed response; | 1.6 | $ 400.00 | $ 640.00 |
| 8/13/2024 | SS | revise 28j and file; | 0.4 | $ 400.00 | $ 160.00 |
| 8/27/2024 | SS | read MA opinion on switchblades and draft 28j; send to Alan for review; | 0.7 | $ 400.00 | $ 280.00 |
| 1/17/2025 | SS | t/c with alan over new bill proposing to ban pocketknives and dirks/daggers; discuss 28j | 0.4 | $ 400.00 | $ 160.00 |
| 1/20/2025 | SS | draft 28j on SB433; send to alan for review; | 0.7 | $ 400.00 | $ 280.00 |
| 1/20/2025 | SS | email from alan approving, revise 28j and finalize/file; | 0.2 | $ 400.00 | $ 80.00 |
| 1/22/2025 | SS | review en banc opinion; discuss with Alan and next steps; | 1.1 | $ 400.00 | $ 440.00 |
| 1/23/2025 | SS | revise fee motion and send to Alan for further work; | 1.2 | $ 400.00 | $ 480.00 |
| 1/23/2025 | SS | t/c with alan regarding declarations of other counsel and edits to motion | 0.2 | $ 400.00 | $ 80.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/27/2025 | SS | t/c with Alan regarding fee petition and his declaration; add case to declaration; | 0.2 | $ 400.00 | $ 80.00 |
| 1/28/2025 | SS | work on revisions to fee petition; discuss timesheets with Alan; prepare declaration for myself; | 2.4 | $ 400.00 | $ 960.00 |
| 1/29/2025 | SS | revise declaration and petition; send to Alan for further review; | 1.2 | $ 400.00 | $ 480.00 |
| 1/30/2025 | SS | prepare form 9, revisions to brief and send to Alan; | 1.3 | $ 400.00 | $ 520.00 |
| 2/1/2025 | SS | t/c with Alan regarding time and filing brief; | 0.2 | $ 400.00 | $ 80.00 |
| 2/2/2025 | SS | finalize all filings, time, and go over brief one last time before filing; file; | 1.4 | $ 400.00 | $ 560.00 |
| | | | **226.85** **Total** | | $ **90,740.00** |
| | | | **Plus GET and 45% Modifier** | | $ **133,497.05** |

| Date | | Description | Type | Amount |
|---|---|---|---|---|
| 4/10/2019 | SS | Application Name: HID CM ECFPay.gov Tracking ID: 26GN3QO3Agency Tracking ID: 0975-2184494Transaction Type: SaleTransaction Date: Apr 10, 2019 9:03:18 PMAccount Holder Name: Alan BeckTransaction Amount: $400.00Card Type: VisaCard Number: *************8988 | Flat Exp | $ 400.00 |
| 4/12/2019 | SS | Complaint courtesy copy to District Judge; Postage EE451124040US Priority Express | Flat Exp | $ 25.70 |
| 4/15/2019 | SS | Application Name: HID CM ECFPay.gov Tracking ID: 26GPSQRAAgency Tracking ID: 0975-2186179Transaction Type: SaleTransaction Date: Apr 15, 2019 3:35:25 PMAccount Holder Name: Stephen Stamboulieh Transaction Amount: $300.00 Card Type: MasterCard Card Number: *************6406 | Flat Exp | $ 300.00 |
| 4/30/2019 | SS | Paid invoice to Paul Arakaki for video of balisong knife demonstration; | Flat Exp | $ 300.00 |
| 6/14/2019 | SS | fedex printing charges for initial disclosures and discovery | Flat Exp | $ 8.52 |
| 6/14/2019 | SS | postage for initial disclosures and discovery to Akamine | Flat Exp | $ 7.15 |
| 9/24/2019 | SS | united flight for deposition of defendant witness | Flat Exp | $ 939.60 |
| 10/28/2019 | SS | uber from 118 atkinson to 300 rodgers | Flat Exp | $ 21.93 |
| 10/28/2019 | SS | uber from 428 queen to hotel | Flat Exp | $ 13.09 |

| Date | | Description | Type | | Amount |
|---|---|---|---|---|---:|
| 5/13/2020 | SS | The following transaction was entered by Stamboulieh, Stephen on 5/13/2020 at 4:17 PM HST and filed on 5/13/2020 Case Name: Teter et al v. Connors et alCase Number:1:19-cv-00183-ACK-WRPFiler:James GrellAndrew TeterWARNING: CASE CLOSED on 05/13/2020Document Number:64 Docket Text: NOTICE OF APPEAL as to [63] Clerk's Judgment, [61] Order on Motion for Summary Judgment,,,,,,,,,,, by James Grell, Andrew Teter. Filing fee $ 505, receipt number 0975-2371142. (Stamboulieh, Stephen) | Flat Exp | $ | 505.00 |
| 8/31/2020 | SS | becker gallagher legal, printing/tables/review | Flat Exp | $ | 929.26 |
| 11/18/2020 | SS | payment to Becker Gallagher for printing/shipping of reply brief; | Flat Exp | $ | 320.44 |
| 9/21/2022 | SS | invoice from becker gallagher regarding supplemental brief | Flat Exp | $ | 722.51 |
| 10/17/2022 | SS | invoice from becker gallagher re: printing/serving paper copies | Flat Exp | $ | 407.33 |
| 1/7/2023 | SS | united flight to HNL for 9th circuit argument | Flat Exp | $ | 1,256.14 |
| 2/28/2024 | SS | brief printing in response to order on 18/10 copies of briefs/excerpts; paid to becker gallagher | Flat Exp | $ | 2,681.31 |
| 6/3/2024 | SS | hotel expense for oral argument in seattle; | Flat Exp | $ | 636.29 |
| 6/17/2024 | SS | flight to seattle for oral argument for alan | Flat Exp | $ | 677.40 |
| 6/23/2024 | SS | Payment to Mark Pennak for 28j revisions; | Flat Exp | $ | 50.00 |
| | | | **Total** | $ | **10,201.67** |
| | | | **Plus GET** | $ | **10,682.37** |

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

## Form 9. Application for Attorneys' Fees under Circuit Rule 39-1.6

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form09instructions.pdf*

**9th Cir. Case Number(s)** 20-15948

**Case Name** Teter v. Lopez

For each amount claimed, please attach itemized information indicating service provided, date, hours, and rate.

| DESCRIPTION OF SERVICES | Hours | Amount Claimed |
|---|---|---|
| Interviews and Conferences | 23.9 | $ 14636.64 |
| Obtaining and Reviewing Records | 1.8 | $ 1093.19 |
| Legal Research | 8.1 | $ 4919.37 |
| Preparing Briefs | 120.75 | $ 77161.23 |
| Preparing for and Attending Oral Argument | 2.6 | $ 1579.06 |
| Other (*specify below*)<br>drafting complaint, travel, various other matters as described in time sheet + expenses | 63.2 | $ 49065.6 |
| **Total Hours/Compensation Requested:** | 226.85 | $ 144179.42 |

**Signature** /s/ Stephen Stamboulieh    **Date** 2/2/2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 9** *Rev. 01/24/2019*