# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br>  Plaintiffs-Appellants;<br><br>v.<br><br>ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and DARRYL NG., in his Official Capacity as the State Sheriff Division Administrator;<br><br>  Defendants-Appellees. | No. 20-15948 |

## DECLARATION OF DONALD WILKERSON

**COMES NOW**, Donald Wilkerson, and states as follows:

    1.    I am a natural person, an adult male, citizen of the United States of America and resident of the State of Hawaii. I reside in Volcano, Hawaii and I am competent to provide this declaration. If called as a witness in this matter, I would provide the following testimony. I make this declaration based on personal belief and knowledge, except where otherwise stated;

    2.    I am an attorney admitted to the practice law before all Federal, State, and Military courts in the State of Hawaii. I am an attorney engaged in the private practice of law in the State of Hawaii. I have practiced law in Hawaii since 1992.

    3.    I am familiar with the prevailing market rates for skilled and competent 2nd

Exhibit 3

Amendment civil litigation attorneys in the Hawaii legal community. I have filed Amicus Curiae briefs in the United States Supreme Court and the 9th Circuit Court of Appeals, as well as Opening and Reply Briefs in the 9th Circuit Court of Appeals and the Hawaii Supreme Court and Hawaii Intermediate Court of Appeals.

4. My practice focuses on criminal defense law.

5. My current practice, when charging clients by the hour, is to charge $500.00 per hour in Honolulu. I believe these rates are reasonable and consistent with the rates charged by comparable attorneys in Hawaii. I anticipate that I will continue to increase my fees in 2025 to counter ongoing inflationary pressures.

6. I am aware of the nature of this case and the hourly rates being charged by Alan Beck and his co-counsel Stephen Stamboulieh in this matter. In my professional opinion, that rate is reasonable and within the market range for comparably qualified and experienced attorneys handling comparable litigation in Hawaii.

7. Both Mr. Beck's and Mr. Stamboulieh's hourly rate of $400.00 are justified because Mr. Beck has practiced law for more than 15 years, and Mr. Stamboulieh more than 16 years, and have litigated and won many federal cases similar to the case at bar. Mr. Beck's skills and professionalism litigating 2nd Amendment cases are highly respected in Hawaii. Additionally, Mr. Beck has attained national recognition for his 2nd Amendment litigation skills. It is my opinion that both Mr. Beck's and Mr. Stamboulieh's hourly rates are reasonable and within the market range for attorneys of their reputation, experience and background in the State of Hawaii.

I, DONALD L. WILKERSON, do declare that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Volcano, Hawaii  January 26, 2025.

                                                  Donald Wilkerson