Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 808
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BENJAMIN NELSON et, al,, | ) Civil No. 1:24-cv-MWSJ-RT |
| Plaintiff, | ) |
| | ) |
| vs. | ) DECLARATION OF ERIC |
| | ) A. SEITZ |
| CITY AND COUNTY OF | ) |
| HONOLULU, | ) |
| | ) |
| Defendant. | ) |

Exhibit 5

# DECLARATION OF ERIC SEITZ

ERIC A. SEITZ, hereby declares under penalty of perjury as follows:

1. I am an attorney admitted to the practice of law before the courts of the states of Hawaii, California, and the District of Columbia. I have been engaged in the practice of law in Hawaii since 1974.

2. I am familiar with the prevailing market rates for skilled and competent civil litigation attorneys in the Hawaii legal community.

3. My law practice focuses on the area of civil rights law.

4. In my practice, my normal rate is $475 an hour when charging clients in Hawaii. These rates are consistent with or lower than the rates charged by comparable attorneys in Hawaii.

5. I am aware of the nature of this case and the hourly rates being charged by Alan Beck in this matter. In my professional opinion, that rate is reasonable and within the market range for comparably qualified and experienced attorneys handling comparable litigation in Hawaii.

6. It is my opinion that Alan Beck's hourly rate of $400.00 is reasonable and justified based upon his experience, reputation, and success in handling previous federal cases involving civil rights claims.

DATED:   Honolulu, Hawaii, May 7, 2024.

_____
ERIC A. SEITZ