IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW TETER and JAMES GRELL<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and DARRYL NG., in his Official Capacity as the State Sheriff Division Administrator,<br><br>Defendants-Appellees. | No. 20-15948 |

## **Supplement to Motion For Attorney Fees**

In compliance with Ninth Circuit Rule 39-1.6(b)(3), Plaintiffs state that the motion for attorney fees filed on February 3, 2025 (*see* Doc. No. 200) is timely filed because it was filed not later than 14 days after this Court's disposition of the Defendants' petition for rehearing and rehearing en banc. Ninth Circuit Rule 39-1.6(a).

This statement was inadvertently omitted from the aforementioned motion. Counsel for the Plaintiffs apologize for the error and any inconvenience it may have caused the Court and Defendants.[1]

Dated: February 3, 2025

Respectfully Submitted,

*/s/ Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Alan.alexander.beck@gmail.com

---

[1] Plaintiffs originally intended to file this document as a notice of errata but Plaintiffs' counsel was advised by a Ninth Circuit clerk that motions do not have an errata option on ecf and to file this statement as a supplement to the motion.

## CERTIFICATE OF COMPLIANCE

I hereby certify that on February 3, 2025, an electronic PDF of Plaintiffs' Supplement to Motion for Attorney Fees was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

DATED: February 3, 2025.

Respectfully submitted

*/s/ Alan Alexander Beck*
Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Alan.alexander.beck@gmail.com