IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW TETER and JAMES GRELL,<br><br>   *Plaintiffs-Appellants*,<br><br>   v.<br><br>ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaiʻi and DARRYL NG, in his Official Capacity as the State Sheriff Division Administrator,<br><br>   *Defendants-Appellees*. | No. 20-15948 |

# DEFENDANTS-APPELLEES' UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION OF TIME TO FILE AN OPPOSITION TO MOTION FOR ATTORNEY'S FEES

Defendants-Appellees Anne E. Lopez and Darryl Ng move for a seven-day extension of time to file an opposition to Plaintiffs-Appellants' motion for attorney's fees, up to and including February 19, 2025.

1. Defendants-Appellees' opposition to the motion for attorney's fees is currently due on February 12, 2025. Cir. R. 39-1.7; Fed. R. App. P. 27(a)(3)(A). With a seven-day extension requested in this motion, the opposition would be due on February 19, 2025.

2. Counsel for Defendants-Appellees have contacted counsel for Plaintiffs-Appellants and have confirmed that Plaintiffs-Appellants do not oppose this motion.

3. Good cause exists for this requested extension. The requested extension is necessary to give Defendants-Appellees time to review Plaintiffs-Appellants' multiple exhibits to their motion. Additionally, counsel for Defendants-Appellees have several recent and upcoming deadlines in other matters, including oral argument on February 3 in *Epic Games Inc. v. Google LLC*, No. 24-6256 (9th Cir.); an opposition to a motion for a permanent injunction due on February 14 in *Dinner Table Action v. Schneider*, No. 1:24-cv-00223 (D. Me.), and a rehearing petition due on February 24 in *CeramTec GmbH v. CoorsTek Bioceramics LLC*, No. 23-1502 (Fed. Cir.).

For these reasons, Defendants-Appellees request that this Court grant the motion for a seven-day extension of time, up to and including February 19, 2025, to file an opposition to the motion for attorney's fees.

February 4, 2025

Respectfully submitted,

/s/ Neal Kumar Katyal

| | |
|---|---|
| ANNE E. LOPEZ | NEAL KUMAR KATYAL |
|    *Attorney General of the State of Hawaiʻi* | REEDY C. SWANSON |
| KALIKOʻONĀLANI D. FERNANDES | DANA A. RAPHAEL |
|    *Solicitor General* | HOGAN LOVELLS US LLP |
| STATE OF HAWAIʻI | 555 Thirteenth Street, N.W. |
| DEPARTMENT OF THE ATTORNEY GENERAL | Washington, D.C. 20004 |
| 425 Queen Street | (202) 637-5600 |
| Honolulu, HI 96813 | neal.katyal@hoganlovells.com |
| (808) 586-1360 | |
| kaliko.d.fernandes@hawaii.gov | |

*Counsel for Defendants-Appellees Anne E. Lopez and Darryl Ng*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the format, typeface, and type style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6). I further certify that it complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 222 words.

Dated: February 4, 2025 /s/ Neal Kumar Katyal
Neal Kumar Katyal

## CERTIFICATE OF SERVICE

I certify that on February 4, 2025, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

<u>/s/ Neal Kumar Katyal</u>
Neal Kumar Katyal