UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW TETER and JAMES GRELL, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ANNE E. LOPEZ and DARRYL NG, <br><br> Defendants - Appellees. | No. 20-15948 <br><br> D.C. No. 1:19-cv-00183-ACK-WRP <br> U.S. District Court for Hawaii, Honolulu <br><br> **MANDATE** |

The judgment of this Court, entered January 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT