# Exhibit 2

**Highlighted Time Entries of Mr. Stephen Stamboulieh**

**Case Notes for Grell v. Connors (Balisong)**

| Date | Staff | Service Performed | Time | Rate | | Cost | |
|------|-------|-------------------|------|------|---|------|---|
| 4/7/2019 | SS | work on complaint | 3.4 | $ | 400.00 | $ | 1,360.00 |
| 4/9/2019 | SS | Revise and edit complaint and declaration from Burton; T/c with Alan Beck regarding complaint and causes of action. | 5.7 | $ | 400.00 | $ | 2,280.00 |
| 4/10/2019 | SS | last review, finalize complaint and send to alan with everything | 2.2 | $ | 400.00 | $ | 880.00 |
| 6/14/2019 | SS | attend scheduling conf hearing; | 0.5 | $ | 400.00 | $ | 200.00 |
| 6/14/2019 | SS | prepare initial disclosures; certificates of services; RPD, RFA and INT | 3 | $ | 400.00 | $ | 1,200.00 |
| 7/29/2019 | SS | t/c with alan regarding deposition and testimony needed | 0.7 | $ | 400.00 | $ | 280.00 |
| 7/30/2019 | SS | Review discovery responses from R. Akamine; T/c with Alan Beck regarding discovery responses and next steps of deposition/motion to compel adequate discovery responses | 1.2 | $ | 400.00 | $ | 480.00 |
| 9/30/2019 | SS | prepare notices of deposition of defendants | 0.4 | $ | 400.00 | $ | 160.00 |
| 10/25/2019 | SS | prepare for deposition of defendant's witness; look up crime stats and prepare outline/notes for deposition | 4.3 | $ | 400.00 | $ | 1,720.00 |
| 10/26/2019 | SS | travel to airport, fly to iah, then to hnl; travel to hotel; | 10.5 | $ | 400.00 | $ | 4,200.00 |
| 10/28/2019 | SS | travel to location of witness; depose witness; and travel back to hotel; talk over depo with alan on way back | 1 | $ | 400.00 | $ | 400.00 |
| 10/28/2019 | SS | travel from hotel to hnl, then to iah, then to jan then drive home; | 11 | $ | 400.00 | $ | 4,400.00 |
| 1/8/2020 | SS | begin work on msj and work through brief; | 4.2 | $ | 400.00 | $ | 1,680.00 |
| 1/9/2020 | SS | continue work on brief; | 3.8 | $ | 400.00 | $ | 1,520.00 |
| 1/10/2020 | SS | review briefing and go through arguments | 3 | $ | 400.00 | $ | 1,200.00 |
| 1/13/2020 | SS | Edit and revise AB portion of MSJ brief; draft concise statement, dec of counsel, review exhibits for inclusion; | 4.3 | $ | 400.00 | $ | 1,720.00 |
| 1/14/2020 | SS | Draft tables and work on/revise MSJ to be filed today | 2.1 | $ | 400.00 | $ | 840.00 |
| 2/17/2020 | SS | Work on brief and drafting and looking at defs' youtube videos for section; | 4.7 | $ | 400.00 | $ | 1,880.00 |
| 3/27/2020 | SS | Additional revisions/work on opposition brief | 3.2 | $ | 400.00 | $ | 1,280.00 |
| 3/29/2020 | SS | more revising/writing brief; | 1.9 | $ | 400.00 | $ | 760.00 |
| 3/30/2020 | SS | Final revisions after Alan's additional work; prepare response to concise statement of fact; prepare response to motion; finalize opposition; | 3.5 | $ | 400.00 | $ | 1,400.00 |
| 4/8/2020 | SS | Review of opposition filed by State defendants and read/research some of their cited cases | 1.8 | $ | 400.00 | $ | 720.00 |
| 4/9/2020 | SS | begin to write reply to opposition filed by state; research on crowley and nelsen and other cases cited in defendants' briefing; | 4.4 | $ | 400.00 | $ | 1,760.00 |
| 4/10/2020 | SS | Continue to draft reply to Def. Opposition to MSJ | 3.8 | $ | 400.00 | $ | 1,520.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/13/2020 | SS | Prepare Joint Motion to Suspend trial/pretrial deadlines; | 1.1 | $ | 400.00 | $ | 440.00 |
| 4/28/2020 | SS | t/c with alan regarding hearing and prep | 0.7 | $ | 400.00 | $ | 280.00 |
| 5/13/2020 | SS | Review Order on MSJ;talk with Alan regarding appeal; | 1 | $ | 400.00 | $ | 400.00 |
| 5/13/2020 | SS | Draft appeal documents; file; | 0.2 | $ | 400.00 | $ | 80.00 |
| 7/27/2020 | SS | Begin work on opening brief; draft summaries, statement of case, etc. Review opinion for opening brief; | 3.4 | $ | 400.00 | $ | 1,360.00 |
| 7/28/2020 | SS | continue working on opening brief | 2.7 | $ | 400.00 | $ | 1,080.00 |
| 7/29/2020 | SS | continue work on opening, send to alan; | 4.7 | $ | 400.00 | $ | 1,880.00 |
| 8/10/2020 | SS | Work on revisions to opening brief; | 3.5 | $ | 400.00 | $ | 1,400.00 |
| 8/11/2020 | SS | Continue work on revisions to opening brief. | 4.1 | $ | 400.00 | $ | 1,640.00 |
| 8/12/2020 | SS | revise sections on constitutionality of balisong ban; work on checking citations and quotations; | 3.1 | $ | 400.00 | $ | 1,240.00 |
| 8/20/2020 | SS | final proofread of opening brief and revisions | 2.5 | $ | 400.00 | $ | 1,000.00 |
| 10/21/2020 | SS | read answering brief; begin to research some of their cases | 2.1 | $ | 400.00 | $ | 840.00 |
| 10/23/2020 | SS | contineu to review cited cases, make notes on cases for rebutting | 2 | $ | 400.00 | $ | 800.00 |
| 11/4/2020 | SS | Revisions to reply brief; t/c with Alan regarding revisions; | 5.2 | $ | 400.00 | $ | 2,080.00 |
| 11/5/2020 | SS | Additional revisions to reply brief; review Hollis v. Lynch for jurisdiction counting fn and maloney for martial arts quote; | 1.8 | $ | 400.00 | $ | 720.00 |
| 12/13/2020 | SS | write response to cosme 28j letter; send to alan for review; | 0.7 | $ | 400.00 | $ | 280.00 |
| 3/16/2021 | SS | t/c with alan to discuss case; | 0.5 | $ | 400.00 | $ | 200.00 |
| 4/26/2021 | SS | t/c with Alan regarding oral argument | 0.4 | $ | 400.00 | $ | 160.00 |
| 4/28/2022 | SS | t/c with alan regarding RI 28J | 0.4 | $ | 400.00 | $ | 160.00 |
| 5/18/2022 | SS | revise drummond 28j | 0.3 | $ | 400.00 | $ | 120.00 |
| 6/23/2022 | SS | discuss with alan the bruen opinion and writing status update to court;draft letter to court and send to alan for review | 0.5 | $ | 400.00 | $ | 200.00 |
| 6/26/2022 | SS | draft 28j for Bruen; send to alan for review | 0.8 | $ | 400.00 | $ | 320.00 |
| 6/26/2022 | SS | make revision to 28 per alan instructions and file | 0.15 | $ | 400.00 | $ | 60.00 |
| 6/30/2022 | SS | email to alan about case | 0.1 | $ | 400.00 | $ | 40.00 |
| 7/9/2022 | SS | edit brief about remand; send to alan | 1 | $ | 400.00 | $ | 400.00 |
| 8/18/2022 | SS | attention to order from court; | 0.1 | $ | 400.00 | $ | 40.00 |
| 8/28/2022 | SS | email to/from alan; | 0.1 | $ | 400.00 | $ | 40.00 |
| 8/29/2022 | SS | talk with alan about brief and what each are going to do | 0.2 | $ | 400.00 | $ | 80.00 |
| 8/31/2022 | SS | talk with alan and discuss brief; | 0.5 | $ | 400.00 | $ | 200.00 |
| 9/6/2022 | SS | t/c with alan on edits | 0.2 | $ | 400.00 | $ | 80.00 |
| 9/12/2022 | SS | work on brief, emails to alan; | 2.8 | $ | 400.00 | $ | 1,120.00 |
| 9/12/2022 | SS | emails to/from alan regarding brief and points | 0.4 | $ | 400.00 | $ | 160.00 |
| 9/13/2022 | SS | work on revisions to brief; | 5.1 | $ | 400.00 | $ | 2,040.00 |
| 9/13/2022 | SS | discuss brief with alan, went over revisions with him; | 0.7 | $ | 400.00 | $ | 280.00 |
| 9/14/2022 | SS | additional revisions to brief; send to Donna for review/finalizing. | 2.2 | $ | 400.00 | $ | 880.00 |

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 9/17/2022 | SS | emails from/to alan regarding clients | 0.2 | $ | 400.00 | $ | 80.00 |
| 9/19/2022 | SS | t/c with alan regarding standing and how to address | 0.4 | $ | 400.00 | $ | 160.00 |
| 9/20/2022 | SS | work on reply and send to alan; | 2.1 | $ | 400.00 | $ | 840.00 |
| 9/24/2022 | SS | talk with alan about brief and where he is; | 0.3 | $ | 400.00 | $ | 120.00 |
| 9/24/2022 | SS | work on brief and t/c with alan; prepare draft motion to file supplemental reply; | 2.4 | $ | 400.00 | $ | 960.00 |
| 9/26/2022 | SS | continue work on supplemental brief and send to alan; | 2.4 | $ | 400.00 | $ | 960.00 |
| 9/27/2022 | SS | work on supplemental brief and finalize revisions | 3.6 | $ | 400.00 | $ | 1,440.00 |
| 9/28/2022 | SS | emails from alan regarding hawaii law; reviewing same; | 0.5 | $ | 400.00 | $ | 200.00 |
| 10/1/2022 | SS | review non cited case; review other cases and write email about not using it; | 0.5 | $ | 400.00 | $ | 200.00 |
| 10/5/2022 | SS | review HI response to 28j; revise letter from Alan and send back; talk to alan about the case and motion; | 0.5 | $ | 400.00 | $ | 200.00 |
| 10/7/2022 | SS | draft 28j on antonyuk and send to alan; rework and revise and send back; | 0.6 | $ | 400.00 | $ | 240.00 |
| 10/7/2022 | SS | email with alan regarding antonyuk | 0.2 | $ | 400.00 | $ | 80.00 |
| 10/11/2022 | SS | emails back and forth with alan; t/c with alan re hawaii's response; | 0.4 | $ | 400.00 | $ | 160.00 |
| 10/21/2022 | SS | t/c with alan about 28j; review, revise and send back | 0.4 | $ | 400.00 | $ | 160.00 |
| 10/22/2022 | SS | attention to law review article alan sent; review quickly and talk with him; | 0.3 | $ | 400.00 | $ | 120.00 |
| 10/26/2022 | SS | edit 28j on washington | 0.2 | $ | 400.00 | $ | 80.00 |
| 11/27/2022 | SS | email from/to alan about judge Kay retiring | 0.1 | $ | 400.00 | $ | 40.00 |
| 12/8/2022 | SS | email to alan regarding correct hearing date | 0.1 | $ | 400.00 | $ | 40.00 |
| 1/11/2023 | SS | t/c with alan regarding HI decision on billy club standing and review opinion. | 0.4 | $ | 400.00 | $ | 160.00 |
| 1/12/2023 | SS | revise 28j, review supplemental and reply supplemental brief and send back to alan; | 0.3 | $ | 400.00 | $ | 120.00 |
| 2/4/2023 | SS | edit rahimi 28J and send to alan; | 0.5 | $ | 400.00 | $ | 200.00 |
| 2/5/2023 | SS | revise harrison 28j; send back to alan; | 0.3 | $ | 400.00 | $ | 120.00 |
| 2/11/2023 | SS | travel to airport, flight to hnl through den, drive to hotel | 11 | $ | 400.00 | $ | 4,400.00 |
| 2/14/2023 | SS | attend 9th circuit hearing with alan; | 0.5 | $ | 400.00 | $ | 200.00 |
| 2/14/2023 | SS | travel from hnl back home; | 11 | $ | 400.00 | $ | 4,400.00 |
| 3/20/2023 | SS | read the boland case alan sent; and a second case lewis for teter | 0.5 | $ | 400.00 | $ | 200.00 |
| 3/21/2023 | SS | review kopel article from alan; | 0.3 | $ | 400.00 | $ | 120.00 |
| 3/22/2023 | SS | revise 28j, review article alan sent and send back to Alan; | 0.6 | $ | 400.00 | $ | 240.00 |
| 5/9/2023 | SS | t/c with Alan about appeal/next steps | 0.2 | $ | 400.00 | $ | 80.00 |
| 8/7/2023 | SS | review opinion; t/c with Alan regarding the opinoin | 0.8 | $ | 400.00 | $ | 320.00 |
| 8/9/2023 | SS | ECF re: changing judges; | 0.1 | $ | 400.00 | $ | 40.00 |

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 8/14/2023 | SS | email from Robert regarding extension for his en banc, text alan, respond to robert that i can't answer now with talking with alan; try to call alan again; alan text me about timeliness of motion; | 0.4 | $ | 400.00 | $ | 160.00 |
| 8/14/2023 | SS | t/c with Alan regarding attorneys fees and possible appeal | 0.5 | $ | 400.00 | $ | 200.00 |
| 8/14/2023 | SS | draft motion for extension of time; email to Robert (opp. counsel) regarding position on motion for extension; | 0.7 | $ | 400.00 | $ | 280.00 |
| 8/15/2023 | SS | t/c with alan regarding en banc; non opposition to extension; and other things with appeal | 0.5 | $ | 400.00 | $ | 200.00 |
| 8/16/2023 | SS | draft non opposition and file; | 0.4 | $ | 400.00 | $ | 160.00 |
| 8/16/2023 | SS | compile bill of costs and file | 0.4 | $ | 400.00 | $ | 160.00 |
| 9/20/2023 | SS | read en banc petition; talk with alan; | 0.7 | $ | 400.00 | $ | 280.00 |
| 9/23/2023 | SS | receive brief from alan and review; start revising brief and editing; | 4.1 | $ | 400.00 | $ | 1,640.00 |
| 9/25/2023 | SS | continue to work on response in opposition; re-read teter opinion and review HI filed supplemental brief; | 3.7 | $ | 400.00 | $ | 1,480.00 |
| 9/26/2023 | SS | t/c with alan to go over my changes to brief; discussed substantive edits and en banc chances; | 0.5 | $ | 400.00 | $ | 200.00 |
| 9/26/2023 | SS | finish my edits to brief and send to alan; rewrite large sections of brief and cut excess; receive edits from alan and add additional quotes from duncan and barnett v. raoul; | 3.9 | $ | 400.00 | $ | 1,560.00 |
| 10/13/2023 | SS | finalize teter response to en banc and send to alan; review and finalize tables; cite checks; | 1.8 | $ | 400.00 | $ | 720.00 |
| 11/21/2023 | SS | email to alan re: MSI case | 0.2 | $ | 400.00 | $ | 80.00 |
| 1/23/2024 | SS | review HI bill on butterfly knives | 0.4 | $ | 400.00 | $ | 160.00 |
| 1/28/2024 | SS | strategy call with Alan to discuss the next steps in case, possible outcomes, and other matters; | 1 | $ | 400.00 | $ | 400.00 |
| 1/28/2024 | SS | draft email to Kaliko and Nick asking if interested in discussing resolution of case; | 0.2 | $ | 400.00 | $ | 80.00 |
| 1/29/2024 | SS | email from/to Kaliko regarding conf. | 0.1 | $ | 400.00 | $ | 40.00 |
| 2/1/2024 | SS | discuss potential settlement with alan; discuss settlement with HI counsel; | 0.6 | $ | 400.00 | $ | 240.00 |
| 2/1/2024 | SS | further discussion with alan after call with Nick; | 0.3 | $ | 400.00 | $ | 120.00 |
| 2/10/2024 | SS | email from/to Nick regarding no further discussion on settlement; | 0.2 | $ | 400.00 | $ | 80.00 |
| 2/22/2024 | SS | review en banc order; text with alan | 0.2 | $ | 400.00 | $ | 80.00 |
| 2/22/2024 | SS | compile briefs and execute signature pages for each; send to Donna at Becker Gallagher for printing estimate; | 0.3 | $ | 400.00 | $ | 120.00 |
| 2/23/2024 | SS | discuss en banc with alan and printing briefs; discuss estimate; | 0.3 | $ | 400.00 | $ | 120.00 |
| 2/26/2024 | SS | t/c with alan regarding case status and argument; | 0.4 | $ | 400.00 | $ | 160.00 |
| 2/26/2024 | SS | email to Erin Murphy regarding status; | 0.1 | $ | 400.00 | $ | 40.00 |
| 2/29/2024 | SS | t/c with alan regarding amicus | 0.1 | $ | 400.00 | $ | 40.00 |

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 3/7/2024 | SS | t/c with Alan regarding amicus request/call; discuss after again; | 0.3 | $ | 400.00 | $ | 120.00 |
| 3/7/2024 | SS | t/c with potential amicus on case with alan and Ed and others; | 0.9 | $ | 400.00 | $ | 360.00 |
| 3/14/2024 | SS | read 28j filed by neal; email to Alan regarding my writing response to it | 0.2 | $ | 400.00 | $ | 80.00 |
| 3/17/2024 | SS | review ocean state and draft 28j response | 0.5 | $ | 400.00 | $ | 200.00 |
| 5/10/2024 | SS | t/c with Alan regarding hearing argument | 0.2 | $ | 400.00 | $ | 80.00 |
| 5/15/2024 | SS | read motion to moot/dismiss by Neal | 0.6 | $ | 400.00 | $ | 240.00 |
| 5/17/2024 | SS | discuss motion with alan on drive back from airport; | 0.3 | $ | 400.00 | $ | 120.00 |
| 5/17/2024 | SS | read/write text to alan about call | 0.1 | $ | 400.00 | $ | 40.00 |
| 5/17/2024 | SS | text with Andrew Roberts regarding HI's bill to repeal some knife carry | 0.1 | $ | 400.00 | $ | 40.00 |
| 5/18/2024 | SS | revise motion sent by alan; review law and make changes, send back to alan; | 1.3 | $ | 400.00 | $ | 520.00 |
| 6/14/2024 | SS | review docket and some pleadings for oral argument | 1 | $ | 400.00 | $ | 400.00 |
| 6/17/2024 | SS | t/c with alan regarding case and him arguing due to schedule; | 0.8 | $ | 400.00 | $ | 320.00 |
| 6/23/2024 | SS | review/revise 28j on rahimi and file | 0.3 | $ | 400.00 | $ | 120.00 |
| 6/23/2024 | SS | t/c with alan regarding responding to Hawaii's 28j and instructions on his draft; | 0.3 | $ | 400.00 | $ | 120.00 |
| 6/24/2024 | SS | t/c with alan going over argument and reviewing statutory argument | 1 | $ | 400.00 | $ | 400.00 |
| 6/24/2024 | SS | work on statutory argument and send paragraphs to alan | 0.4 | $ | 400.00 | $ | 160.00 |
| 6/25/2024 | SS | t/c with alan regarding Nagamine deposition and letter to court; | 0.2 | $ | 400.00 | $ | 80.00 |
| 6/25/2024 | SS | draft letter to Court regarding nagamine deposition; review old emails and print for exhibit to letter regarding designee status of nagamine; | 0.5 | $ | 400.00 | $ | 200.00 |
| 6/25/2024 | SS | watch oral argument of Alan; | 1.1 | $ | 400.00 | $ | 440.00 |
| 8/12/2024 | SS | review 28j and price/bianchi opinions; draft proposed 28j response; t/c with alan to discuss proposed response; | 1.6 | $ | 400.00 | $ | 640.00 |
| 8/13/2024 | SS | revise 28j and file; | 0.4 | $ | 400.00 | $ | 160.00 |
| 8/27/2024 | SS | read MA opinion on switchblades and draft 28j; send to Alan for review; | 0.7 | $ | 400.00 | $ | 280.00 |
| 1/17/2025 | SS | t/c with alan over new bill proposing to ban pocketknives and dirks/daggers; discuss 28j | 0.4 | $ | 400.00 | $ | 160.00 |
| 1/20/2025 | SS | draft 28j on SB433; send to alan for review; | 0.7 | $ | 400.00 | $ | 280.00 |
| 1/20/2025 | SS | email from alan approving, revise 28j and finalize/file; | 0.2 | $ | 400.00 | $ | 80.00 |
| 1/22/2025 | SS | review en banc opinion; discuss with Alan and next steps; | 1.1 | $ | 400.00 | $ | 440.00 |
| 1/23/2025 | SS | revise fee motion and send to Alan for further work; | 1.2 | $ | 400.00 | $ | 480.00 |
| 1/23/2025 | SS | t/c with alan regarding declarations of other counsel and edits to motion | 0.2 | $ | 400.00 | $ | 80.00 |

| Date | | Description | Hours | | Rate | | Amount |
|---|---|---|---|---|---|---|---|
| 1/27/2025 | SS | t/c with Alan regarding fee petition and his declaration; add case to declaration; work on revisions to fee petition; discuss timesheets with Alan; prepare declaration for | 0.2 | $ | 400.00 | $ | 80.00 |
| 1/28/2025 | SS | myself; | 2.4 | $ | 400.00 | $ | 960.00 |
| 1/29/2025 | SS | revise declaration and petition; send to Alan for further review; | 1.2 | $ | 400.00 | $ | 480.00 |
| 1/30/2025 | SS | prepare form 9, revisions to brief and send to Alan; | 1.3 | $ | 400.00 | $ | 520.00 |
| 2/1/2025 | SS | t/c with Alan regarding time and filing brief; | 0.2 | $ | 400.00 | $ | 80.00 |
| 2/2/2025 | SS | finalize all filings, time, and go over brief one last time before filing; file; | 1.4 | $ | 400.00 | $ | 560.00 |
| | | **226.85 Total** | | | | $ | **90,740.00** |
| | | **Plus GET and 45% Modifier** | | | | $ | **133,497.05** |

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 4/10/2019 | SS | Application Name: HID CM ECFPay.gov Tracking ID: 26GN3QO3Agency Tracking ID: 0975-2184494Transaction Type: SaleTransaction Date: Apr 10, 2019 9:03:18 PMAccount Holder Name: Alan BeckTransaction Amount: $400.00Card Type: VisaCard Number: ************8988 | Flat Exp | $ | 400.00 |
| 4/12/2019 | SS | Complaint courtesy copy to District Judge; Postage EE451124040US Priority Express | Flat Exp | $ | 25.70 |
| 4/15/2019 | SS | Application Name: HID CM ECFPay.gov Tracking ID: 26GPSQRAAgency Tracking ID: 0975-2186179Transaction Type: SaleTransaction Date: Apr 15, 2019 3:35:25 PMAccount Holder Name: Stephen Stamboulieh Transaction Amount: $300.00 Card Type: MasterCard Card Number: ************6406 | Flat Exp | $ | 300.00 |
| 4/30/2019 | SS | Paid invoice to Paul Arakaki for video of balisong knife demonstration; | Flat Exp | $ | 300.00 |
| 6/14/2019 | SS | fedex printing charges for initial disclosures and discovery | Flat Exp | $ | 8.52 |
| 6/14/2019 | SS | postage for initial disclosures and discovery to Akamine | Flat Exp | $ | 7.15 |
| 9/24/2019 | SS | united flight for deposition of defendant witness | Flat Exp | $ | 939.60 |
| 10/28/2019 | SS | uber from 118 atkinson to 300 rodgers | Flat Exp | $ | 21.93 |
| 10/28/2019 | SS | uber from 428 queen to hotel | Flat Exp | $ | 13.09 |

| | | The following transaction was entered by Stamboulieh, Stephen on 5/13/2020 at 4:17 PM HST and filed on 5/13/2020 Case Name: Teter et al v. Connors et al Case Number:1:19-cv-00183-ACK-WRP Filer:James Grell Andrew Teter WARNING: CASE CLOSED on 05/13/2020 Document Number:64 Docket Text: NOTICE OF APPEAL as to [63] Clerk's Judgment, [61] Order on Motion for Summary Judgment,,,,,,,,,,, by James Grell, Andrew Teter. Filing fee $ 505, receipt number 0975-2371142. | | | |
|---|---|---|---|---|---|
| 5/13/2020 | SS | (Stamboulieh, Stephen) | Flat Exp | $ | 505.00 |
| 8/31/2020 | SS | becker gallagher legal, printing/tables/review | Flat Exp | $ | 929.26 |
| 11/18/2020 | SS | payment to Becker Gallagher for printing/shipping of reply brief; | Flat Exp | $ | 320.44 |
| 9/21/2022 | SS | invoice from becker gallagher regarding supplemental brief | Flat Exp | $ | 722.51 |
| 10/17/2022 | SS | invoice from becker gallagher re: printing/serving paper copies | Flat Exp | $ | 407.33 |
| 1/7/2023 | SS | united flight to HNL for 9th circuit argument | Flat Exp | $ | 1,256.14 |
| 2/28/2024 | SS | brief printing in response to order on 18/10 copies of briefs/excerpts; paid to becker gallagher | Flat Exp | $ | 2,681.31 |
| 6/3/2024 | SS | hotel expense for oral argument in seattle; | Flat Exp | $ | 636.29 |
| 6/17/2024 | SS | flight to seattle for oral argument for alan | Flat Exp | $ | 677.40 |
| 6/23/2024 | SS | Payment to Mark Pennak for 28j revisions; | Flat Exp | $ | 50.00 |
| | | | **Total** | **$** | **10,201.67** |
| | | | **Plus GET** | **$** | **10,682.37** |