UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 9. Application for Attorneys' Fees under Circuit Rule 39-1.6

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form09instructions.pdf*

**9th Cir. Case Number(s)** 20-15948

**Case Name** Teter et. al. v Anne E. Lopez et. al.

For each amount claimed, please attach itemized information indicating service provided, date, hours, and rate.

| DESCRIPTION OF SERVICES | Hours | Amount Claimed |
|---|---|---|
| Interviews and Conferences | 5 | $ 2000 |
| Obtaining and Reviewing Records | | $ |
| Legal Research | 3.1 | $ 1240 |
| Preparing Briefs | 17.2 | $ 6880 |
| Preparing for and Attending Oral Argument | | $ |
| Other (*specify below*)<br>expense for timesheet preparation $214.00<br>Hawaii General Excise Tax $476.85 | n/a | $ 690.85 |
| **Total Hours/Compensation Requested:** | 25.3 | $ 10,810.85 |

**Signature** s/alanbeck    **Date** 2/24/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 9**                                                                                                *Rev. 01/24/2019*