## Law Office of Alan Beck

2692 Harcourt Drive
San Diego, CA 92123
6199059105

# INVOICE

**Invoice# 101**

Date: Feb 24, 2025

**Re: Teter v Lopez Reply**

| Date | DESCRIPTION | STAFF | RATE | HOURS | AMOUNT |
|------|-------------|-------|------|-------|--------|
| February 3, 2025 | read email from reedy for extension read Stephen email consenting to it | AB | $400 | 0.1 | $40.00 |
| February 4, 2025 | read motion for extension to file op for attorney fees by state | AB | $400 | 0.1 | $40.00 |
| February 10, 2025 | discuss petition and what the government will respond with Stephen | AB | $400 | 0.2 | $80.00 |
| February 10, 2025 | talk to Mark Pennak about fee petition | AB | $400 | 0.1 | $40.00 |
| February 10, 2025 | discuss fee petition with pete patterson lawyer | AB | $400 | 0.1 | $40.00 |
| February 11, 2025 | read court order granting state's extension | AB | $400 | 0.1 | $40.00 |
| February 13, 2025 | read issued mandate of the ninth circuit | AB | $400 | 0.1 | $40.00 |
| February 19, 2025 | make additional modifications to declaration and email to Stephen | AB | $400 | 0.2 | $80.00 |
| February 19, 2025 | reviewing response brief and guam case cited in response trying to come up with legal arguments for reply | AB | $400 | 0.4 | $160.00 |
| February 19, 2025 | read state's response to attorney fee motion several times along with exhibits and start to make list of cases that need to be read from the response | AB | $400 | 0.7 | $280.00 |
| February 19, 2025 | researching on response | AB | $400 | 0.4 | $160.00 |
| February 19, 2025 | research on panel decisions being binding even before mandate issued | AB | $400 | 0.3 | $120.00 |
| February 19, 2025 | research on cases for modifier | AB | $400 | 0.5 | $200.00 |
| February 19, 2025 | drafting declaration for reply brief | AB | $400 | 2.2 | $880.00 |
| February 19, 2025 | work on reply brief argument showing that the panel win compelled the state to action | AB | $400 | 1 | $400.00 |
| February 20, 2025 | discuss response with Stephen | AB | $400 | 0.3 | $120.00 |
| February 20, 2025 | read email from stephen with case for response | AB | $400 | 0.1 | $40.00 |
| February 20, 2025 | drafting sections regarding entitlement to fees and interlocutory nature of appeal | AB | $400 | 1.9 | $760.00 |

| Date | Description | | Rate | Hours | Amount |
|------|-------------|---|------|-------|--------|
| February 20, 2025 | discuss declaration with Kevin O'Grady | AB | $400 | 0.4 | $160.00 |
| February 20, 2025 | discuss declaration with Don | AB | $400 | 0.3 | $120.00 |
| February 20, 2025 | reading about and writing about expenses argument | AB | $400 | 0.4 | $160.00 |
| February 20, 2025 | drafting and further research on reply including the undesirability section | AB | $400 | 2.4 | $960.00 |
| February 21, 2025 | writing part of reply on billy clubs and switchblades as well as revising other parts of brief | AB | $400 | 0.5 | $200.00 |
| February 21, 2025 | draft declaration of don wilkerson for expenses | AB | $400 | 0.5 | $200.00 |
| February 21, 2025 | prepare declaration for Richard Holcomb | AB | $400 | 0.2 | $80.00 |
| February 21, 2025 | draft Kevin declaration and email to him | AB | $400 | 0.2 | $80.00 |
| February 21, 2025 | drafting brief for clerical portion and adding to declaration | AB | $400 | 0.4 | $160.00 |
| February 21, 2025 | reading through local rules for rules on attorney colloboration and draft portion of overbilling argument | AB | $400 | 1.2 | $480.00 |
| February 21, 2025 | working on rebuttal of Hawaii defense case | AB | $400 | 0.2 | $80.00 |
| February 21, 2025 | writing rebuttal of hawaii firearm decesion | AB | $400 | 0.2 | $80.00 |
| February 21, 2025 | working on travel time and read cases on it | AB | $400 | 0.4 | $160.00 |
| February 21, 2025 | writing other sections of reply re fees the state disputes. send to stephen draft | AB | $400 | 0.9 | $360.00 |
| February 22, 2025 | further preparation of declaration | AB | $400 | 0.7 | $280.00 |
| February 22, 2025 | adding to and revising my declaration | AB | $400 | 0.4 | $160.00 |
| February 22, 2025 | spend a lot of time trying to figure out what to add to declaration and revising it intensely | AB | $400 | 0.8 | $320.00 |
| February 22, 2025 | write emall to stephen re my declaration | AB | $400 | 0.1 | $40.00 |
| February 22, 2025 | read email from kevin and discuss the wording of his declaration with Kevin and otherwise go over declaration | AB | $400 | 0.4 | $160.00 |
| February 22, 2025 | revising my declaration | AB | $400 | 0.2 | $80.00 |
| February 22, 2025 | editing my declaration | AB | $400 | 0.2 | $80.00 |
| February 22, 2025 | making additions to declaration regarding the state being on notice of me being willing to settle | AB | $400 | 0.4 | $160.00 |
| February 22, 2025 | make some further modifications to the declaration re the part about settlement and email to stephen | AB | $400 | 0.2 | $80.00 |
| February 22, 2025 | make some small edits to the declaration | AB | $400 | 0.1 | $40.00 |
| February 22, 2025 | making small edits throughout the declaration | AB | $400 | 0.3 | $120.00 |
| February 23, 2025 | make a few more revisions to the declaration and email draft to stephen | AB | $400 | 0.2 | $80.00 |
| February 23, 2025 | speak to stephen in the morning about reply | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | recieved reply back from stephen and make edits | AB | $400 | 0.7 | $280.00 |
| February 23, 2025 | receive my declaration back from Stephen and make edits | AB | $400 | 0.4 | $160.00 |
| February 23, 2025 | read email from stephen | AB | $400 | 0.1 | $40.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| February 23, 2025 | discuss with stephen about what to do to finalize the reply and exhibits | AB | $400 | 0.3 | $120.00 |
| February 23, 2025 | review and accept stephen edits to declaration | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | review and accept stephen edits and make final revisions to reply brief | AB | $400 | 0.2 | $80.00 |
| February 23, 2025 | speak to Don inquiring about status of declaration, read declaration and email from don, write email to stephen with declaration | AB | $400 | 0.3 | $120.00 |
| February 23, 2025 | read email from Stephen re don's declaration | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | read email from Rick Holcomb, read his signed declaration, reply to his email, write email to Stephen with Rick's declaration | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | write email to Rick Holcomb following up on the status of him signing his declaration | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | read email from stephen regarding Rick's declaration | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | make some small edits to my declaration | AB | $400 | 0.1 | $40.00 |
| February 23, 2025 | prepare email for bhuvan with various documents he needs to create timesheet and other tasks | AB | $400 | 0.2 | $80.00 |
| February 23, 2025 | make some minor edits to reply brief | AB | $400 | 0.1 | $40.00 |
| February 24, 2025 | discuss what I need done with Bhuvan | AB | $400 | 0.4 | $160.00 |
| February 24, 2025 | email bhuvan updated excell spreadsheet for time | AB | $400 | 0.1 | $40.00 |
| February 24, 2025 | discuss preparing the exhibits with Stephen | AB | $400 | 0.1 | $40.00 |
| February 24, 2025 | pay Bhuvan to create invoice and help me with the Ninth Circuit fee form | AB | $214 | | $214.00 |
| February 24, 2025 | Working with Bhuvan to create Invoice | AB | $400 | 0.7 | $280.00 |

| | |
|---|---|
| Total Hours | 25.3 |
| Total Fees | $10,120.00 |
| Total Expenses | $214.00 |
| Subtotal | **$10,334.00** |
| General Excise Tax 4.7120 % | $476.85 |
| *Total* | *$10,810.85* |
| Upward Modifier 45% | $4,768.58 |
| **Please Pay** | **$15,579.44** |