# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ANDREW TETER and JAMES GRELL
  Plaintiffs-Appellants,

v.

ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and DARRYL NG., in his Official Capacity as the State Sheriff Division Administrator,

  Defendants-Appellees.

No. 20-15948

## DECLARATION OF KEVIN O'GRADY

**COMES NOW**, Kevin Gerard O'Grady, and states as follows:

    1.    I am a natural person, an adult male, citizen of the United States of America and resident of the State of Hawaii. I reside in Kailua, Hawaii and I am competent to provide this declaration. If called as a witness in this matter, I would provide the following testimony. I make this declaration based on personal belief and knowledge, except where otherwise stated;

    2.    I am an attorney admitted to the practice of law before all federal, military and state courts in the State of Hawaii. I am an attorney engaged in the private practice of law in the State of Hawaii. I have practiced law in Hawaii since 2007, and have been a licensed practicing attorney since 1997.

3. I am familiar with the prevailing billing practices for both criminal and civil litigation attorneys in the Hawaii legal community.

4. My practice focuses on DUI, criminal and Second Amendment law.

5. My current practice, when charging clients by the hour, is to bill costs and expenses separately from my hourly rates.

6. This has always been my practice when charging clients by the hour.

7. The prevailing practice of attorneys in Hawaii when charging clients by the hour is to bill costs and expenses separately from their hourly rates. In fact, when I, and the other attorneys I know, charge a flat rate, we all still bill costs and expenses separately from my attorney flat or hourly rates.

8. I know many attorneys in the State of Hawaii that charge hourly.

9. I am familiar with their billing practices.

10. I do not know a single attorney that does not bill costs and expenses separately from their hourly rates.

11. I have litigated all my Second Amendment cases with Alan Beck as my co-counsel outside of amicus briefs.

12. In 2019, I was not yet able to litigate any Second Amendment cases with Mr. Beck. Mr. Beck and I started Second Amendment litigation in 2012 with *Baker v Kealoha*. Afterwards, however, I was unable to financially commit to further Second Amendment litigation until I began to litigate Second Amendment

cases in lieu of more criminal and DUI cases starting in 2020 with Mr. Beck primarily in Hawaii.

13. In 2019, to my knowledge, there were no Hawaii licensed attorneys living in Hawaii that practiced any Second Amendment litigation. Starting in 2020, to my knowledge, I am the only Hawaii licensed attorney, living in Hawaii, that practices plaintiffs' Second Amendment litigation. Mr. Beck is, to my knowledge, the only Hawaii licensed attorney, living outside of Hawaii, that practices Second Amendment plaintiffs' litigation.

I, Kevin Gerard O'Grady, do declare that the foregoing is true and correct to the best of my knowledge and belief.

DATED: H o n o l u l u , Hawaii February 24, 2025.

Kevin O'Grady