# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW TETER and JAMES GRELL<br><br>　　Plaintiffs-Appellants,<br><br>v.<br><br>ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and DARRYL NG., in his Official Capacity as the State Sheriff Division Administrator,<br><br>　　Defendants-Appellees. | No. 20-15948 |

## DECLARATION OF DONALD WILKERSON

**COMES NOW**, Donald Wilkerson, and states as follows:

    1.    I am a natural person, an adult male, citizen of the United States of America and resident of the State of Hawaii. I reside in Volcano, Hawaii and I am competent to provide this declaration. If called as a witness in this matter, I would provide the following testimony. I make this declaration based on personal belief and knowledge, except where otherwise stated;

    2.    I am an attorney admitted to the practice law before all Federal, State, and Military courts in the State of Hawaii. I am an attorney engaged in the private practice of law in the State of Hawaii. I have practiced law in Hawaii since 1992.

    3.    I am familiar with the prevailing billing practices for both criminal and

civil litigation attorneys in the Hawaii legal community.

4. My practice focuses on criminal defense law.

5. My current practice, when charging clients by the hour, is to bill costs and expenses separately from my hourly rates.

6. This has always been my practice when charging clients by the hour.

7. The prevailing practice of attorneys in Hawaii when charging clients by the hour is to bill costs and expenses separately from their hourly rates.

8. I know many attorneys in the State of Hawaii that charge hourly rates.

9. And, I am familiar with their billing practices.

10. Every attorney that I know bills costs and expenses separately from their hourly rates.

I, DONALD L. WILKERSON, declare that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Volcano, Hawaii February _21_, 2025.

_____
Donald Wilkerson