## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANDREW TETER and JAMES GRELL<br>  Plaintiffs-Appellants,<br><br>v.<br><br>ANNE E. LOPEZ, in her Official Capacity as the Attorney General of the State of Hawaii and DARRYL NG., in his Official Capacity as the State Sheriff Division Administrator,<br><br>  Defendants-Appellees. | No. 20-15948 |

## DECLARATION OF RICHARD HOLCOMB

**COMES NOW**, Richard Loren Holcomb, and states as follows:

    1.    I am a natural person, an adult male, citizen of the United States of America and resident of the State of Nevada. I reside in Las Vegas, Nevada and I am competent to provide this declaration. If called as a witness in this matter, I would provide the following testimony. I make this declaration based on personal belief and knowledge, except where otherwise stated;

    2.    I am an attorney admitted to the practice law before all federal and state courts in the State of Hawaii. I was engaged in the private practice of law in the State of Hawaii from November 2009 until November 2024 when I accepted full time employment in Las Vegas.

3. I am familiar with the prevailing bill practices for both criminal and civil litigation attorneys in the Hawaii legal community.

4. My practice focused on general civil litigation immediately before my move to Las Vegas.

5. It is the prevailing practice in Honolulu that, when charging clients by the hour, the attorney will bill the client for costs and expenses separately from and in addition to the legal fee.

6. This was always my practice when charging clients by the hour in Honolulu.

7. I know many attorneys in the State of Hawaii that charge hourly.

8. I am familiar with their billing practices.

9. I do not know a single attorney that does not bill costs and expenses separately from their hourly rates.

I, Richard Loren Holcomb, do declare that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Las Vegas, Nevada February 23, 2025.

_____
Richard Holcomb