# Law Offices of Alan Alexander Beck

2692 Harcourt Ave., San Diego, CA 92123 | (619) 905-9105 | alan.alexander.beck@gmail.com

February 27, 2025

Ms. Molly C. Dwyer, Clerk
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA  94103

**Re:** *Andrew Teter et. al., v. Ann E. Lopez et. al.,* **No. 20-15948**

Dear Ms. Dwyer:

     I write this Court to respond to Defendants' letter regarding *Lackey v. Stinnie*, No. 23-621 (U.S. Feb. 25, 2025).  In *Lackey*, the Supreme Court narrowly found that "[b]ecause preliminary injunctions do not conclusively resolve the rights of parties on the merits, they do not confer prevailing party status." *Id* at * 7.  Unlike the plaintiffs in *Lackey*, the order Mr. Teter and Mr. Grell received conclusively resolved the rights of the parties on the merits because the panel opinion ruled in their favor on appeal of a summary judgment motion.

     That ruling bears all the hallmarks the *Lackey* Court said fulfills the test for prevailing party status.  "It conclusively resolves the claim, bears a judicial imprimatur, and may grant enduring relief that materially alters the legal relationship between the parties." *Id* at 13. While *Higher Taste, Inc. v. City of Tacoma*, 717 F.3d 712 (9th Cir. 2013)'s ruling has been abrogated as it applies to preliminary injunctions, its legal reasoning is still applicable as it applies to this case because Plaintiffs received an order in their favor which conclusively resolved their rights.  And "[t]he defendants' action in rendering the case moot ensures that the alteration of the parties' legal relationship will not be undone by subsequent rulings in the litigation." "." *Higher Taste, Inc*., 717 F.3d at 717. Under *Lackey*, this Court should still find that Plaintiffs are the prevailing party in this matter.

     Yours very truly,

                                    /s/ Alan Beck
                                    Alan Beck

## CERTIFICATE OF SERVICE

I served the foregoing by electronically filing it with the Court's CM/ECF system which generated a Notice of Filing and effects service upon counsel for all parties in the case. I certify that this supplement has 234 words as calculated by Microsoft Office 365.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 27th day of February 2025.


s/ Alan Beck