

# Governor Newsom Responds to Supreme Court Decision on Concealed Carry

SACRAMENTO – Governor Gavin Newsom today issued the following statement after the Supreme Court's ruling on a New York concealed carry law:

"While this reckless decision erases a commonsense gun safety law that existed for decades, California anticipated this moment. Our Administration has been working closely with the Attorney General and the legislature for months. Our state is ready with a bill that will be heard next week to update and strengthen our public-carry law and make it consistent with the Supreme Court ruling, just as Chief Justice Roberts and Justice Kavanaugh said states like California are free to do.

"But make no mistake: this is a radical decision. Today's Court thinks that gun regulations should be frozen in time, and that if there wasn't a similar law in existence in the 1700s or 1800s, then a state can't pass it now, no matter how important it is to protect people from the modern horror of gun violence.

cited in Teter v. Lopez
No. 20-15948 archived January 15, 2025

"Our state will continue to lead in the fight to keep our people safe. Next week, I will have 16 new gun safety bills on my desk, including a bill that will allow individuals to sue gun makers and distributors for violating certain gun laws. I look forward to signing all of those bills. California has proven that commonsense gun laws save lives, and we will continue to stand up to those in political power who enable and coddle the gun industry."

cited in Teter v. Lopez
No. 20-15948 archived January 15, 2025